UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
--------------------------------------------------------X
In re:

TASHANNA B. GOLDEN,                             Chapter 7
                                                Case No. 1-16-40809-ess
        Debtor.
--------------------------------------------------------X

TASHANNA B. GOLDEN,                             Adv Case No. 1-17-01005-ess

        Plaintiff,

  v.

JP MORGAN CHASE BANK, et. al.,

        Defendants.

--------------------------------------------------------X

### SO ORDERED STIPULATION
### AUTHORIZING GS2 2016-A TO INTERVENE IN
### ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 24(a)
### and (b) AND EXTENDING TIME TO FILE ANSWER TO COMPLAINT

THIS CAUSE having come before the Court on the request of GS2 2016-A ("GS2") and Plaintiff, Tashanna B. Golden ("Plaintiff"), by and through their respective Attorneys; and the Court, having been advised that GS2 is the holder, of two (2) educational loans owed by Plaintiff, (the "GS2 Loans"), and thus is the proper party in interest in this adversary proceeding with respect to the GS2 Loans;

**IT IS SO STIPULATED.**

1. That GS2 is hereby permitted to intervene as a defendant in this adversary proceeding under the name of GS2 2016-A, pursuant to Fed. R. Civ. P. 24(a) and (b), which is made applicable to this proceeding pursuant to Fed. R. Bankr. P. 7024,

2. The time for GS2 to file an Answer to Plaintiff's Complaint shall hereby be extended to ***May 2, 2017*** ~~fourteen (14) days from the date of this order entered with the Court~~.

| WELTMAN, WEINBERG & REIS, L.P.A. | SMITH LAW GROUP |
|---|---|
| /s/ Geoffrey J. Peters | /s/ Austin C. Smith (w/consent) |
| Geoffrey J. Peters, Esq. | Austin C. Smith, Esq. |
| Counsel for Defendant, | Counsel for Plaintiff, |
| GS2 2016-A | Tashanna B. Golden |
| 3705 Marlane Drive | 3 Mitchell Place, Suite 5 |
| Grove City, OH 43123 | New York, NY 10017 |
| Tel: (614) 883-0678 | Tel: (917) 992-2121 |
| Fax: (614) 363-4086 | Fax: N/A |
| gpeters@weltman.com | austin@acsmithlawgroup.com |
| WWR #21341778 | |
| Dated: Grove City, OH | Dated: New York, NY |
| March 30, 2017 | April 3, 2017 |

**IT IS SO ORDERED.**



Dated: Brooklyn, New York
April 18, 2017

Elizabeth S. Stong
United States Bankruptcy Judge