UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
---------------------------------------------------------X
In re:

TASHANNA B. GOLDEN,				Chapter 7
						Case No. 1-16-40809-ess
	       Debtor.
---------------------------------------------------------X

TASHANNA B. GOLDEN,				Adv Case No. 1-17-01005-ess

	       Plaintiff,

	v.

JP MORGAN CHASE BANK, et. al.,

	       Defendants.

---------------------------------------------------------X

**SO ORDERED STIPULATION AUTHORIZING NATIONAL
COLLEGIATE STUDENT LOAN TRUST 2005-3 AND NATIONAL
COLLEGIATE STUDENT LOAN TRUST 2006-4 TO INTERVENE IN
ADVERSARY PROCEEDING PURSUANT TO FED. R. CIV. P. 24(a)
and (b) AND EXTENDING TIME TO FILE ANSWER TO COMPLAINT**

THIS CAUSE having come before the Court on the request of National Collegiate Student Loan Trust 2005-3 and National Collegiate Student Loan Trust 2006-4 ("NCT") and Plaintiff, Tashanna B. Golden ("Plaintiff"), by and through their respective Attorneys; and the Court, having been advised that NCT is the holder, of two (2) educational loans owed by Plaintiff, (the "NCT Loans"), and thus is the proper party in interest in this adversary proceeding with respect to the NCT Loans;

**IT IS SO STIPULATED.**

1. That NCT is hereby permitted to intervene as a defendant in this adversary proceeding under the names of National Collegiate Student Loan Trust 2005-3 and National Collegiate

Student Loan Trust 2006-4, pursuant to Fed. R. Civ. P. 24(a) and (b), which is made applicable to this proceeding pursuant to Fed. R. Bankr. P. 7024,

2. The time for NCT to file an Answer to Plaintiff's Complaint shall hereby be extended to ***June 15, 2017*** ~~fourteen (14) days from the date of this order entered with the Court~~.

WELTMAN, WEINBERG & REIS, L.P.A.    SMITH LAW GROUP

/s/ Geoffrey J. Peters    /s/ Austin C. Smith (w/consent)
Geoffrey J. Peters, Esq.    Austin C. Smith, Esq.
Counsel for Defendants,    Counsel for Plaintiff,
National Collegiate Student Loan Trust 2005-3    Tashanna B. Golden
National Collegiate Student Loan Trust 2006-4    3 Mitchell Place, Suite 5
3705 Marlane Drive    New York, NY 10017
Grove City, OH 43123    Tel: (917) 992-2121
Tel: (614) 883-0678    Fax: N/A
Fax: (614) 363-4086    austin@acsmithlawgroup.com
gpeters@weltman.com
WWR #21360860 & 21360862

Dated: Grove City, OH    Dated: New York, NY
May 15, 2017    May 17, 2017

**IT IS SO ORDERED.**



Dated: Brooklyn, New York                                       _____
May 31, 2017                                                                **Elizabeth S. Stong**
                                                                                    **United States Bankruptcy Judge**