UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)

------------------------------------------------------------X
IN RE:                                                    Chapter 7

Tashanna B. Golden,                                       Case No. 1-16-40809-ess

                                                                 Judge: Hon. Elizabeth S. Stong

        Debtor.
------------------------------------------------------------X

Tashanna B. Golden,

        Plaintiff,                                  Adv. Proc1-17-01005-ess

v.

JP Morgan Chase Bank, National Collegiate
Trust, Firstmark Services, Golden Tree Asset
Management, LP, GS2 2016-A

        Defendants.
------------------------------------------------------------X

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Defendant, National Collegiate Student Loan Trust 2005-3 and National Collegiate Student Loan Trust 2006-4 (hereinafter collectively referred to as "NCT Defendants") hereby advise the court that NCT Defendants are Delaware business trusts that do not issue stock, therefore there are no entities to report under this rule as owning 10% or more of an equity interest in NCT Defendants.

                                                Respectfully submitted,

DATED:    June 14, 2017          /s/ Geoffrey J. Peters
                                            Geoffrey J. Peters, Esq.
                                            **Weltman, Weinberg & Reis Co., L.P.A.**

Attorney for Defendant National Collegiate Student
Loan Trust 2005-3 and National Collegiate Student
Loan Trust 2006-4
3705 Marlane Drive
Grove City, OH 43123
614/883-0678 - 614/801-2601 (fax)
gpeters@weltman.com
WWR# 21360860 & 21360862

STATE OF OHIO           )

COUNTY OF FRANKLIN   )        ss.:

        Bobbi Jo Cooney, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Grove City, Ohio.

        On June 14, 2017 deponent served the within

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of Ohio:

Tashanna B Golden, Plaintiff
84 Alberta Avenue
Staten Island, NY 10314

Austin C Smith, Attorney for Plaintiff
Smith Law Group
3 Mitchell Place, Suite 5
New York, NY 10017

Barbara L. Seniawaki, Esq.
Attorney for Firstmark Services
The Seniawski Law Firm PLLC
1460 Broadway FL 4
New York, NY 10036

                                     /s/ Bobbi Jo Cooney
                                     Bobbi Jo Cooney

Sworn to before me this

Dated:  June 14, 2017

/s/ Stephanie Lee

Notary Public, State of Ohio

Qualified in Franklin County

Commission Expires:  February 24, 2020