IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Golden<br><br>Debtor, | Chapter 7<br><br>Case No. 16-40809 (ESS) |
| Tashanna B. Golden f/k/a Tashanna B. Pearson on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-4, GS2 2016-A, Pennsylvania Higher Education Assistance Agency  d/b/a American Education Services, and Firstmark Services,<br><br>Defendants. | Adv. Pro. No. 1-17-01005(ESS) |

## STIPULATION TO DISMISS DEFENDANT NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed without prejudice against Defendant National Collegiate Student Loan Trust 2005-3.

Dated:  August 1, 2018

/s/ George F. Carpinello
George F. Carpinello
Adam R. Shaw
Robert Tietjen
BOIES SCHILLER FLEXNER LLP
30 South Pearl St., 11th Floor
Albany, New York 12207
(518) 434-0600
Fax:  (518) 434-0665
E-mail:   gcarpinello@bsfllp.com
              ashaw@bsfllp.com
              rtietjen@bsfllp.com

*Counsel for Tashanna B. Golden*

/s/  Peter Haveles
H. Peter Haveles Jr.
Pepper Hamilton LLP
The New York Times Building
620 Eighth Ave.
New York, NY 10018-1405
(212) 808-2755
Email:   havelesp@pepperlaw.com

*Counsel for Defendant Pennsylvania Higher
Education Assistance Agency*

/s/  Gregory Casamento
Gregory T. Casamento
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281-2101
(212) 415-8600
E-mail:  GCasamento@lockelord.com

Geoffrey J Peters
Weltman Weinberg & Reis Co LPA
3705 Marlane Drive
Grove City, OH 43123
(614) 883-0678
Fax: (614) 801-2601
E-mail:  gpeters@weltman.com

*Counsel for Defendants National Collegiate
Student Loan Trust 2005-3, National
Collegiate Student Loan Trust 2006-4, and
GS2 2016-A*

/s/  Barbara Seniawski
Barbara L. Seniawski
The Seniawski Law Firm PLLC
1460 Broadway, Fl 4
New York, NY 10036
(212) 595-4536
Email:  Barbara@seniawski.com

*Counsel for Defendant Firstmark Servicing*

## CERTIFICATE OF SERVICE

   I certify that on August 1, 2018 I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.


             */s/ George F. Carpinello*