UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re:                                                                  Chapter 7

TASHANNA B. GOLDEN,                                                     Case No. 16-40809-ess
*fka* TASHANNA B PEARSON,

                                      Debtor.
------------------------------------------------------------------------x

TASHANNA B. GOLDEN,                                                     Adv. Pro. No.: 17-01005-ess

                                      Plaintiff,

    -against-

JP MORGAN CHASE BANK, NATIONAL COLLEGIATE
TRUST, FIRSTMARK SERVICES, GOLDEN TREE
ASSET MANAGEMENT LP, GS2 2016-A (GS2),
NATIONAL COLLEGIATE STUDENT LOAN TRUST
2005-3, NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2006-4, PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY D/B/A
AMERICAN EDUCATION SERVICES,

                                      Defendants.
------------------------------------------------------------------------x

## STIPULATION TO DISMISS DEFENDANT NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3

       IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed without prejudice against Defendant National Collegiate Student Loan Trust 2005-3.

Dated: August 1, 2018

| | |
|---|---|
| */s/ George F. Carpinello* | */s/ Gregory Casamento* |
| George F. Carpinello | Gregory T. Casamento |
| Adam R. Shaw | LOCKE LORD LLP |
| Robert Tietjen | Brookfield Place |
| BOIES SCHILLER FLEXNER LLP | 200 Vesey Street, 20th Floor |
| 30 South Pearl St., 11th Floor | New York, New York 10281-2101 |
| Albany, New York 12207 | (212) 415-8600 |
| (518) 434-0600 | E-mail: GCasamento@lockelord.com |
| Fax: (518) 434-0665 | |
| E-mail: gcarpinello@bsfllp.com | Geoffrey J Peters |
| ashaw@bsfllp.com | Weltman Weinberg & Reis Co LPA |
| rtietjen@bsfllp.com | 3705 Marlane Drive |
| | Grove City, OH 43123 |
| *Counsel for Tashanna B. Golden* | (614) 883-0678 |
| | Fax: (614) 801-2601 |
| */s/ Peter Haveles* | E-mail: gpeters@weltman.com |
| H. Peter Haveles Jr. | |
| Pepper Hamilton LLP | *Counsel for Defendants National Collegiate* |
| The New York Times Building | *Student Loan Trust 2005-3, National* |
| 620 Eighth Ave. | *Collegiate Student Loan Trust 2006-4, and* |
| New York, NY 10018-1405 | *GS2 2016-A* |
| (212) 808-2755 | |
| Email: havelesp@pepperlaw.com | */s/ Barbara Seniawski* |
| | Barbara L. Seniawski |
| *Counsel for Defendant Pennsylvania Higher* | The Seniawski Law Firm PLLC |
| *Education Assistance Agency* | 1460 Broadway, Fl 4 |
| | New York, NY 10036 |
| | (212) 595-4536 |
| | Email: Barbara@seniawski.com |
| | |
| | *Counsel for Defendant Firstmark Servicing* |

*It is SO ORDERED.*



Dated: Brooklyn, New York
August 6, 2018

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

2