UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

In re:                                                                  Chapter 7

TASHANNA B GOLDEN                                        Case No. 16-40809-ess
*fka* TASHANNA B PEARSON,

                                        Debtor.

-------------------------------------------------------------------------x

TASHANNA B. GOLDEN,                                     Adv. Pro. No. 17-01005-ess

                                        Plaintiff,

v.

NATIONAL COLLEGIATE TRUST,
FIRSTMARK SERVICES, GOLDEN TREE
ASSET MANAGEMENT LP, GS2 2016-A (GS2),
NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4,
PENNSYLVANIA HIGHER EDUCATION ASSISTANCE
AGENCY D/B/A AMERICAN
EDUCATION SERVICES,

                                        Defendants.

-------------------------------------------------------------------------x

## SCHEDULING ORDER

WHEREAS, on February 29, 2016, Tashanna B Golden (the "Plaintiff") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on January 18, 2017, the Plaintiff commenced this adversary proceeding by filing a complaint against JP Morgan Chase, GoldenTree Asset Management LP, Firstmark Services, and National Collegiate Trust, alleging violations of the Discharge Order entered in her Chapter 7 case; and

WHEREAS, on October 17, 2018, the Plaintiff filed an amended complaint (the "Amended Complaint") against National Collegiate Student Loan Trust 2005-3, National

Collegiate Student Loan Trust 2006-4 ("NCT 2006-4"), GS2 2016-A ("GS2 Trust"), Pennsylvania Higher Education Assistance Agency d/b/a American Education Services ("PHEAA"), and Firstmark Services ("Firstmark"); and

WHEREAS, on February 14, 2019, PHEAA filed an answer to the Amended Complaint; and

WHEREAS, on February 14, 2019, Firstmark filed an answer to the Amended Complaint; and

WHEREAS, on February 14, 2019, NCT 2006-4 filed an answer to the Amended Complaint; and

WHEREAS, on February 14, 2019, GS2 Trust filed an answer to the Amended Complaint; and

WHEREAS, from time to time, and on April 23, 2019, the Court held pre-trial conferences in this adversary proceeding.

NOW, THEREFORE, it is hereby

ORDERED, the Court will hold a continued pre-trial conference in this adversary proceeding on July 15, 2019, at 3:00 p.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201.



Dated: Brooklyn, New York
April 26, 2019

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Tashanna B Golden
84 Alberta Avenue
Staten Island, NY 10314

George F. Carpinello
Boies Schiller Flexner, LLP
30 South Pearl Street
11th Floor
Albany, NY 12207

Adam Shaw
Boies Schiller Flexner LLP
30 South Pearl Street
Albany, NY 12207-3427

Austin C Smith
Smith Law Group
3 Mitchell Place
Suite 5
New York, NY 10017

Lynn E Swanson
Peter N. Freiberg
Jones, Swanson, Huddell & Garrison, LLC
601 Poydras Street
Suite 2655
New Orleans, LA 70130

Robert C Tietjen
Boies Schiller Flexner LLP
30 South Pearl Street
11 Floor
Albany, NY 12207-3427

Charles F Kaplan
Perry Guthery Haase & Gessford PC
233 South 13th Street
Lincoln, NE 68508

Charles F Kaplan
Perry, Guthery, Haase & Gessford P.C L.L
233 South 13th Street
Suite 1400
Lincoln, NE 68508

Shawn Fox
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105

James Matthew Goodin
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Francis J Lawall
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

PEPPER HAMILTON LLP
H. Peter Haveles, Jr.
37th Floor
620 Eighth Avenue
New York, NY 10018-140

Jason W Burge
Fishman Haygood, LLP
201 St. Charles Ave.,
Ste 4600
New Orleans, LA 70170

Kathryn J. Johnson
Fishman Haygood, LLP
201 St. Charles Ave.
Ste 4600
New Orleans, LA 70170

R. James DeRose III
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101