```
                        United States Bankruptcy Court
                         Eastern District of New York
```

Golden,
    Plaintiff                                                                      Adv. Proc. No. 17-01005-ess

National Collegiate Trust,
    Defendant

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: frandazzo              Page 1 of 2                  Date Rcvd: Aug 19, 2019
                              Form ID: pdf000              Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
       +Shawn Fox,   McGuireWoods LLP,    1345 Avenue of the Americas, 7th Floor,
        New York, New York 10105-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 19 2019 18:39:01      Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),    U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
ust        +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Aug 19 2019 18:39:01      United States Trustee,   Office of the United States Trustee,   U.S. Federal Office Building,    201 Varick Street, Room 1006,   New York, NY 10014-9449
                                                                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*       +United States Trustee,   Office of the United States Trustee,   U.S. Federal Office Building,    201 Varick Street, Room 1006,   New York, NY 10014-9449
                                                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
        Adam  Shaw    on behalf of Plaintiff Tashanna B Golden ashaw@bsfllp.com, smazza@bsfllp.com
        Austin C Smith    on behalf of Plaintiff Tashanna B Golden austin@acsmithlawgroup.com,
         aconnellsmith@gmail.com
        Barbara L. Seniawski    on behalf of Defendant    Firstmark Services barbara@seniawskilaw.com
        Charles F Kaplan    on behalf of Defendant    Firstmark Services ckaplan@perrylawfirm.com,
         dspellmeyer@perrylawfirm.com;nwisehart@perrylawfirm.com
        Francis J Lawall    on behalf of Defendant    Pennsylvania Higher Education Assistance Agency
         lawallf@pepperlaw.com, henrys@pepperlaw.com
        Geoffrey J Peters    on behalf of Defendant    National Collegiate Trust colnyecf@weltman.com
        Geoffrey J Peters    on behalf of Defendant    GS2 2016-A (GS2) colnyecf@weltman.com
        Geoffrey J Peters    on behalf of Defendant    National Collegiate Student Loan Trust 2006-4
         colnyecf@weltman.com
        George F. Carpinello    on behalf of Plaintiff Tashanna B Golden gcarpinello@bsfllp.com,
         ssapienza@bsfllp.com;acuda@bsfllp.com
        Gregory T Casamento    on behalf of Defendant    GS2 2016-A (GS2) gcasamento@lockelord.com,
         Andrew.braunstein@lockelord.com
        Gregory T Casamento    on behalf of Defendant    National Collegiate Student Loan Trust 2006-4
         gcasamento@lockelord.com, Andrew.braunstein@lockelord.com
        H. Peter Haveles, Jr.    on behalf of Defendant    Pennsylvania Higher Education Assistance Agency
         havelesp@pepperlaw.com, ny_docket@pepperlaw.com
        James Matthew Goodin    on behalf of Defendant    GS2 2016-A (GS2) jmgoodin@lockelord.com,
         kmorehouse@lockelord.com
        James Matthew Goodin    on behalf of Defendant    National Collegiate Student Loan Trust 2006-4
         jmgoodin@lockelord.com, kmorehouse@lockelord.com
        Lynn E Swanson    on behalf of Plaintiff Tashanna B Golden lswanson@jonesswanson.com,
         cberner@jonesswanson.com;bdoyle@jonesswanson.com;greed@jonesswanson.com
        Lynn E. Swanson    on behalf of Plaintiff Tashanna B Golden lswanson@jonesswanson.com,
         cberner@jonesswanson.com;bdoyle@jonesswanson.com
        Peter N. Freiberg    on behalf of Plaintiff Tashanna B Golden pfreiberg@jonesswanson.com,
         cberner@jonesswanson.com
        R. James Jude DeRose, III    on behalf of Defendant    GS2 2016-A (GS2) rderose@lockelord.com

```
District/off: 0207-1            User: frandazzo              Page 2 of 2              Date Rcvd: Aug 19, 2019
                                Form ID: pdf000              Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          R. James Jude DeRose, III    on behalf of Defendant    National Collegiate Student Loan Trust 2006-4 rderose@lockelord.com
