# Exhibit B

CERT TAB - XXXX0932

| Loan From | Loan To | Certified Date | Enrollment | Grad Date | Certified Amt | Grade Level | GradeDescrip | Cost of Attendance | Cert Source | Est Financial Aid | cert recvd date | self_cert_recvd_date | School Name | School Code | Non-Ed Branch | Telephone | Diploma Enrollment | Enrollment Cert Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-Sep-07 | 19-May-08 | 30-Nov-07 | F | 19-May-08 | 583 | C | Grad - 3rd Year | NULL | Electronic Application | NULL | 3-Dec-07 | 6-Feb-10 | University of Pennsylvania-Grad & Professional | 337866 | 0 | ▮ | NULL | NULL |

Citi_Golden_000058