# Exhibit D

# CitiAssist® Bar Study Loans Online

**Authoritative Copy**

Fax application to 1-800-723-2777
Date application faxed ___/___/___ (mo./day/yr.)

This is a Consumer Credit Application.
**Please print clearly in black ink.**
Instructions on reverse side.
Please either fax **OR** mail your application. Doing both may result in processing delays.

citi®

## A. Student Applicant Information

- Last Name: **PEARSON**
- First Name: **TASHANNA**
- M.I.: **B**
- Suffix (Jr., Sr.): 
- Date of Birth: **12 / 20 / [redacted]**
- U.S. Permanent Address: **2121 MARKET ST 403**
- City: **PHILADELPHIA**
- State: **PA**
- ZIP: **19103-0000**
- How many years there? **0**
- If less than one year at permanent address, list previous address: **376 CASTLETON AVE, STATEN ISLAND, NY 10301**
- Social Security #: [redacted]
- Driver's License #: [redacted]
- State: **NY**
- Home Telephone (Permanent): ([redacted]) [redacted] – 9293
- School Telephone (Temporary): ( ) –
- Are you a U.S. citizen? [X] Yes  [ ] No   If no, are you a permanent resident? [ ] Yes [ ] No (Please attach a copy of your Immigration Form I-551.)   If you are an international student please refer to Step 2 for instructions.
- School Name: **UNIVERSITY OF PENNSYLVANIA-LAW**
- City: **PHILADELPHIA**
- State: **PA**
- ZIP: **19104**
- Check the box next to the year in school for which this loan will be used: Graduate [ ]1 [ ]2 [X]3 [ ]4 [ ]5 (613)
- Major: **N/A**
- E-mail Address: [redacted]

## B. Loan Information

- Loan amount requested $ **11,000**

You may borrow up to $11,000 in aggregate. Your school will be requested to certify this amount and the final approved loan amount could be less than the amount requested.

Payment Options: [X] Make no payments while in school.   [ ] Make payments while in school.

If you do not choose an option, your principal and interest payments will be deferred while you are in school.

## C. Applicant Reference

Please provide an adult reference. Reference must reside at a U.S. address different from your own. If applying with a co-signer, reference must be a different person.

- Name: [redacted]
- Relationship to borrower: [ ] Parent [X] Relative [ ] Other
- Street: [redacted]
- City: **STATEN ISLAND**
- State: **NY**
- ZIP: **10314**
- Home Telephone: ([redacted]) [redacted] – [redacted]
- Work Telephone: ([redacted]) [redacted] – [redacted]

## D. Co-signer Information

See instructions on reverse side (Step 3) to determine if you should apply with a co-signer. Only one co-signer may be indicated.
Notice: co-signer must be a U.S. citizen or permanent resident, at least 18 years of age, must provide a permanent U.S. address, and must have a verifiable income of at least $18,000 per year.

- Social Security #: __ – __ – __
- Co-signer relationship to student: [ ] Parent [ ] Relative [ ] Other
- Last Name: 
- First Name: 
- M.I.: 
- Suffix (Jr., Sr., Etc.): 
- Date of Birth: __/__/__
- Street: 
- City: 
- State: 
- ZIP: 
- How Many Years There? 
- Home Telephone: ( ) –
- If less than one year at permanent address, list previous address:
- Driver's License #: 
- State: 
- Are you a U.S. citizen? [ ] Yes [ ] No (If no, attach a copy of your Immigration Form I-551.)

## E. Co-signer Credit/Employment Information

To be completed by co-signer if one is required. See Step 3 on reverse side.

