## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | **Case No. 16-40809 (ESS)** |
| Tashanna B Golden<br>*fka* Tashanna B Pearson | **Chapter 7** |
| Debtor. | |
| _____ | |
| Tashanna B Golden<br>*fka* Tashanna B Pearson | **Adv. Pro. 17-1005 (ESS)** |
| Plaintiff. | |
| v. | |
| National Collegiate ~~Student Loan~~ Trust**,** ***Firstmark Services, Golden Tree Asset Management LP, GS2 2016-A (GS2), National Collegiate Student Loan Trust 2006-4,*** ~~2006- 4, GS2 2016-A~~, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, ~~Firstmark Services~~ | |
| Defendants. | |
| _____ | |

### ~~[PROPOSED]~~ ORDER GRANTING MOTION TO COMPEL DEFENDANT PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY IN PART

Upon the motion of the Plaintiff in this adversary action to compel Defendant Pennsylvania

Higher Education Assistance Agency ("PHEAA") (Dkt No. 179); and after due notice, Defendant

PHEAA's opposition thereto, and, upon the record of the hearing in this matter on October 16,

2019, (the "Hearing"), and, after due deliberation and for the reasons stated by the Court in its bench ruling and the Hearing,

it is hereby ORDERED that:

1. Plaintiff's motion to compel (Dkt. No. 179) is granted ***in part,*** to the extent that Defendant PHEAA shall produce ~~the balance of~~ the Servicing Agreements and Guidelines. ***This production shall be subject to the terms of the Stipulated Protective Order entered by the Court on August 6, 2019.***

~~**IT IS SO ORDERED.**~~

Dated: Brooklyn, New York
December 20, 2019

**Elizabeth S. Stong**
**United States Bankruptcy Judge**