

James B. Gessford
Rex R. Schultze\*\*\*
Daniel F. Kaplan
Gregory H. Perry
Joseph F. Bachmann\*
R. J. Shortridge\*
Joshua J. Schauer\*
Derek A. Aldridge\*\*
Justin J. Knight\*\*\*\*
Charles Kaplan
Haleigh B. Carlson
Daniel K. Kaplan

**PERRY, GUTHERY, HAASE & GESSFORD, P.C., L.L.O.**

Of Counsel
Thomas M. Haase

\*Also admitted in Iowa
\*\* Also admitted in Kansas
\*\*\*Also admitted in Wyoming
\*\*\*\*Also admitted in Colorado

Ernest B. Perry (1876-1962)
Arthur E. Perry (1910-1982)
R.R. Perry (1917-1999)
Edwin C. Perry (1931-2012)

January 17, 2020

**Via CM/ECF**
The Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Federal Courthouse
271-C Cadman Plaza East
Courtroom 2585
Brooklyn, New York 11201

Re:   **Golden v. Nat'l Collegiate Student Loan Trust 2005-3, et al., No.17-1005-ESS**

Dear Judge Stong:

Pursuant to the Court's direction at the December 20, 2019 hearing and the January 10, 2020 order (ECF No. 228-1), the parties and nonparty, Citibank, N.A. ("Citibank"), have met and conferred regarding proposed modifications to the Protective Order. I am happy to report that the parties and Citibank have agreed to an Amended Stipulated Protective Order. I attach the draft Amended Stipulated Protective Order and a redline showing revisions to the original Stipulated Protective Order (ECF No. 94). The parties and Citibank all agree, and request that the Amended Stipulated Protective Order be approved and entered as an order of the Court.

Sincerely,

Charles F. Kaplan

CFK/

cc:  All counsel of record (via ECF)