

Brookfield Place, 200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Gregory T. Casamento
Direct Telephone: 212-812-8325
Direct Fax: 212-812-8385
gcasamento@lockelord.com

February 7, 2020

<u>BY ECF</u>

The Honorable Elizabeth C. Stong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:    *Golden v. National Collegiate Student Loan Trust 2005-3, et. al.*,
         Adv. Pro. No. 1-17-01005-ess

Dear Judge Stong:

We represent the Trust Defendants in the above matter.

The Court has set a Pre-Trial Conference in this matter for February 18 at 2:30 p.m. Due to long standing travel plans, I cannot be present in Court at that scheduled time. Accordingly, I ask that the February 18 conference be adjourned for the *Golden* matter until March 24. The other parties in *Golden* have consented to seeking this adjournment.

If the February 18 date was discussed at the last hearing in *Golden*, I apologize for not raising this scheduling issue then.

Respectfully,

*/s/ Gregory T. Casamento*

Gregory T. Casamento

cc:    All counsel of record (via ECF)