

**mwe.com**

H. Peter Haveles, Jr.
Attorney at Law
phaveles@mwe.com
+1 212 547 5650

May 5, 2020

**VIA ECF**

The Honorable Elizabeth C. Stong
United States Bankruptcy Court
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Brooklyn, New York 11201

Re:   Golden v. JP Morgan Chase Bank, et al.,
      Adversary Proceeding No.: 1-17-ap-01005-ess

Dear Judge Stong:

We are attorneys for defendant Pennsylvania Higher Education Assistance Agency ("PHEAA") in this adversary proceeding.

Due to changes in the Court's procedures as a result of the COVID-19 pandemic, we understand that the conference in this proceeding, scheduled for May 7, 2020 at 3:00 p.m., will be conducted telephonically. Accordingly, I write to request permission to participate on behalf of PHEAA by telephone.

Thank you for Your Honor's consideration of this request.

Respectfully,

/s/ H. Peter Haveles, Jr.

H. Peter Haveles, Jr.

cc:  All counsel of record



**340 Madison Avenue   New York NY 10173-1922   Tel +1 212 547 5400   Fax +1 212 547 5444**

*US practice conducted through McDermott Will & Emery LLP.*

DM_US 168416118-1.110764.0011