          Robert C Tietjen    on behalf of Plaintiff Tashanna B Golden rtietjen@bsfllp.com
                                                                                            TOTAL: 20

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| TASHANNA B GOLDEN<br>*fka* TASHANNA B PEARSON, | Case No. 16-40809-ess |
| Debtor. | |

------------------------------------------------------------------------x

| | |
|---|---|
| TASHANNA B. GOLDEN, | Adv. Pro. No. 17-01005-ess |
| Plaintiff, | |
| v. | |
| NATIONAL COLLEGIATE TRUST,<br>FIRSTMARK SERVICES, GOLDEN TREE<br>ASSET MANAGEMENT LP, GS2 2016-A (GS2),<br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4,<br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE<br>AGENCY D/B/A AMERICAN<br>EDUCATION SERVICES, | |
| Defendants. | |

------------------------------------------------------------------------x

## SCHEDULING ORDER

WHEREAS, on February 29, 2016, Tashanna B Golden (the "Plaintiff") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, on January 18, 2017, the Plaintiff commenced this adversary proceeding by filing a complaint against JP Morgan Chase, GoldenTree Asset Management LP, Firstmark Services, and National Collegiate Trust, alleging violations of the Discharge Order entered in her Chapter 7 case; and

WHEREAS, on October 17, 2018, the Plaintiff filed an amended complaint against National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-4,

GS2 2016-A, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services ("PHEAA"), and Firstmark Services ("Firstmark"); and

WHEREAS, from time to time, and on July 15, 2019, the Court held pre-trial conferences in this adversary proceeding; and

WHEREAS, at the July 15, 2019 pre-trial conference, the Court scheduled a continued pre-trial conference for August 27, 2019, at 3:00 p.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and

WHEREAS, on August 7, 2019, the Plaintiff filed a letter requesting a conference on certain discovery issues with Firstmark with respect to the production of servicing guidelines; and

WHEREAS, on August 15, 2019, the Plaintiff filed a letter requesting a conference on certain discovery issues with PHEAA with respect to the production of servicing guidelines, and requesting that the Court compel production of servicing agreements by Firstmark and PHEAA.

NOW, THEREFORE, it is hereby

ORDERED, the Court will address the discovery issues raised in the Plaintiff's letters dated August 7, 2019 and August 15, 2019 at the pre-trial conference on August 27, 2019, at 3:00 p.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201.

**Dated: Brooklyn, New York**
**August 16, 2019**

_Elizabeth S. Stong_
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Tashanna B Golden
84 Alberta Avenue
Staten Island, NY 10314

George F. Carpinello
Boies Schiller Flexner, LLP
30 South Pearl Street
11th Floor
Albany, NY 12207

Adam Shaw
Boies Schiller Flexner LLP
30 South Pearl Street
Albany, NY 12207-3427

Austin C Smith
Smith Law Group
3 Mitchell Place
Suite 5
New York, NY 10017

Lynn E Swanson
Peter N. Freiberg
Jones, Swanson, Huddell & Garrison, LLC
601 Poydras Street
Suite 2655
New Orleans, LA 70130

Robert C Tietjen
Boies Schiller Flexner LLP
30 South Pearl Street
11 Floor
Albany, NY 12207-3427

Charles F Kaplan
Perry Guthery Haase & Gessford PC
233 South 13th Street
Lincoln, NE 68508

Charles F Kaplan
Perry, Guthery, Haase & Gessford P.C L.L
233 South 13th Street

Suite 1400
Lincoln, NE 68508

Shawn Fox
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105

James Matthew Goodin
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Francis J Lawall
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103

PEPPER HAMILTON LLP
H. Peter Haveles, Jr.
37th Floor
620 Eighth Avenue
New York, NY 10018-140

Jason W Burge
Fishman Haygood, LLP
201 St. Charles Ave.,
Ste 4600
New Orleans, LA 70170

Kathryn J. Johnson
Fishman Haygood, LLP
201 St. Charles Ave.
Ste 4600
New Orleans, LA 70170

R. James DeRose III
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281-2101