- Monthly Housing Payment $ _____ [ ] Own [ ] Rent [ ] Live with Parent
- Employer/Company Name: 
- City: 
- State: 
- ZIP: 
- Years with employer: 
- Current Position: 
- Telephone: ( ) –
- If less than two years, list previous employer: 
- Position: 
- Telephone: ( ) –
- Gross MONTHLY Income From Employment* $ _____ Self-employed? [ ] Yes [ ] No  Retired? [ ] Yes [ ] No
- Other MONTHLY Income (spousal, rental, etc.)** $ _____ Other Income Source (See Step 5)

*Gross individual monthly income must be at least $1,500. Income verification may be required.
**Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this loan.

## F. Signatures (Please Sign and Date Below)

Please refer to Step 4 for instructions.

Please read your enclosed Promissory Note in its entirety before signing this section. If you do not have a promissory note, please call 1-800-967-2400, and we'll promptly send you one.

**Promise to pay:** I promise to pay to Citibank, N.A. or any other holder of the accompanying promissory note (the "Note") all sums disbursed under the terms of this application (the "Loan") plus interest, fees and other charges which may become due as provided for by the Note. The terms and conditions of this application, the Note, any Conditional Approval Letter and any other disclosures collectively constitute the entire agreement between you and me. I (the Borrower and Co-signer) declare that the information herein is true and complete to the best of my knowledge and belief and is given in good faith. If my promissory note is a Master Student Loan Promissory Note, I understand that multiple Loans may be disbursed under the terms of the Note.

- Signature of Borrower: **Electronically Signed**
- Date: **02 / 28 / 2008**

Please be sure you sign your name *exactly* as it appears in Section A

- Signature of Co-signer: _____
- Date: __/__/__

Please be sure you sign your name *exactly* as it appears in Section D

**Warning:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment.

---

## School Certification
To be completed by the Financial Aid Office.

- ED School Code **003378**  Campus Code **65**

- Graduate   Year in School [ ]1 [ ]2 [ ]3 [ ]4 [ ]5
- Student's Enrollment Status: [ ] Full Time  [ ] Half Time  [ ] Less than Half Time
- Anticipated Completion Date __/__
- Certified Loan Amount $ _____
- Recommended Disbursement Dates
  - 1st __/__/__   $ _____ H[ ] R[ ]
  - 2nd __/__/__   $ _____ H[ ] R[ ]
  - 3rd __/__/__   $ _____ H[ ] R[ ]
  - 4th __/__/__   $ _____ H[ ] R[ ]

We hereby certify that the student named in this application has expenses associated with the bar exam during the period this CitiAssist Bar Study Loan is being requested. We further certify that, based on records available at this institution, the applicant is not in default on any student loan and that the information provided above is true and accurate to the best of our knowledge and belief. We certify that this Loan and prior CitiAssist Bar Study Loan(s), if applicable, do not exceed the $11,000 maximum aggregate loan limit.

- Signature of School Official: _____
- Date: __/__/__
- Print Name: _____
- Title: _____
- Telephone Number: _____

### For Lender Use Only

- Source Code: **IVANITCA**   App ID: **23023136**
- Vers. **313**   Sponsor Code: **BL07**
- Borrower Alien#: _____
- Co-signer Alien#: _____

# *CitiAssist®* Bar Study Loan Application Instructions

**Eligibility**
- You must be in your final (3rd or 4th) year of Law School. OR
- You must have graduated within the past 12 months.

**Instructions**
- **For faster response, apply and sign online at studentloan.com**
- Please type or print legibly in black ink.
- Incomplete applications will delay processing.
- You can apply more than once, but borrowing cannot exceed the $11,000 maximum aggregate loan limit.
- Applications can be processed up to 12 months after the end of the bar study loan period for which this loan is intended. You need to submit your application no sooner than 90 days before the beginning of the bar study loan period.
- Applications are evaluated through a credit-scoring model. A satisfactory credit history will be viewed favorably, but does not guarantee the loan application will be approved.
- After you receive final approval on your loan, we will send funds to the address provided on this application.
- You must apply for a deferment if you want to defer payments on this loan while you are in school.

**IMPORTANT INFORMATION ABOUT LOAN APPLICATION PROCEDURES**
- To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who applies for a loan. What this means to you: When you apply for a loan, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see other identifying documents.
- If you have any questions while completing the application, please call our student loan specialists at 1-800-967-2400.
- Some applications and notes provide for multiple loans to be made under a single promissory note (a Master Student Loan Promissory Note). This is not available to all borrowers as some schools do not support this feature.

**Step 1** **Complete Sections A, B, and C and do not leave any items blank.** Be sure to provide your full legal name and a permanent street address. If you do not have a driver's license, write "NA".

**Step 2** **If you are an international student, we will need to obtain immigration documents. If you have them available, please attach a copy to this application. Acceptable immigration documentation includes ONE of the following:**

- Student's copy of a school certified I-20* form, with admission number. If admission number is not present, a copy of an I-94 is also required, OR
- A school certified I-20P* form AND I-94, OR
- A valid I-94 (issued within the past year)**, OR
- A valid passport AND your visa.** The date must meet or exceed projected graduation date on both documents, OR
- A valid DS-2019 AND your J-1 visa OR a valid I-94

*The I-20 form must be signed by the school and either stamped by Immigration Services **OR** contain a **SEVIS** number.
**Acceptable visa statuses include: F1, F2, J1, J2, E1, E2, G1, G2, G3, G4, H1, H1B, H2, H3, H4, I, L1, L2, TC1 and TN.

If you do not have immigration documentation available, you may submit this application without it. We will request these documents from you upon conditional approval of your application. Your loan will not be disbursed until we receive a copy of the required documentation.

**Step 3** **Determine if you should apply individually or with a co-signer.**
**International students must always apply with a U.S. citizen or permanent resident co-signer.**

Are you:
- [Y] [N] A U.S. citizen or permanent resident
- [Y] [N] At least 18 years of age

And do you have:
- [Y] [N] A satisfactory credit history which includes at least 12 months of borrowing, charging, and repaying
- [Y] [N] No liens, judgements, charge-offs, excessive 30, 60, 90-day delinquencies on any loans or revolving charge accounts, etc.



**If YES to all** — **You may be eligible for a CitiAssist Loan based on your own credit.**
☐ Law students may go directly to **Section F** (skip Section D and E).

**If NO to any** — **You will need a co-signer to support your loan application.**
☐ Have a co-signer complete Sections **D and E**.
A co-signer must meet all of the requirements to the left and have a minimum verifiable income of $18,000 per year ($1,500 per month) and a debt-to-income ratio of less than 45%.

**Step 4** **Read your Promissory Note. Sign and date your application under Section F and initial any corrections.** If you are applying with a co-signer, make sure the co-signer reads the Promissory Note, signs and dates the application, and initials any corrections. Both the borrower's and co-signer's signatures must appear on the same application. If your Note is designated as a Master Student Loan Promissory Note, you may be able to obtain subsequent loans without having to re-apply upon a full application. If applicable, each subsequent loan under a Master Student Loan Promissory Note will require confirmation by both the borrower and co-signer.

**Step 5** **For law students applying with a co-signer,** income verification may be required. You will be notified in writing if income documentation is necessary.
For source of other income please choose from the following: Overtime, Bonus, Commission, Dividend/Interest, Part Time Work, Rental Income, Spouse/Salary, Spouse/Self-Employment, Spouse/Retired.

**Step 6** **Make a copy of the application and any supporting documentation for your records. Mail the application and any required documentation to: CitiAssist Affinity Applications, P.O. Box 6160, Sioux Falls, SD 57117-6160**

**For the fastest response, fax the application to 1-800-723-2777. Please either fax OR mail this application. Doing both may result in processing delays.**

02-014 1/08
© 2008 The Student Loan Corporation. The Student Loan Corporation is a subsidiary of Citibank, N.A. Citi, and Citi with Arc Design are registered service marks of Citigroup Inc.