## Page 1

1                          VOLUME:   I

                           PAGES: 124

2                          EXHIBITS:   8

3

4            UNITED STATES BANKRUPTCY COURT

5            EASTERN DISTRICT OF NEW YORK

6                 CASE NO. 16-40809-ess

7

8     In Re:  Tashanna B. Golden f/k/a

9     Tashanna B. Pearson,

10         Debtor

11    Tashanna B. Golden f/k/a

12    Tashanna B. Pearson

13         Plaintiff

14    vs.

15    Nat'l Collegiate Student Loan

16    Trust 2005-3, et al.

17         Defendants

18

19         DEPOSITION OF JOHN HUPALO, a witness called on

20    behalf of the Debtor in the above-entitled cause,

21    taken before Laura Naylor, Notary Public in and for

22    the Commonwealth of Massachusetts, at One Lincoln

23    Street, Boston, Massachusetts, on Tuesday, November

24    19, 2018, commencing at 1:06 p.m.

## Page 2

1     Appearances:

2     Peter N. Freiberg, Esquire

3          JONES SWANSON HUDDELL & GARRISON

4          601 Poydras Street, Suite 2655

5          New Orleans, Louisiana  70130

6          (504) 523-2500

7          Counsel on behalf of the Plaintiff

8          Tashanna B. Golden f/k/a Tashanna B. Pearson

9

10    Christopher Fontenelli, Esquire

11         LOCKE LORD, LLP

12         Brookfield Place

13         200 Vesey Street, 20th Floor

14         New York, NY  10281

15         (212) 912-2730

16         Counsel on behalf of the Defendants

17         Nat'l Collegiate Student Loan

18         Trust 2005-3, et al.

19

20

21

22

23

24

## Page 3

1     Appearances, Cont.

2

3     David Fialkow, Esquire

4          K&L GATES, LLP

5          State Street Financial Center

6          One Lincoln Street

7          Boston, MA  02111

8          (617) 261-3126

9          Counsel on behalf of Witness, John Hupalo

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## Page 4

1                      INDEX

2     WITNESS      DIRECT     CROSS     REDIRECT     RECROSS

3     JOHN HUPALO

4     By Mr. Freiberg    5

5     By Mr. Fontinelli       119

6

7                    EXHIBITS

8     No.   Description                                Page

9     Exhibit No. 1, Term Sheet, marked for            52

10    identification

11    Exhibit No. 2, Form 10D, marked for              64

12    identification

13    Exhibit No. 3, Master Loan Guaranty Agreement,   76

14    First Marblehead Corporation and Education

15    Resources, Inc., marked for identification

16    Exhibit No. 4, Database Sale and Supplementation 76

17    Agreement, marked for identification

18    Exhibit No. 5, Marketing Services Agreement,     77

19    marked for identification

20    Exhibit No. 6, Master Service Agreement, TERI and 77

21    First Marblehead Corporation, marked for

22    identification

23    Exhibit No. 7, First Marblehead 2006 Annual      105

24    Report and 10K marked for identification



**Page 5**

```
 1                    EXHIBITS
 2  No.   Description                          Page
 3  Exhibit No. 8, First Marblehead 2008 Annual    105
 4  Report and 10K, marked for identification
 5
 6  ** Original exhibits retained by Attorney Freiberg
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**Page 6**

```
 1           THE VIDEOGRAPHER: This is day number one
 2  to the videotaped deposition of John Hupalo in the
 3  matter of Tashanna B. Golden f/k/a Tashanna B.
 4  Pearson versus Nat'l Collegiate Student Loan Trust
 5  2005-3, et al.  The case file number in this matter
 6  is 16-40809-css.
 7           This deposition is being held at One
 8  Lincoln Street, Boston, Massachusetts on November
 9  19, 2019.
10           The time on the video monitor is 1:06 p.m.
11  My name is Dean Carson.  I am the videographer today
12  along with the court reporter Laura Naylor.
13           Counsel, will you please introduce
14  yourselves and state your appearance and affiliation
15  for the record.
16           MR. FREIBERG:  My name is Peter Freiberg
17  on behalf of the plaintiff Tashanna Golden.
18           MR. FIALKOW:  I represent -- my name is
19  David Fialkow.  I represent the witness, John
20  Hupala.
21           MR. FONTINELLI:  And this is Chris
22  Fontinelli on the phone with Locke Lord representing
23  Nat's Collegiate Student Loan Trust 2006-4 and
24  2016-A.
```

**Page 7**

```
 1           THE VIDEOGRAPHER:  Thank you counsel.
 2  Will the court reporter please swear in the witness
 3  and then we may proceed.
 4
 5           JOHN HUPALO, Deponent, having first
 6  been satisfactorily identified and duly sworn,
 7  deposes and states as follows:
 8
 9                    EXAMINATION
10
11           MR. FIALKOW:  Sorry.  Just a quick -- I
12  need to talk to the witness for one second.
13           (Recess.)
14  BY MR. FREIBERG:
15      Q   Good afternoon, sir.
16      A   Good afternoon.
17      Q   My name is Peter Freiberg.  I represent
18  Tashanna Golden in this case.  First of all, let me
19  thank you for your time here this afternoon.  I am
20  going to try to get through this as quickly as
21  possible.
22           Have you ever had a deposition taken
23  before?
24      A   No.
```

**Page 8**

```
 1      Q   Just a couple of ground rules.  If I ask
 2  you a question that you don't understand, please ask
 3  me to rephrase it.  None of the lawyers involved
 4  here want you to answer a question that you may not
 5  understand.
 6           If at any point in time you need to take a
 7  break, please just let us know.  We are happy to
 8  accommodate you.  The only caveat is there can't be
 9  a pending question when you ask for a break.
10           And then finally if you and I could try to
11  avoid talking over each other it will help Ms.
12  Naylor's job getting everything down accurately.  So
13  just please wait until I finish the question before
14  you provide an answer.  Okay?
15      A   Okay.
16      Q   First of all, are you represented by
17  counsel here today?
18      A   I am.
19      Q   And that is Mr. Fialkow?
20      A   That is correct.
21      Q   Have you spoken with any other attorneys
22  regarding your deposition?
23      A   Informally.
24      Q   Who?
```



Page 9

1    A    A friend, Ken Roberts, in New York who
2    instructed me to contact First Marblehead for
3    representation.
4    Q    You said he is a friend of yours?
5    A    That's right.
6    Q    Okay.  Other than Mr. Fialkow, though,
7    have you spoken to anyone about the substance of --
8    A    No.
9    Q    You will have the ability to read and sign
10   your transcript which means that you are allowed to
11   review it to make sure everything is recorded
12   correctly.  Do you want to reserve that right?
13   A    Yes.
14   Q    Then what I will do is get the original of
15   the transcript to Mr. Fialkow who will get with you
16   in terms of what you need to do in terms of reading
17   and signing.
18        MR. FIALKOW:  We will waive notary?
19        MR. FREIBERG:  That's fine.
20        MR. FIALKOW:  All right.
21        MR. FREIBERG:  That's fine.
22   BY MR. FREIBERG:
23   Q    Mr. Hupalo, just tell me generally what
24   you did to prepare for your deposition, if anything?

Page 10

1    A    Nothing.
2    Q    Okay.
3    A    Other than speak to Mr. Fialkow.
4    Q    And did you look at any documents?
5    A    I did not.
6    Q    Could you tell us what your educational
7    background is, please?
8    A    Yes.  I have a BA from Boston University
9    in political science and an MBA from New York
10   University in finance.
11   Q    And when did you get the MBA in finance?
12   A    The MBA in finance was in 1987.
13   Q    And after graduating from NYU could you
14   just give us sort of a quick rundown of what your
15   work history was?
16   A    Yes.  I worked in the investment banking
17   field from 1987 to 2003.  2003 to 2008 at First
18   Marblehead Corporation.  2008 to I will say 2010-ish
19   I was doing sort of different activities, my own
20   consulting type of activities.  Then I went to work
21   at Deutsche Bank for about 18 months or two years.
22   And in 2012 started the company that I am with now,
23   which is Invite Education.
24   Q    Quickly what does Invite Education do?

Page 11

1    A    We have software programs to help parents
2    plan and pay for college.
3    Q    Thank you for that.  When you were working
4    for First Marblehood -- first of all, were you
5    employed by the First Marblehood Corporation?
6    A    That is correct.
7    Q    We will refer to that throughout the
8    deposition as FMC.
9    A    Okay.
10   Q    You are familiar with what is referred to
11   as FMER, First Marblehead Education Resources?
12   A    Yes.
13   Q    That was a subsidiary of FMC?
14   A    Correct.
15   Q    Did you at any point in time work for
16   First Marblehead Education Resources, Inc.?
17   A    I don't believe  so.
18   Q    What were your title or titles while you
19   were working for FMC?
20   A    When I started the company I was the group
21   head of capital markets.  Then there were a series
22   of promotions that ended with me having the title
23   of, I believe, a senior executive vice president
24   chief financial officer.

Page 12

1    Q    Was that the title you had when you left
2    the company in 2008?
3    A    That's correct.
4    Q    What month in 2008 did you leave First
5    Marblehead?
6    A    My recollection was in October of 2008.
7    Q    And, generally, what did you do as the
8    group head of capital markets for First Marblehead?
9    A    So our job at Capital Markets Group was to
10   take the assets which were generated by the First
11   Marblehead business model, package them, and sell
12   them to investors.  So our job was to make sure that
13   they were in a homogenous pool and have the prepared
14   for sale.
15   Q    And the assets -- we will get into this in
16   more detail -- but the assets you are referring to
17   are student loans?
18   A    Private credit student loans originated by
19   banks.  That's right.
20   Q    And when you say to package them was that
21   the process by which the private student loans were
22   assigned to the Delaware Statutory Trust?
23   A    Without quibbling about assigned, yes.
24   They were collected and packaged as a group and



Page 13

1  sold in those trusts; that is correct?
2      Q   And the trusts were -- are known as the
3  Nat'l Collegiate Student Loan Trusts and then they
4  have numbers representing the year and the --
5      A   I believe they were called the Nat'l
6  Collegiate Student Loan Master Trust --
7      Q   Okay.
8      A   -- if I am not mistaken.
9      Q   And then you mentioned a second ago that
10  part of your responsibilities were to sell what to
11  the investors?
12     A   Securities.
13     Q   The asset backed securities?
14     A   Correct.
15     Q   Can you tell me, sir, what your duties
16  were with respect to filings that were made with the
17  Securities and Exchange Commission first of all with
18  respect to First Marblehead itself?
19     A   In my role as chief financial officer I
20  signed the financial statements.
21     Q   Did you actually have some role in
22  preparing those financial statements?
23     A   We had a chief accounting officer and his
24  primary responsibility was for that.  But as the CFO

Page 14

1  it was my ultimate responsibility to sign those.
2      Q   And did that include signing the Form
3  10K's at First Marblehead?
4      A   I believe so.  That's right.
5      Q   Okay.  Did you have any responsibility for
6  signing any SEC disclosure -- documents filed with
7  the SEC related to the trust themselves?
8      A   For the publically issued trusts I would
9  imagine that's correct, yes.  We did both private
10  placements and publically issued securitizations.
11     Q   How many of the trusts, the
12  securitizations, were private and how many were
13  public?
14     A   I don't recall.
15     Q   Were there more than -- let me --
16     A   Yes.  I just -- I don't recall.
17     Q   Was there any way to -- were most of them
18  private and most of them public?
19     A   I really just don't remember.
20     Q   But for those that were publically traded
21  you had some role in preparing filing the SEC
22  filings?
23     A   That's correct.
24     Q   Was the stock of First Marblehead publicly

Page 15

1  traded?
2      A   Yes.
3      Q   During what period of time?
4      A   The IPO, if I remember correctly, was
5  September 2003.  And I'm not sure when the stock
6  stopped trading but it was trading at the time of my
7  departure.
8      Q   What market?
9      A   New York Stock Exchange.
10     Q   And is it true that the filings that had
11  to be made on behalf of the First Marblehead were
12  required because they were publicly traded
13  securities?
14     A   The debt securities were publically traded
15  securities; that's right.
16     Q   What I am talking about is the First
17  Marblehead stock.  That was publicly traded for a
18  period of time?
19     A   That's correct.
20     Q   And that triggered an obligation by First
21  Marblehead to make filings with the Securities and
22  Exchange Commission?
23     A   Related to the stock; that is correct.
24     Q   To the stock of the First Marblehead

Page 16

1  Corporation?
2      A   That's correct.
3      Q   The trust themselves --
4      A   Yes.
5      Q   -- the asset backed securities, how were
6  those traded or was there a market they were traded
7  on?
8          MR. FONTENELLI:  Object to the form.
9  BY MR. FREIBERG:
10     Q   And what I am getting at is the publicly
11  traded asset backed securities.
12     A   The publicly traded asset backed
13  securities were traded among the broker dealers.
14     Q   But because they were publicly traded the
15  trust themselves had to make filings with the
16  Securities and Exchange Commission?
17     A   Correct.
18     Q   The securities that were sold, not the
19  stock of the First Marblehead Corporation but the
20  securities, what were they?
21     A   They were asset backed securities.
22     Q   Were they considered notes?
23     A   It's debt instruments.  That's right.
24     Q   Whereby the trusts themselves were





Page 17

1 obligated, so to speak, to pay to the investors in
2 the debt securities?
3    A    That's right.
4    Q    And what the investors -- excuse me.  What
5 the trust paid was money that was collected from
6 principle and interest for the student loans
7 themselves?
8    A    That's correct.
9    Q    And did you have any role in preparing or
10 filing any prospectuses for the debt securities
11 issued by the trust?
12    A    Yes.
13    Q    What is a prospectus?
14    A    A prospectus is an outline of the
15 transaction, the underlying collateral, the risks of
16 the transaction and related attached documents
17 having to do with the legal entity, the trust
18 itself.
19    Q    Thank you.  When you worked for the First
20 Marblehead Corporation, where was the office?
21    A    There were all -- when I worked for First
22 Marblehead I was in three different locations.  One
23 in Marblehead.  One here in Boston.  And eventually
24 the Pru, which was the primary location.

Page 18

1    Q    I'm sorry.  It was called what?
2    A    The Prudential Tower.
3    Q    The Prudential Tower.  Okay.
4    A    Yes.  The Pru.
5    Q    Thank you.  At any period of time did TERI
6 work in the same office as First Marblehead or same
7 office space?
8        MR. FIALKOW:  Objection.  I think -- just
9 so we make sure, TERI is?
10       MR. FREIBERG:  Good point, Dave.
11 BY MR. FREIBERG:
12    Q    When I refer to something called TERI
13 throughout this deposition, I am going to be
14 referring to the Education Resources, Inc.
15    A    Okay.
16    Q    Are you familiar with that?
17    A    I am.
18    Q    At any point in time, did Terry share
19 office space with First Marblehood?
20    A    Not that I am aware of.
21    Q    You mentioned a second ago that you were
22 familiar with TERI.  TERI is not an insurance
23 company; correct?  Excuse me.  Was not an insurance
24 company?

Page 19

1    A    Well, in this context what is the
2 definition of an insurance company?
3    Q    Let me ask you.  What was TERI.  What was
4 your understanding of what TERI was?
5    A    TERI was a not for profit guarantor of the
6 principle and interest under the underlying loans.
7    Q    TERI did not issue insurance policies that
8 insured the underlying loans?
9    A    I am trying to remember what the mechanism
10 was by which they bestowed the guarantee on the
11 loan.  I don't recall if it was called an insurance
12 policy or anything else.
13    Q    Did TERI guarantee any federal loans?
14    A    No.
15    Q    Did TERI ever own any of the loans itself?
16    A    I don't believe so.
17    Q    Did TERI ever underwrite any of the loans,
18 the student loans?
19    A    When you say underwrite?
20    Q    Did TERI ever provide any of the money for
21 the loans themselves?
22    A    TERI did not fund loans, as far as I know.
23    Q    Did TERI ever service any of the loans?
24    A    When in collection servicing, no.  They

Page 20

1 have done some default servicing.  I don't recall.
2    Q    Okay.
3    A    That's post-default.
4    Q    Did TERI ever advance the money to the
5 student borrowers?
6    A    Not that I am aware of.
7    Q    Each loan that TERI guaranteed that ended
8 up in one or more of the trusts was funded by a
9 participating financial institution; correct?
10    A    Correct.
11    Q    And each loan -- each of those private
12 financial institutions -- excuse me.  Each of those
13 financial institutions was a private bank; is that
14 correct?  What I'm --
15    A    In most cases.
16    Q    Okay.
17    A    There may have been some other funders
18 that I -- but in the general business model it was a
19 financial institution.
20    Q    A private bank, essentially?
21    A    Yes.
22    Q    Okay.
23    A    I'm sorry.  Private meaning they may have
24 been publicly traded but not another 501C3 or



Page 21

1  something of that nature.
2      Q   Correct.  That is what I am getting at.
3  None of the loans that TERI guaranteed were
4  sponsored or underwritten by any state or federal
5  government?
6      A   I don't believe so.  Certainly not the
7  federal government.
8      Q   Fair to state, though, that all of the
9  loans that went to the trust were originated by
10  private banks?
11      A   When you say originated, you mean funded
12  or do you mean processed?
13      Q   Yes.  Funded.
14      A   Yes.  Funded.
15      Q   Do you know if TERI was entitled to any
16  type of financial assistance from the United States
17  Department of Education?
18      A   I don't believe they were.
19      Q   And do you know if TERI was entitled to
20  any type of re-insurance from the United States
21  Department of Education?
22      A   I don't believe they were.
23      Q   Did TERI own any loan related assets?
24      A   Not that I am aware of other than

Page 22

1  defaulted student loans.
2      Q   After it paid the guarantee?
3      A   Right.
4      Q   Who was -- who paid the guaranty fees for
5  TERI's guaranty, do you know?
6      A   I'm trying to remember if the borrower
7  paid the fee.  I don't recall specifically.
8      Q   Okay.  Do you know if the guaranty fee was
9  considered part of the origination fee for the loans
10  from the banks?
11      A   I don't recall specifically.
12      Q   Okay.  We'll talk about this in a little
13  bit more detail later but was the guaranty fee
14  income that TERI owned kept in a segregated account?
15      A   I would imagine so for each trust.  It is
16  part of the perfected security interest in the
17  asset.
18      Q   Such that the trust had a security
19  interest in the guaranty fees that TERI had put into
20  escrow and set aside, something like that?
21      A   I don't recall if they escrowed by
22  transaction or if it was a general escrow.
23      Q   The First Marblehood Corporation.  Do you
24  know when it was organized?  Formed as a business?

Page 23

1      A   Mid 90's, early 90's, perhaps '93-ish.
2      Q   And how did you come to work for the First
3  Marblehead company -- Corporation?
4      A   In 2003 I made a presentation to the board
5  of directors.  And the CEO invited me to join the
6  firm.  I had been their investment banker at that
7  time or one of their investment bankers at that
8  time.
9      Q   And in your role as an investment banker
10  prior to joining First Marblehead had you had any
11  experience with marketing securities, asset backed
12  securities that First Marblehead had structured?
13      A   Yes.
14      Q   Similar to the Nat'l Collegiate Student
15  Loan Trust it held private loans?
16      A   That's correct.
17      Q   And as an investment banker was your role
18  to sell the debt instruments themselves to
19  investors?
20      A   It was my role to coordinate the sale with
21  the sales and trading teams and others within the
22  firm.  But I didn't specifically sell bonds to
23  investors.
24      Q   Is it fair to state that the First

Page 24

1  Marblehead Corporation provides outsourcing services
2  for private education lending?
3      A   That's what we did.
4      Q   And by the way, sir, what I am going to be
5  asking you a lot about today occurred, you know,
6  between 2001 and 2008, 2010.  So to the extent you
7  and I can kind of limit our conversation today to
8  that time period?  If I'm going to ask you things
9  that happened or that you know about happened after
10  2008 or 2010, I'll let you know.
11      A   Fair.
12      Q   Is the First Marblehood Corporation
13  essentially an education finance company?
14      A   Yes.
15      Q   And the First Marblehood Corporation while
16  you were there offered program design and marketing
17  for its clients; correct?
18      A   Correct.
19      Q   And its clients were private banks?
20      A   As we said before, right.
21      Q   And part of the services that First
22  Marblehead offered were borrower inquiring an
23  application -- loan application processing; correct?
24      A   That's correct.



Page 25

1    Q    First Marblehead also organized the -- not
2    organized but had a role in the loan origination
3    itself?
4    A    That's correct.
5    Q    And the disbursement of the loan proceeds
6    to the borrowers?
7    A    That's correct.
8    Q    And then First Marblehead also had a role
9    in the securitization of the loans?
10    A    That's correct.
11    Q    Before we get ahead of ourselves could
12    you just generally define what it means to
13    securitize something like a student loan?
14    A    Certainly.  The securitization of the
15    student loan asset consisted of, as we said before,
16    forming a pool of assets, having those assets rated
17    by a rating agency, having the trust formed by a
18    trustee who is acting on behalf of the bond holders.
19        Then going through the process of modeling
20    cash flows to show what the investor returns would
21    be based on the principle and interest income that
22    was assumed to come from that revenue stream from
23    those underlying assets.  And basically that's the
24    sale of a securitized asset.

Page 26

1    Q    Are you familiar with the term make and
2    sell loans?
3    A    Yes.
4    Q    What percentage of the loans that were
5    originated by First Marblehead were make and sell
6    loans?
7    A    When we say make and sell, so we are
8    clear, what I think of that term to mean is that the
9    banks would make the loan.  They would fund it on
10    their balance sheet.  And then they would sell it to
11    First Marblehead at the time of the securitization.
12    Q    Correct.  That is what -- I should have
13    asked you what you understood to be a make and sell
14    loan.
15    A    That is what I understand.
16    Q    So what percentage of the loans that were
17    originated by First Marblehead were make and sell
18    loans?
19    A    Nearly a hundred percent if not a hundred
20    percent.
21    Q    Such that near or if not a hundred percent
22    of the loans that were originated by First
23    Marblehead were originated with the intent to then
24    sell those, assign them, however you want to phrase

Page 27

1    it, to the trusts themselves?
2    A    Correct.
3    Q    And is it correct that the securitization
4    that enabled the lenders to sell these liquid assets
5    that essentially were potentially illiquid?
6    A    Yes.
7    Q    And is it correct that the securitization
8    enabled the reallocation of the risk of default?
9    A    Could you rephrase that?
10    Q    Sure.  Did the securitization allow for
11    the transfer of risk of default by the student
12    borrowers?
13    A    I don't believe so.
14    Q    After the loans were transferred to the
15    trusts who had the risk of default of the borrowers?
16    A    The reason I gave the last answer is the
17    same as this one.  I think the risks were mandatory.
18    Q    Because of the guaranty?
19    A    Correct.
20    Q    And then, finally, one of the services
21    that First Marblehead engaged in was actually
22    servicing of the loans after they had been
23    disbursed?
24    A    Correct.

Page 28

1    Q    And servicing included borrower inquiries
2    about loan terms?
3    A    That's correct.
4    Q    Collections?
5    A    Yes.
6    Q    Receipt of monies.  Things like that?
7    A    Correct.
8    Q    Did First Marblehead offer a fully
9    integrated suite of outsourcing materials in
10    connection with its private student loan programs?
11    A    Can you say the last part?  Fully
12    integrated --
13    Q    A fully integrated suite of outsourcing
14    services in connection with its private student --
15    A    Yes.
16    Q    And did First Marblehood offer your
17    clients -- strike that question.
18        The clients of First Marblehead were who?
19    A    The banks that we talked about before.
20    Q    Did First Marblehead offer the banks the
21    opportunity to outsource all of the key components
22    of their loan programs?
23    A    Yes.
24    Q    And after 2001 First Marblehood contracted



Page 29

1  with TERI to perform many of the services for its
2  bank clients; is that correct?
3      A   I believe so, yes.  Can you repeat that,
4  sir?
5      Q   Sure.  After 2001 there was an asset
6  purchase agreement between TERI and First
7  Marblehead.  Are you familiar with that?
8      A   I am not recalling it in detail.
9      Q   Did -- when you were with First
10  Marblehead, who performed the services that we just
11  described for the private banks?
12          MR. FIALKOW:  Objection.  You can answer.
13          THE WITNESS:  I'm sorry?
14          MR. FIALKOW:  You can answer.
15          THE WITNESS:  We are talking about
16  post-origination?
17  BY MR. FREIBERG:
18      Q   Yes.
19      A   Third party servicer.
20      Q   Okay.  FEA?
21      A   FEA.  Correct.
22      Q   Other than third party servicing -- strike
23  the question.  First Marblehead it's a for profit
24  corporation?

Page 30

1      A   Correct.
2      Q   And has it been a for profit corporation
3  at all times, as far as you know?
4      A   Yes.
5      Q   Okay.  And incidentally, were there any
6  restrictions on the transferability of the stock of
7  First Marblehead?
8      A   Transferability?
9      Q   The trading of First Marblehead?
10      A   For officers?
11      Q   Other than for officers?
12      A   In the window periods, no, as a publically
13  traded company.
14      Q   Okay.
15      A   Prior to that it was private and there
16  were obviously other restrictions.
17      Q   First Marblehead was the entity that
18  actually created the securitization trust?
19      A   Correct.
20      Q   Can you tell me how that worked?
21      A   Yes.  As we discussed before with the
22  asset securitization purchase -- say the methodology
23  or the program was that the banks would originate
24  the loans through the First Marblehood origination

Page 31

1  platform.
2          They would fund the loans and hold them on
3  the balance sheet.  At a time when there was an
4  aggregated amount of lines and there was a timing
5  opportunity in the market First Marblehead would
6  send a notice to the banks that there would be a
7  securitization.
8          Give the date of the securitization.  Then
9  have a determination of what amount of loans were
10  available from each one of the banks for purchase in
11  that period.
12          And we would get all the data on those
13  loans and then have the investment bankers go
14  through the process of working with the rating
15  agencies.
16          And then the rest of the process I
17  described earlier.
18      Q   Okay.  And these were all private student
19  loans?
20      A   Correct.
21      Q   No Stafford loans --
22      A   No.
23      Q   -- included within the trust.  No federal
24  loans?

Page 32

1      A   No.
2      Q   And is it correct that all of the loans
3  that were securitized into the trust were guaranteed
4  by TERI?
5      A   Yes.
6      Q   A hundred percent?
7      A   As far as I remember, yes.
8      Q   And to backtrack a little bit, the trust
9  would then issue the debt securities --
10      A   That's correct.
11      Q   -- for sale to the investors?
12      A   That's correct.
13      Q   Typically what -- who -- what type of
14  investors were buying the debt securities?
15      A   The market evolved over the period of time
16  that you are talking about.  It became a global
17  market.  We had investors purchasing bonds and
18  securities from the trust from Asia, from Europe,
19  from the United States.
20      Q   Institutional investors mostly?
21      A   Institutional investors almost
22  exclusively.
23      Q   Okay.  During the period of time that you
24  were employed by the First Marblehead Corporation



Page 33

1  did the company's profitability depend largely on
2  the securitization process?
3     A   Yes.
4     Q   And did the profitability of the First
5  Marblehood Corporation when you were employed there
6  depend upon its ability to earn structural advisory
7  fees?
8     A   Yes.
9     Q   And did the profitability of the First
10  Marblehead Corporation when you were employed there
11  depend upon its earning -- that may not be the right
12  word -- the residuals that First Marblehead held in
13  the trust?
14     A   Yes.
15     Q   The structural advisory fees am I correct
16  that when a securitization was completed that the
17  First Marblehead got what's known as upfront
18  structural advisory fee?
19     A   That's correct.
20     Q   And after receiving the upfront structural
21  advisory fee were there additional advisory fees
22  that First Marblehead earned?
23     A   You referenced the residuals before.  So
24  there was a calculation of what the present value of

Page 34

1  the residual would be given certain assumptions.
2     Q   Before we get too far ahead of ourselves,
3  what is the residual?
4     A   So the residual is the cashflow that
5  remains after the bonds have been paid in full, all
6  P&I is paid, principal and interest.
7     Q   Essentially the residual that is left in
8  the trust itself after all of the purchases of the
9  debt securities have been paid --
10     A   That's correct.
11     Q   Repaid.
12     A   The debt securities and all the fees for
13  the trustee and the servicer and all the rest.  It's
14  basically the remaining cash flow.
15     Q   And at all times when you were employed
16  with the First Marblehead did it, in fact, have a
17  residual interest in the trusts?
18     A   Yes.
19     Q   Am I correct that TERI also had a residual
20  interest in the trusts?
21     A   I believe so.
22     Q   While you were employed with the First
23  Marblehead was the primary driver of profitability
24  of the company the volume of loans that could be

Page 35

1  originated and then securitized?
2     A   You said the primary driver of the --
3     Q   Profitiability?
4     A   It was one of the drivers of
5  profitability.
6     Q   Loan volume was important though; correct?
7     A   It was.
8     Q   And how did the TERI guaranty figure into
9  loan volume?
10     A   Well, the TERI guaranty was part of the
11  analysis that the investor would do and the rating
12  agencies would do.  So given the fact that we
13  securitized almost 100 percent TERI guaranty loans
14  I don't really have a measure to know what impact it
15  had on the volume.  We just securitized TERI
16  guaranty loans.
17     Q   Was the TERI guaranty important -- an
18  important factor to driving loan volume?
19     A   It was a factor.  I think all the
20  investors had different factors that they looked at
21  but the guaranty was one of those measures.
22     Q   Was student loan asset backed
23  securitizations historically First Marblehead's
24  sole source of financing?

Page 36

1     A   Yes.
2     Q   And was TERI an integral part of that?
3     A   You are saying the TERI guaranty?
4     Q   Yes.
5     A   It was part of the loan package that the
6  -- it was inherent in the assets they were
7  securitizing, so it was important from that
8  perspective, yes.
9     Q   The guaranty's of the loans reduced the
10  risk to the purchasers of the debt securities?
11     A   Correct.
12     Q   And the TERI guaranty made the debt to the
13  securitized asset back trust more valuable?  The
14  debt security?
15     A   Yes.
16     Q   Was one of the -- well, strike the
17  question.
18         There were private label things known as
19  private label programs at First Marblehead?
20     A   That's right.
21     Q   What is a private label program?
22     A   The private label program as I remember
23  was the ability to use one of the financial
24  institutions brand name as the representative.



Page 37

1      (Lynn Swanson appearing telephonically
2  joined the deposition.)
3      MR. FREIBERG: It's Lynn Swanson. She is
4  also with my office down in New Orleans.
5      THE WITNESS: Great. Thanks. Can you
6  repeat the question then?
7  BY MR. FREIBERG:
8      Q   We were talking about the private label
9  programs.
10     A   All right. Okay.
11     Q   What was the private label program?
12     A   So, to use an example, Bank of America had
13  a Bank of America private credit student loan that
14  was private labeled, some call it white labeled
15  meaning that they took the asset that was generated
16  according to the credit criteria and they offered
17  that to their clients.
18         Other banks perhaps Chase or P&C or any of
19  the other clients would use an identical underlying
20  credit criteria and label those -- private label
21  those loans to their clients as well, customers.
22     Q   One of the components of the private label
23  programs was the opportunity for your bank, private
24  bank lending clients to mitigate their risk through

Page 38

1  the TERI guaranty?
2      A   Correct.
3      Q   And one of the key components of First
4  Marblehead's ability to market the asset backed
5  securities was the TERI guaranty; correct?
6      A   That's correct.
7      Q   And that's because the TERI guaranty
8  mitigated the risk to the purchasers of the debt
9  securities?
10     A   Correct.
11     Q   Did First Marblehead collaborate with TERI
12  to comply with the laws and regulations regarding
13  disclosures for the asset backed securities?
14     A   Did you say collaborate?
15     Q   Was there any overlap, cooperation between
16  TERI and First Marblehead complying with the laws
17  and regulations regarding -- let me rephrase the
18  question.
19         Did TERI have any role in the issuance of
20  the reports that had to be filed with the SEC either
21  for First Marblehead or for the trusts themselves?
22     A   My recollection on the reports and the
23  filings, no. TERI signed off on the disclosure
24  documentation in the prospectus that you referenced

Page 39

1  earlier.
2      Q   When you say signed off, did TERI have to
3  approve?
4      A   And why was that?
5      Q   They are a separate entity.
6      Q   Okay. And we will get into this in more
7  detail. But at points in the disclosures that First
8  Marblehead made for the trusts TERI's financials
9  were included?
10     A   Correct.
11     Q   Why was that?
12     A   Because of the guaranty. So the
13  disclosure counsel or others, I am not sure whom,
14  determined that was a material piece of information
15  an investor should have, the financial health of
16  TERI.
17     Q   The financial health of TERI was material
18  to the institutional investors that were purchasing
19  the debt securities against the trust?
20     A   Because of the guaranty.
21     Q   Because of the guaranty. Okay. Did at
22  any point in time while you were employed by First
23  Marblehead did TERI assume the responsibility for
24  compliance?

Page 40

1      A   No.
2      Q   And at any point in time did TERI delegate
3  the responsibility for compliance to First
4  Marblehead?
5      A   Their own internal compliance?
6      Q   Yes.
7      A   I don't believe so.
8      Q   When the loan funds were disbursed did
9  First Marblehead disburse those funds on behalf of
10  TERI?
11     A   On behalf of TERI?
12     Q   Or the banks?
13     A   The banks.
14     Q   So the monies that were sent to the
15  borrowers came from an account -- a First Marblehead
16  account?
17     A   No. I believe -- if I remember
18  specifically it came from -- at no time did First
19  Marblehead own a loan on its balance sheet. So I
20  believe that there was a mechanism by which the
21  banks would have funded that loan. But I was not in
22  the operations. But we did not balance sheet loans.
23     Q   Okay.
24     A   Not even for a second.



Page 41

1    Q    First Marblehead?
2    A    Correct.
3    Q    And I was going to ask you later.  But
4  First Marblehead never actually owned the loans
5  themselves?
6    A    That's correct.
7    Q    The loans were owned by the banks --
8    A    The banks.
9    Q    -- upon original -- excuse me -- upon
10  disbursement?
11    A    Correct.
12    Q    And who was the next owner?
13    A    The trust.
14    Q    The trust.  Are you familiar with an
15  entity known as National Collegiate Funding, LLC?
16    A    I remember the name but I don't remember
17  the function.
18    Q    Okay.  I guess my question is the account
19  through which the monies flowed from the banks to
20  the borrowers, whose account was that?
21    A    I'm sorry.  So can you say that again?
22    Q    Sure.  Whose account was used to get the
23  money from the banks to the borrowers, the student
24  borrowers?

Page 42

1    A    I don't remember the detail of how that
2  was.
3    Q    Were the loan monies made available by the
4  banks to TERI?
5    A    I don't believe so.
6    Q    Were the loan monies made available by the
7  banks to First Marblehead --
8    A    Yes.
9    Q    -- for disbursement?
10    A    For disbursement, yes.
11    Q    Are you familiar with an entity known as
12  the National Collegiate Trust?
13    A    Yes.
14    Q    And what is the National Collegiate Trust?
15    A    The National Collegiate Trust was the
16  issuing entity for the private credit student loans.
17    Q    Issuing entity for the debt securities?
18    A    Correct.
19    Q    And is there more than one National
20  Collegiate Trust?
21    A    Well, I said earlier I thought it was the
22  National Collegiate Student Loan Master Trust but
23  there may have been different trust entities.  But
24  National Collegiate Student Loan Trust was the first

Page 43

1  Marblehead series of transactions that funded those
2  private credit student loans.
3    Q    Was the National Collegiate Trust a
4  subsidiary of First Marblehead?
5        MR. FONTINELLI: Objection.
6        THE WITNESS:  I don't remember what --
7  what the legal status was.  I don't believe it was a
8  subsidiary, though.  It was a -- no, in fact it was
9  an off balance sheet.  It was not a subsidiary, I
10  think, as we know it.
11  BY MR. FREIBERG:
12    Q    Okay.  Was it an affiliate?
13        MR. FONTINELLI: Objection.
14        THE WITNESS:  No.  It was a -- it was just
15  an entity that received the loans.
16  BY MR. FREIBERG:
17    Q    Who actually organized -- strike that
18  question.  The trusts themselves are statutory
19  trusts?
20    A    Correct.
21    Q    Organized in the State of Delaware?
22    A    Correct.
23    Q    Who actually formed or organized the
24  statutory trusts?

Page 44

1    A    The -- and you made the point earlier
2  about the time period of 2001 to 8 or 10 or whatever
3  it might be.  And I wanted to note at that point
4  that's, you know, more than 15 years ago so.  I am
5  trying to remember the detail of what were fairly
6  intricate student loan transactions.  You
7  understand?
8    Q    Understood.
9    A    Yes.
10    Q    And I only want you to tell us what you
11  can know or what you remember.
12    A    I know.  So could you again ask --
13    Q    Sure.  Who actually organized or
14  incorporated, that's not exactly the right word, but
15  organized the statutory trusts?
16    A    The lawyers.
17    Q    Whose lawyers?
18    A    So there were trustees lawyers, the
19  corporation had lawyers, the trust -- and when I
20  said the trustees lawyers the trust was represented
21  so they were at the table as well.
22    Q    Was First Marblehood considered the
23  sponsor of the trust?
24    A    I would say that.



---

**Page 45**

1  Q    And was any entity associated with First
2  Marblehead considered to be the depositor for the
3  trust?
4        MR. FONTINELLI:  Objection to form.
5        THE WITNESS:  Depositor is a term of art.
6  How do we mean it here?
7  BY MR. FREIBERG:
8  Q    What entity actually deposited the student
9  loans into the trusts?
10       MR. FONTINELLI: Objection.
11       THE WITNESS:  Thank you.  The banks.
12  BY MR. FREIBERG:
13  Q    Okay.  So the First Marblehead, as you
14  said, never had ownership of the loans?
15  A    That's correct.
16  Q    I think you said First Marblehead never
17  had the loans on its balance sheets?
18  A    Correct.
19  Q    Ever?
20  A    Correct.  As far as I remember that's
21  right.
22  Q    What was TERI's role in the securitization
23  process?
24  A    TERI provided the guaranty and they

**Page 46**

1  reviewed the documents, as I described before.
2  Q    And TERI also had some role in originating
3  the loans themselves; correct?
4        MR. FIALKOW:  Objection.
5        THE WITNESS:  Other than applying the
6  guaranty?
7  BY MR. FREIBERG:
8  Q    Yes.
9  A    I don't believe so.
10  Q    The origination loans was done by First
11  Marblehead?
12  A    Correct.
13  Q    What role did TERI's -- excuse me.  What
14  role did TERI's data have in the securitization
15  process?
16  A    TERI's data was used primarily by the
17  rating agencies to determine potential default rates
18  on underlying collateral.
19  Q    The rating agencies essentially rating the
20  --
21  A    Securitization.  Securities.
22  Q    The debt securities?
23  A    Correct.
24  Q    Did TERI's role have any -- excuse me --

**Page 47**

1  TERI's data have any role in the credit rating of
2  First Marblehead itself?
3  A    No.
4  Q    Did First Marblehead derive any benefit
5  from TERI's role in the securitization process?
6  A    The benefit was the guaranty.
7  Q    And do the trusts themselves derive a
8  benefit from TERI's role in the securitization
9  process?
10  A    Same.
11  Q    The guaranty?
12       MR. FONTINELLI: Objection to form.
13       THE WITNESS:  The guaranty.
14  BY MR. FREIBERG:
15  Q    Did TERI perform a private benefit to
16  First Marblehead?
17  A    I don't -- by private benefit?
18  Q    Let me rephrase the question.  Did First
19  Marblehead itself benefit in anyway from TERI?
20  A    From the guaranty that they provided for
21  the loans.
22  Q    We will get into this a little bit later,
23  but at points in time TERI was actually paying First
24  Marblehead to do loan servicing origination

**Page 48**

1  disbursement?
2        MR. FIALKOW:  Objection.  You can answer.
3        THE WITNESS:  Again, I don't recall how
4  the -- if -- it may have been that there was a
5  management contract of some kind, using that term
6  loosely, as their -- as the servicer or the
7  origination servicer, if you will.  We had to
8  underwrite the loans according to TERI underwriting
9  guidelines.  So I think you jogged my memory on that
10  that there would be some arrangement for that to
11  happen.
12  BY MR. FREIBERG:
13  Q    Did TERI provide an advantage to the First
14  Marblehead Corporation in its securitization
15  process?
16  A    Well, I said before, because of the
17  guaranty.
18  Q    And did that guaranty provide an advantage
19  to First Marblehead over its competitors?
20  A    It provided First Marblehood the
21  opportunity to sell securities to investors I'll say
22  at prices that were -- that would be advantageous
23  compared to not having a guaranty, yes.
24  Q    Would it be fair to state that the TERI



Page 49

1  guaranty provided a better opportunity to the First
2  Marblehead Corporation to sell its debt securities?
3      A    Yes.
4      Q    Did TERI help to carry on the trade or
5  business of the First Marblehead Corporation?
6         MR. FIALKOW:  Objection.
7         THE WITNESS:  Can you say that again?  Did
8  --
9  BY MR. FREIBERG:
10     Q    Did TERI in anyway assist First Marblehead
11  carrying on its business?
12     A    Assist from the perspective of providing
13  the guaranty.  That would be it.
14     Q    Would it be fair to state that the
15  guaranty assisted First Marblehead carrying on its
16  business?
17     A    Yes.  When you said assist I thought you
18  meant something like with the management operations
19  or something like that.  But, no, from the
20  perspective of providing a guaranty that was an
21  assistance.
22     Q    Okay.  You mentioned the word material
23  earlier.  I know you have been involved with Capital
24  Markets for awhile.  What does the word material

Page 50

1  mean to you?
2      A    In what context?
3      Q    In the context of evaluating the credit
4  worthiness of an investment?
5      A    Material means it was a significant factor
6  in determining for the rating agencies a rating and
7  then for the debt investor's ability to purchase.
8      Q    Was the TERI guaranty a material advantage
9  for first Marblehead's securitization process?
10     A    Yes.
11     Q    Was it a substantial --
12     A    Difference between substantial and
13  material?
14     Q    Was it significant?
15     A    It was significant.
16     Q    Mr. Hupalo, was there a specific
17  department within First Marblehead that was
18  responsible for preparing the SEC filings?
19     A    The SEC filings were prepared
20  by a combination -- the legal department was
21  involved.  The Capital Market Group would have been
22  involved.  Others within the finance department.
23     Q    And those filings were on behalf of First
24  Marblehead itself?

Page 51

1      A    Those filings were on behalf of the trust.
2      Q    The trust.  First Marblehead also made
3  filings; for example, 10K's, things like that?
4      A    Correct.
5      Q    And the filings on behalf of the First
6  Marblehead Corporation were directed to the
7  shareholders and potential purchasers of First
8  Marblehead stock?
9      A    Equity.  Correct.
10     Q    And the filings on behalf of the trust
11  were directed to the owners of the asset backed
12  securities?
13     A    Fundamentally, yes.
14     Q    And also to the potential purchasers of
15  the asset backed securities?
16     A    Correct.
17     Q    Essentially to advise them of the -- among
18  other things -- risks associated with the
19  investment?
20     A    Correct.
21     Q    What is your understanding of why risk
22  factors are supposed to be disclosed?
23        MR. FONTINELLI: Object to the form.
24        THE WITNESS:  To give the investor an

Page 52

1  opportunity to evaluate what the company believes
2  were material, significant, consequential, potential
3  risks of why that investment may or may not return
4  -- have a positive return for the investor.  Or in
5  the case of a debt holder what they needed to know
6  to make a judgment about the likelihood of the
7  return of P&I on their investment.
8         (Exhibit No. 1, Term Sheet, marked for
9  identification.)
10        MR. FREIBERG: Hey, Chris.  I had a copy
11  here for you -- actually, hold on one second, Chris.
12        MR. FONTINELLI:  Sure.
13        MR. FREIBERG:  What we have marked as
14  Exhibit No, 1, and I had a copy here for you, is the
15  Term Sheet dated November 27, 2006 for the National
16  Collegiate Funding, LLC depositor and sponsor.  It
17  has got bates Nos. 2006-4 Golden 240 through 319.
18        MR. FONTINELLI:  Got it.  Thank you.
19        MR. FIALKOW:  Is that copy single sided?
20        MR. FREIBERG:  It is.
21        MR. FIALKOW:  Because mine is double.
22        MR. FREIBERG:  Save some trees.
23        MR. FIALKOW:  That's fine.  I just want to
24  make sure we are looking at the same thing.



Page 53

1      THE WITNESS:  (Witness examines document.)
2  Okay.  Thank you.
3  BY MR. FREIBERG:
4      Q    Mr. Hupalo, I know you have had a chance
5  to take a quick look at that.  I am not going to ask
6  you about the entirety of the document.  But first
7  of all, do you recognize what this is?
8      A    It looks to me like it's a preliminary
9  offering statement for the NCLST 2006-4.
10      Q    And by offering statement what do you
11  mean?
12      A    Preliminary prospectus.
13      Q    A prospectus to disclose to potential
14  purchasers of the debt securities what the debt
15  securities were?
16      A    That's right.
17      Q    If you take a look at the very second page
18  of the document --
19      A    (Witness complies.)
20      Q    By the way, in your role with Capital
21  Markets did you have some responsibility for
22  preparing preliminary prospectuses?
23      A    I would have been involved with reviewing
24  the document.  That's right.

Page 54

1      Q    So on the second page it has -- right up
2  at the top there is a couple bullet points.  First
3  is the classes of the notes listed in the table
4  below.  Those are the debt securities themselves?
5      A    Are we looking at this page?
6      Q    Yes.
7      A    Yes.  Okay.  Good.  Yes.
8      Q    So the securities being offered are the
9  debt securities, the notes?
10      A    Correct.  Class A1 notes through D.
11      Q    And they are backed by the private student
12  loans guaranteed by the Educational Resources --
13  Educational Resources, Inc.?
14      A    Correct.
15      Q    And again, all the private student loans
16  that were in the trust were guarantied by TERI?
17      A    Yes.
18      Q    Okay.  And then there is a section
19  entitled Credit Enhancement. First of all, what is a
20  credit enhancement?
21      A    Can I see that --
22      Q    It's --
23      A    Credit.  Okay.
24      Q    Yes.

Page 55

1
2      A    Okay.  Good.  So the credit enhancement in
3  this case is the amount of money that would be
4  available to the senior note holders in the case of
5  a shortage of principle or -- or a shortage of cash
6  to pay the principle and interest when the bond was
7  due?
8      Q    You are referring to the subordination of
9  certain classes of notes?
10      A    Certain -- that's correct.  So the senior
11  note holder in this case, Class A, would -- Class A
12  at least 8th, 1-4, I don't remember about the IO
13  specifically, but they would have the ability to be
14  paid in front of the Class B, C, and D note holders.
15      Q    And that was one of the credit
16  enhancements for this -- for these securities?
17      A    For the senior securities.  That's
18  correct.
19      Q    But generally speaking what is a credit
20  enhancement when you disclose that in a prospectus?
21      A    It's all -- I'll say all other assets that
22  were available for the payment of -- or the
23  potential payment of principle and interest beyond
24  the income stream from the loans.

Page 56

1      Q    And there are four credit enhancements
2  that are listed here.
3      A    Correct.
4      Q    The first one is excess interest on the
5  student loans. What does that mean?
6      A    That just means that, you know, for an
7  example if I had an asset that bore 10 percent and I
8  had a debt security at 5 percent, and other
9  servicing costs of 3 percent that would give me 2
10  percent excess interest.
11      Q    Essentially the spread between the
12  underlying asset's interest rate and the debt
13  securities interest rate?
14      A    Debt securities plus servicing costs and
15  the rest; correct.
16      Q    And then the second credit enhancement is
17  the subordination that you were just mentioning?
18      A    Correct.
19      Q    The third is the reserve account.  Do you
20  know what that is?
21      A    Cash funded account established at the
22  time of the securization for the benefit of the bond
23  holders.
24      Q    Established by who?



Page 57

1    A    By the trust.
2    Q    Where did the cash come from?
3    A    Proceeds of the transaction.
4    Q    Did the reserve account include any cash
5    from TERI?
6    A    I don't believe so.
7    Q    Okay.  And then the final one is the
8    Education Resources, Inc.'s guaranty on student
9    loans?
10   A    Correct.
11   Q    Is the credit enhancement from TERI
12   considered an external credit enhancement?  Are you
13   familiar with the difference between an internal and
14   an external credit enhancement?
15   A    If we agree that internal credit
16   enhancement comes from within the transaction.  And
17   this came away from the transaction externally.
18   Then yes, TERI would be an external.
19   Q    Would you agree with me that an external
20   credit enhancement is designed to ensure that the
21   asset backed securities or pool assets will pay in
22   accordance with the terms of the notes themselves?
23       MR. FIALKOW:  Objection.  You can answer.
24       MR. FONTINELLI: Objection to form.

Page 58

1        THE WITNESS:  I agree that the guaranty
2    was available because of the way -- the way the
3    mechanism worked, which is when the loan defaulted.
4    Then TERI would repurchase that loan and the cash
5    would come into the trust.
6    BY MR. FREIBERG:
7    Q    Okay.  A credit enhancment is designed to
8    enhance the likelihood that the purchasers of the --
9    A    Notes are going to receive full benefit.
10   Q    Okay.  The purchasers of the asset backed
11   securities?
12   A    Correct.
13   Q    That they are going to receive regular and
14   -- regular payments of the principle and interest
15   from their investments?
16   A    Correct.
17   Q    Okay.  Was the credit enhancement designed
18   to make the debt securities more attractive to
19   investors?
20   A    Yes.
21   Q    And external credit enhancements can come
22   in the form of like bond insurance?
23   A    Yes.
24   Q    For example, AMBACK?

Page 59

1    A    Correct.
2    Q    Credit enhancements can come in the form
3    of letters and credit?
4    A    Correct.
5    Q    Or guaranties?
6    A    Correct.
7    Q    In your experience in the capital markets
8    world is bond insurance typically offered by for
9    profit corporations or companies?  For example,
10   AMBACK?
11   A    When you say typically, I mean, it was --
12   it was a regular mechanism in the student loan asset
13   backed securities market.  It was a known and I will
14   say fairly typical, although not -- I don't know
15   what the proportions were, but it was known in the
16   assets backed securities market.
17   Q    Bond insurance?
18   A    Correct.
19   Q    Is there something called pool insurance?
20   A    I am not sure I understand that term.
21   Q    But typically entities that offer bond
22   insurance are for profit businesses?
23       MR. FONTINELLI: Objection.
24       THE WITNESS:  I would imagine.  I'm not --

Page 60

1    I am not sure what the differentiate -- as opposed
2    to a not for profit?
3    BY MR. FREIBERG:
4    Q    Correct.
5    A    I don't know why a not for profit would
6    offer bonds --
7    Q    Wouldn't offer bond bond insurance.
8    That's what I am getting at.  Let me so we are very
9    clear.
10   A    Uh-huh.
11   Q    Is it your understanding that typically
12   companies that offer bond insurance, insurance to
13   ensure bonds, are for private businesses?  For
14   profit businesses?  Excuse me.
15   A    The bond insurers themselves are for
16   profit businesses, yes.
17   Q    And typically entities that offer letters
18   of credit are for profit businesses; correct?
19   A    Yes.
20   Q    Such as banks?
21   A    Yes.
22   Q    Typically -- strike the question.
23       In your experience, was TERI the only not
24   for profit business that guaranteed student loans?



Page 61

1       MR. FONTINELLI: Objection.

2       THE WITNESS:  At that point they may have

3  been.  They probably were.

4  BY MR. FREIBERG:

5       Q    The only not for profit --

6       A    There was another not for profit as I

7  recall called Hemar Insurance Corporation of America

8  in the 90's into early 2000's.  Sallie Mae purchased

9  them at some point.  So I don't know what -- I don't

10  remember the timing of the overlap.  But at that

11  point I believe TERI was, if not the only, the

12  predominant issuer of student loan guaranties for

13  private credit loans.

14      Q    Okay.  And the loans that ended up in the

15  trust were not backed or enhanced by any letters of

16  credit; is that right?

17      A    That's correct.

18      Q    And there was no bond insurance that

19  enhanced the credit of the loans?

20      A    No bond insurance on the loans; that's

21  correct.

22      Q    No corporate guaranties?

23      A    That's correct.  With the potential

24  exception of some of the -- and I don't think this

Page 62

1  is the subject of this.  It might be out of scope.

2  But the gate loans were contingent liabilities for

3  some of the colleges that were participating in the

4  program.  But those loans would not have been

5  included that I remember in the National Collegiate

6  student loan series.

7       Q    And the loans that ended up in the trust

8  -- I may have asked you this earlier.  I apologize

9  if I did -- weren't guarantied by any state or

10  federal --

11      A    That's correct.

12      Q    -- agency?  Was the TERI guaranty a

13  material aspect to enhancing the credit of the asset

14  backed securities?

15      A    I think we said before it was, yes.

16      Q    Was the -- was TERI a significant external

17  credit enhancement provider?

18      A    For the same reason because they provided

19  the guaranty.

20      Q    Was TERI's credit enhancement material to

21  you personally?

22      A    No.

23      Q    Was TERI's credit enhancement material to

24  First Marblehead?

Page 63

1       A    From the perspective that they provided

2  the guaranty that allowed them to securitize the

3  loans and generate revenue, yes.

4       Q    Was TERI compensated in anyway for

5  providing the credit enhancement?

6       A    They received a guaranty.

7       Q    And the residuals that we talked about

8  earlier was that in anyway compensation for TERI

9  providing the credit enhancement?

10      A    I don't believe so.  And I say that only

11  because when I looked here and saw depositor and

12  sponsor I realized I didn't remember all the terms

13  quite right either.  But I don't believe that they

14  were beneficiaries of the residual.

15      Q    Was -- other than the guaranty fee TERI

16  paid it all for providing the credit enhancement?

17      A    Not that I remember.

18      Q    And did the disclosure that we are looking

19  at here -- and this is for the 2006-4 trust, did the

20  credit enhancement apply to all of the trusts that

21  were formed to hold the private student loans

22  guarantied by TERI?

23      MR. FONTINELLI: Objection.

24      THE WITNESS:  You said the credit --

Page 64

1  BY MR. FREIBERG:

2       Q    The credit enhancement.  Let me rephrase

3  the question.

4       Did the disclosures for the other trusts,

5  other than the 2006-4, did they generally list the

6  TERI guaranty as a credit enhancement?

7       MR. FONTINELLI: Object to foundation.

8       THE WITNESS:  Yes.  Assuming that the

9  loans were TERI guarantied they would have, yes.

10  BY MR. FREIBERG:

11      Q    So the -- when you were preparing the

12  disclosures for all of the trusts, generally

13  speaking, the TERI guarantee was listed as a credit

14  enhancement?

15      A    Correct.

16      Q    Are you familiar with the term significant

17  obligor?

18      A    Can you refresh my memory?

19      Q    Sure.  If you --

20      (Exhibit No. 2, Form 10D, marked for

21  identification.)

22  BY MR. FREIBERG:

23      Q    I will show you what we will mark as

24  Exhibit No. 2.



Page 65

1    A    Thank you. (Witness examines document.)
2         MR. FREIBERG:  And, Chris, while Mr.
3    Hupalo is looking through that, this is the Form 10D
4    for the National Collegiate Student Loan Trust
5    2006-4.  It bears bate Nos. 2006-4 Golden 960
6    through 1000.
7         MR. FONTINELLI: Got it.  Thank you.
8    BY MR. FREIBERG:
9    Q    Mr. Hupalo, what we are looking at now,
10   Exhibit No. 2, is a Form 10B for the period between
11   December 7th, 2006 and February 25th, 2007.
12        First of all, on the third page I notice
13   it was signed by Rosalyn Bonaventure?
14   A    That's right.
15   Q    And who was she?
16   A    She was the president of First Marblehead
17   Data Services, Inc., which was the business unit at
18   First Marblehead that was responsible for keeping
19   track of all of the trust data and information and
20   compiling these reports.
21   Q    Reports to file with the Securities and
22   Exchange Commission?
23   A    That's correct.
24   Q    Why was First Marblehead Data Services,

Page 66

1    Inc. responsible for compiling filings -- preparing
2    and compiling filings for the trusts?
3         MR. FONTINELLI: Objection.  Foundation.
4         THE WITNESS:  You are handing me this
5    document, sir, to answer my request to be refreshed
6    about significant obligor --
7    BY MR. FREIBERG:
8    Q    Uh-huh.
9    A    Could you -- could we go through that
10   first?
11   Q    Sure.  Of course.
12   A    It might have something to do with this.
13   Q    If you look -- first of all, do you -- can
14   you tell us what the purpose of a Form 10D -- a
15   distribution report is?
16   A    Yes.  So that the asset backed securities
17   holders and others could see how the performance of
18   the trust was -- was going.
19   Q    And if you look at the third page of this
20   document, there are two parts.  Part I is
21   distribution information.  And I understand that
22   there is financial information that shows
23   distributions.
24   A    Correct.

Page 67

1    Q    And then there is Part II, other
2    information.  What I would like to ask you about is
3    Item No. 6 --
4    A    Okay.
5    Q    -- where it says significant obligors of
6    pool assets.
7    A    Okay.  Go ahead.
8    Q    So back to my initial question, can you
9    tell us what you understand to be a significant
10   obligor of pool assets?
11        MR. FIALKOW:  Objection.  You can answer
12   if you know.
13        THE WITNESS:  In this exhibit Item VI,
14   what page would that be on?  It's TERI's financial
15   statement so I would take it to mean significant
16   obligor's was the result of them providing the
17   guaranty to the loans.
18        So it would be, as you said before, a
19   material consideration in funding the pool.  So they
20   would be obligor's of the underlying pool assets as
21   a guarantor.
22   BY MR. FREIBERG:
23   Q    TERI was an obligor of the pool assets
24   itself?  Meaning TERI -- I am going to use this word

Page 68

1    a little loosely -- owed something to the pool
2    assets by virtue of the guaranty?
3         MR. FIALKOW:  Objection.
4         MR. FONTINELLI: Objection.
5         THE WITNESS:  If there was a default.
6    BY MR. FREIBERG:
7    Q    And you said a second ago, material
8    consideration for funding the pool assets.  What did
9    you mean by that?
10   A    What we had described before that it was
11   one of the criteria or evaluation factors by the
12   rating agencies and investors.
13   Q    The TERI guarantee?
14   A    Correct.
15   Q    But it was material?
16   A    Correct.
17   Q    And I guess the question I am struggling
18   with is why was TERI considered a significant
19   obligor of the trust assets?
20        MR. FIALKOW:  Objection.  You can answer.
21        THE WITNESS:  Because of the underlying
22   guarantee.
23   BY MR. FREIBERG:
24   Q    And because it was a significant obligor



Page 69

1  the trusts themselves were required to disclose
2  TERI's financial statements --
3      A   Correct.
4      Q   -- in the SEC filings.  And was that
5  across the board for all of the trusts?
6      A   It would be the same for all the trusts.
7      Q   If you could -- going back to what we were
8  speaking about a moment ago.  First Marblehead Data
9  Services, Inc. had some role in compiling the
10  disclosures, the SEC disclosures for the trusts
11  themselves?
12      A   Correct.
13      Q   Why was that?
14      A   If I am recalling correctly they were
15  obligated by contract to do that as one of the
16  services -- one of the services required to maintain
17  the -- to have a publicly registered security.
18      Q   But why was First Marblehood Data Services
19  doing it as opposed to someone else?
20      MR. FIALKOW:  Objection.  You just asked
21  him that question.
22      THE WITNESS:  Again, I think it was as a
23  result of the full package of services.
24  BY MR. FREIBERG:

Page 70

1      Q   If you could go to the page on the bottom
2  there are numbers?
3      A   Yes.
4      Q   Go to 965.
5      A   (Witness complies.)
6      Q   And if I am understanding this correctly
7  this is a -- I guess you could say a financial
8  statement for the trust itself on this page.
9      A   Correct.
10      Q   And it has an asset and liability summary?
11      A   That's right.
12      Q   Under Section B --
13      A   Yes.
14      Q   There is a category of trust accounts and
15  TERI pledge fund.
16      A   Correct.
17      Q   No. 4 is listed as a TERI pledge fund.
18      A   Correct.
19      Q   What was the TERI pledge fund?
20      A   As I remember it, that would have been the
21  amount of TERI assets that are pledged to potential
22  defaults against this pool.
23      Q   And was the TERI pledge fund considered an
24  asset of the trusts?

Page 71

1      MR. FONTINELLI: Objection.
2      THE WITNESS:  There is a calculation known
3  as the parity ratio which was assets divided by
4  liabilities.  And for the purpose of that ratio  I
5  don't recall if it was included or not.
6  BY MR. FREIBERG:
7      Q   The money in the TERI pledge fund, whose
8  money was that?
9      A   TERI's money.
10      Q   And it was pledged by TERI to the trusts?
11      A   Correct.
12      Q   To -- against potential defaults by the
13  borrowers?
14      A   In effect, that was the guaranty.
15      Q   Why is the TERI pledge fund, which
16  consisted of TERI money, listed in the asset and
17  liability summary for the trusts?
18      A   Because when the -- I would imagine in the
19  offering document there was a similar disclosure
20  saying that this amount would be pledged to the
21  trust.
22      Q   And did the trust have an actual financing
23  statement or security interest in the TERI pledge
24  fund?

Page 72

1      MR. FONTINELLI: Objection.
2      THE WITNESS:  I would believe it did but I
3  don't recall specifically.  I would think so.
4  BY MR. FREIBERG:
5      Q   Who held the TERI Pledge Fund?
6      A   TERI.
7      Q   Because the TERI guaranty was considered a
8  material consideration for the pool of assets --
9  just so we can kind of short circuit this -- that's
10  why a lot of the trusts disclosures had to disclose
11  TERI's financials?
12      A   Correct.
13      Q   So that investors looking to buy the debt
14  securities would know about TERI's financial
15  condition?
16      A   Correct.
17      Q   I am going to ask you to take a look at
18  the page that at the bottom is designated 978, is
19  the number that appears down there.
20      A   Okay.
21      Q   And these are what we are looking at the
22  financial statements for TERI itself.  They were
23  included in the trust disclosure?
24      A   Correct.



Page 73
1    Q   I am going to ask you real quick about the
2   category in the assets column that speaks of the
3   residual interest in the securitized portfolios.
4    A   Okay.
5    Q   And I guess my question is, how did --
6   well, first of all, did all of the trusts that held
7   the private student loans provide for TERI to have a
8   residual interest in the securitized portfolios?
9       MR. FONTINELLI: Objection.
10      THE WITNESS:  As I said before, I didn't
11  recall whether there was a -- whether they held a
12  residual interest or not, but this tells me that
13  they did.
14  BY MR. FREIBERG:
15   Q   And the residual interest that TERI held
16  was the same thing that First Marblehead had?
17  Essentially an interest in the remainder of the
18  trust after everything had run off?
19      MR. FIALKOW:  Objection.  You can answer.
20      THE WITNESS:  Correct.
21  BY MR. FREIBERG:
22   Q   What was the residual interest being
23  provided to TERI?  What was that compensation for?
24   A   Well, as I said before, I didn't recall

Page 74
1   that they received a residual interest so I don't
2   have any recollection of what it was meant to be.
3    Q   So you can't tell us why TERI got the
4   residual interest in the trust?
5       MR. FONTINELLI: Objection.
6       THE WITNESS: No.
7   BY MR. FREIBERG:
8    Q   Okay.  Would it be fair to state that
9   TERI's financial condition had a significant impact
10  on the credit worthiness of the debt securities
11  issued by the trusts?
12   A   Yes.
13   Q   Would it be fair to state that TERI's
14  financial condition had a material effect on the
15  credit worthiness of the debt securities issued by
16  the trust?
17   A   Yes, from the perspective of rating
18  agencies considered it to be a material factor as we
19  talked about before.
20   Q   The ratings provided by the rating
21  agencies are used -- looked at by investors?
22   A   The debt investors; correct.
23   Q   The debt investors.  Would it be fair to
24  state that TERI's financial condition had a

Page 75
1   significant impact on the financial condition of the
2   trusts themselves?
3       MR. FONTINELLI: Objection.  Form.
4       THE WITNESS:  Yes.
5       MR. FREIBERG:  Want to take a quick break?
6       MR. FONTINELLI:  Sure.  Quick break
7   because you are regrouping or like winding up?
8       MR. FREIBERG:  I'm regrouping.
9       MR. FONTINELLI:  Okay.  Got it.
10      (Recess.)
11  BY MR. FREIBERG:
12   Q   Mr. Hupalo --
13   A   Hupalo.
14   Q   -- I know you came to First Marblehead in
15  2003.
16   A   Correct.
17   Q   After the transaction between TERI and
18  First Marblehead.
19   A   Correct.
20   Q   Did you ever have an opportunity to look
21  or to see the transactional documents?
22   A   I don't remember seeing them.
23   Q   Okay.
24      MR. FREIBERG:  What I might do, David,

Page 76
1   rather than asking him about a bunch of documents
2   that he has never seen, we can just go ahead and
3   mark them as exhibits to the deposition?
4       MR. FONTINELLI:  You can do whatever you
5   like.
6       MR. FREIBERG: Okay.  With that what I
7   would like to do is to mark as Exhibit No. 3 the
8   Master Loan Guaranty Agreement between the First
9   Marblehead Corporation and Education Resources, Inc.
10      Chris, for your purposes, this is bates
11  Nos. FM-Golden 61 through 173.
12      (Exhibit No. 3, Master Loan Guaranty
13  Agreement, First Marblehead Corporation and
14  Education Resources, Inc., marked for
15  identification.)
16      Exhibit No. 4 will be the Database Sale
17  and Supplementation Agreement.  And this is bate
18  Nos. FM-Golden 43 through 60.
19      (Exhibit No. 4, Database Sale and
20  Supplementation Agreement, marked for
21  identification.)
22      Exhibit No. 5 will be the Marketing
23  Services Agreement.  And this is bates Nos.
24  FM-Golden 174 through 198.



Page 77

1          (Exhibit No. 5, Marketing Services
2    Agreement, marked for identification.)
3          And, lastly will be the Master Service
4    Agreement between TERI and the First Marblehead
5    Corporation.  This will be Exhibit No. 6
6    and it's bate Nos. FM-Golden 6 through 42.
7          MR. FONTINELLI:  What was that again?
8          MR. FREIBERG:  6 through 42.
9          MR. FONTINELLI:  Thank you.
10         (Exhibit No. 6, Master Service Agreement,
11   TERI and First Marblehead Corporation, marked for
12   identification.)
13         (Discussion off the record.)
14   BY MR. FREIBERG:
15     Q    Mr. Hupalo, are you familiar at all with
16   the Master Loan Guaranty Agreement between TERI and
17   First Marblehead?
18     A    Other than just hearing of it now and then
19   recalling that there was an agreement in place to
20   have that agreement in place, yes.
21     Q    And is it your understanding that First
22   Marblehead agreed to create a market for its private
23   labeled clients to sell TERI guarantied loans and
24   this is part of the transaction that happened in

Page 78

1    2001?
2      A    Uh-huh.
3      Q    You have to say yes or no.
4      A    Yes.
5      Q    Okay.  And that First Marblehead agreed to
6    cause securitizations of the TERI guarantied loans?
7      A    Yes.
8      A    Yes.
9      Q    And the Master Loan Guaranty Agreement was
10   intended to create a framework for structuring
11   future relationships between TERI, First Marblehead
12   and the bank lenders?
13     A    And I am saying yes because I assume by
14   the title of that document that is what it was
15   created to do.  I have no --
16         MR. FIALKOW:  I am just going to -- if you
17   -- if you don't have a recollection or know the
18   answer I think that you should state that.  But
19   don't make assumptions regarding the documents, if
20   you can.
21   BY MR. FREIBERG:
22     Q    I would agree with that.
23     A    Okay.  So I don't have any specific
24   recollection of that document.  So the answer to my

Page 79

1    question -- to your questions reflected what I
2    thought that document might say rather than what I
3    know it says.
4      Q    The two items that I was going to ask you
5    about from the document are the residuals and
6    whether you could explain to us how the Master Loan
7    Guaranty Agreement set up the process by which TERI
8    would receive residuals in the trust?
9          THE WITNESS:  I could not do that.
10         MR. FONTINELLI:  Objection.
11         MR. FREIBERG:  If you heard his answer, he
12   said he couldn't explain that to us.
13         MR. FONTINELLI:  I'm sorry about that.
14         MR. FREIBERG:  No worries.
15   BY MR. FREIBERG:
16     Q    Do you have any understanding of how the
17   guaranty fees that TERI was earning how -- what the
18   structure was or the mechanics were how those
19   guaranty fees were pledged to the trusts?
20     A    The mechanism that was used?
21     Q    Yes.
22     A    I don't know.
23     Q    Do you know whether or not the guaranty
24   fees that TERI earned were held in segregated

Page 80

1    accounts?
2      A    I believe some of them were.
3      Q    And were those guaranty fees that TERI
4    received and was paid for the guaranty were they
5    held for the benefit of the program lender?
6      A    I saw in some of the documents here and
7    refreshed me that they were.
8      Q    Okay.  Were they held for the benefit of
9    the trust themselves?
10         MR. FONTINELLI:  Objection.
11         THE WITNESS:  Based on what I saw here,
12   again, I think that they were.
13   BY MR. FREIBERG:
14     Q    And those funds were essentially, as you
15   said earlier, pledged to the trust?
16     A    Correct.
17     Q    Do you know what the nature of the pledge
18   was?
19     A    When you say nature of the pledge the --
20     Q    What was the purpose of the pledge?
21     A    The purpose of a pledge would have been to
22   let the bondholders, the rating agencies and others
23   know that there was cash available to make good on
24   the TERI guaranty.



Page 81

1    Q    And the TERI pledge fund, do you know
2  whether or not, other than what we looked at earlier
3  was it listed as an asset on the financial
4  statements for the trusts themselves?
5         MR. FONTINELLI: Objection.
6         THE WITNESS: In the document it was.
7  BY MR. FREIBERG:
8    Q    The pledge fund did not consist of money
9  from the banks?
10   A    The pledge fund as I remember it and
11  refreshed by the documents was cashed from TERI.
12   Q    Who owned or kept the interest on those
13  pledge funds, do you know?
14   A    I don't know.
15   Q    Are you familiar at all with the process
16  by which First Marblehead purchased TERI's database?
17   A    Not specifically.
18   Q    Do you know anything about how First
19  Marblehead used the information that was contained
20  in TERI's database after the purchase in 2001?
21   A    When I arrived in 2003, in March or so of
22  2003, that was already part of the business of First
23  Marblehead.  So it was available -- the data would
24  have been available for use for underwriting -- for

Page 82

1  suggesting underwriting criteria and the like.
2    Q    What kind of data was there, do you
3  recall?
4    A    There would have been data about defaults,
5  delinquencies on underlying loans that were
6  originated from whatever the purchase period was.
7    Q    Did the data include credit scores,
8  borrower credit information?
9    A    I don't recall that.
10   Q    Did it include loan payment histories,
11  statistics, things like that?
12   A    I don't recall specifically.
13   Q    Do you know how many years of data there
14  were that was purchased by First Marblehead?
15   A    I don't.
16   Q    And why was the data that it purchased
17  from TERI important to First Marblehead?
18        MR. FONTINELLI: Objection.
19        THE WITNESS: Yes.  Again, I would be
20  speculating if I answer that question.
21  BY MR. FREIBERG:
22   Q    Okay.  Can you tell us at all how the data
23  that First Marblehead purchased from TERI fit into
24  the securitization process?

Page 83

1         MR. FONTINELLI: Objection.  Which data?
2  BY MR. FREIBERG:
3    Q    The data that was purchased by First
4  Marblehead from TERI pursuant to the Database Sale
5  and Supplementation Agreement?
6         MR. FONTINELLI: Objection.
7         THE WITNESS: Yes.  I am not drawing a
8  recollection on how we would have used that -- that
9  data.  Again, from the capital markets perspective
10  what was important to us was that the guaranty was
11  in place.  And the specific mechanism of that, as you
12  can hear from me, I'm not recalling in detail.
13  BY MR. FREIBERG:
14   Q    I understand this may have been out of
15  your department, but between 2002 and 2008 was TERI
16  paying First Marblehead to perform administrative
17  services?
18   A    Again, I am not recalling that.  But I
19  think there was a document that said there was an
20  agreement so, yes.
21   Q    Between 2001 and 2008 what was First
22  Marblehead's revenue trajectory, I guess you could
23  say?  Did the revenue increase every year?
24   A    It was upward sloping.

Page 84

1    Q    I'm sorry?
2    A    It was upward sloping.  Yes, it was
3  increasing.
4    Q    And would that include revenue?
5    A    Total revenue?  Yes.
6    Q    Total revenue.  Net income also was --
7    A    Yes.
8    Q    -- upward sloping?
9    A    Yes.
10   Q    Earnings per share were upward sloping
11  during that period of time?
12   A    Generally.  I can't remember quarter to
13  quarter, but generally, yes.
14   Q    And in that period of time did First
15  Marblehead issue more than 10 billion dollars in
16  asset backed securities?
17        MR. FONTINELLI: Objection.  Foundation.
18  BY MR. FREIBERG:
19   Q    Good question.  Do you recall -- I should
20  say good objection -- between 2001 and 2008 what was
21  the total amount of asset backed securities that
22  were securitized by First Marblehead?
23   A    I don't recall specifically but 10 billion
24  is probably a fairly good ballpark estimate of that.



Page 85

1    Q    And were all of those loans, all of those
2  assets, originated through First Marblehead?
3    A    Yes.
4    Q    And were all of those assets comprising
5  the 10 billion dollars in securitizations were all
6  of those student loans that were guaranteed by TERI?
7    A    Yes.  I think we said that before a couple
8  of times.
9    Q    TERI's not-for-profit status was important
10  to First Marblehead; correct?
11    A    Not-for-profit status?  I'm not sure that
12  that was important.
13    Q    Why was TERI -- well, what I am getting at
14  is why, if at all, was TERI's not-for-profit status
15  important to Marblehead?
16    A    You are jogging my memory.  So as you are
17  asking these questions and I'm saying, well, I am
18  not sure why you are asking that.  And then you ask
19  a follow up and then I sort of, okay -- now I know
20  where you are coming from.
21         So, TERI, if I recall this correctly and
22  vaguely, they were empowered as a guarantor source
23  under some special provisions that a not-for-profit
24  -- that it was required or necessary to have a not

Page 86

1  for profit to be able to issue those guaranties.
2    Q    And do you recall if that had anything to
3  do with the dischargeability of the student loans?
4  Does that word ring a bell to you; dischargeability?
5    A    I understand about dischargeability.
6    Q    What do you understand about
7  dischargeability?
8         MR. FIALKOW:  Objection.  To the extent
9  that you can answer that question with your own
10  knowledge you are free to answer that.  To the
11  extent you are going to disclose conversations with
12  your counsel then I advise you not to --
13  BY MR. FREIBERG:
14    Q    Yes.  I don't -- I don't want to hear what
15  you may have learned from David or any  of the other
16  attorneys.  But just what your personal
17  understanding of dischargeability is.
18    A    Dischargability, as I understand it, is
19  when you are involved in a bankruptcy proceeding
20  what assets, meaning credit cards or mortgages or
21  student loans, can be discharged or forgiven or
22  relieved or however you want to think about that, or
23  not.
24    Q    And is it your understanding that the

Page 87

1  not-for-profit status of TERI was relevant somehow
2  to dischargeability?
3    A    It may have been.
4    Q    OKay.  Do you recall, though, in your
5  discussions within the Capital Market groups ever
6  talking about the not-for-profit status of TERI?
7    A    No, but I do recall talking about
8  non-dischargeability.
9    Q    Okay.  Was the not-for-profit status, to
10  your understanding -- how did that effect
11  dischargeability?  Let's put it that way.
12    A    Again, I don't specifically recall but I
13  sort of vaguely recall that there was some
14  permission for not for profits to have some -- I am
15  going to say carve out because I just don't think --
16  I can't of the right term -- to issue a loan
17  guaranty for private credit student loan.
18    Q    Sir, let me take a step back to the period
19  of time between 2003 and 2008.  We talked earlier
20  about the profitability of First Marblehead
21  depending mostly on its securitization processes.
22    A    That's right.
23    Q    And would it be fair to state that First
24  Marblehead was better able to market the securities,

Page 88

1  the debt securities, because the underlying debt was
2  guaranteed by TERI?
3    A    I believe you asked me before and I said,
4  yes.
5    Q    Before 2001 the guaranties were paid to
6  the lending banks.  Let me rephrase the question.
7         If prior to 2001 a borrower defaulted,
8  TERI would pay the guaranty to the bank?
9         MR. FIALKOW:  Objection.  Are you asking
10  prior to 2001?
11         MR. FONTINELLI: Objection.
12  BY MR. FREIBERG:
13    Q    Yes.  If you have any understanding --
14    A    I don't.  I don't know.
15    Q    While you were there and borrowers
16  defaulted the TERI guaranty was paid to the trust?
17    A    The trust.  Correct.
18    Q    The trusts that were established by First
19  Marblehead?
20    A    Correct.
21    Q    By the way, sir, who administers the
22  trusts, if I could use that word?
23    A    I think we said before First Marblehead
24  Data Services was involved in the administration of



Page 89

1   the trust.
2       Q    Okay.  And what is your understanding of
3   what First Marblehead Data Services did to
4   administer the trust?
5       A    As we said before, they collected the data
6   on performance of the trust, meaning cash flow,
7   principle and interest coming in, outflows and then
8   reported as we saw on the document on the financial
9   status of the trust, assets and liabilities.
10      Q    Sir, by the way, do you have an
11  understanding of the -- whether or not TERI was
12  using not-for-profit mailing rates?
13      A    I have no idea.
14      Q    Do you know if TERI was authorized for --
15  by the United States Postal Service to use
16  not-for-profit mailing rates?
17      A    I don't know.
18      Q    So we spoke a moment ago about the
19  increase in revenue between 2001 and 2008 -- First
20  Marblehead revenue.
21      A    Right.  Well, I am going to say this with
22  a caveat.  Somewhere between 2007 and 2009 the
23  revenues declined pretty substantially.  So when you
24  said '08, the slope may have changed considerably in

Page 90

1   the beginning of 2008.  I just don't recall when
2   that happened.
3       Q    Maybe the best thing to do is to flip
4   right to the TERI bankruptcy.  You were still
5   employed by First Marblehead when TERI filed
6   bankruptcy; is that correct?
7       A    Do you remember what date that was?
8       Q    It was in April of 2008.
9       A    In '08, yes, I was there.
10      Q    In April 2008 TERI filed for reorgization?
11      A    Yes.
12      Q    What was the cause of that, to your
13  understanding?
14      A    At that time their projections for their
15  reserve balances was turning negative.
16      Q    Okay.  Was this a concern for First
17  Marblehead?
18      A    Absolutely.
19      Q    A significant concern?
20      A    Yes.
21      Q    A material concern?
22      A    I would say so.
23      Q    Why?
24      A    Because the source of their guaranty was

Page 91

1   going to evaporate.
2       Q    Did the TERI bankruptcy have an immediate
3   negative impact on First Marblehead's business?
4           MR. FONTINELLI: Objection.
5           THE WITNESS:  I would say yes.
6   BY MR. FREIBERG:
7       Q    Did the TERI guaranty have an immediate
8   negative impact on First Marblehead's relationships
9   with its clients, the lending banks?
10      A    Yes.
11      Q    And for how long did that negative impact
12  last?
13      A    Well, it was also a combination of the
14  fact that the capital markets were beginning to
15  fail. So it was both the failure of TERI and also
16  the underlying issues within the capital markets
17  that was a double whammy for First Marblehead.
18      Q    You are talking about just the economy --
19      A    I am talking about the collapse of the
20  private -- of the asset backed securities market
21  that really began in December of 2007
22      Q    The collapse of the mortgage backed
23  securities market?
24      A    Of all asset backed securities mortgages

Page 92

1   led by the mortgage backs.  I say that because it's
2   clearly difficult to have both the asset guaranty
3   and the takeout market collapse at the same time.
4   So when you try to say which is more material, they
5   were both equally devastating.
6       Q    Okay.  To First Marblehead?
7       A    Correct.
8       Q    Did the TERI bankruptcy have a material
9   negative impact on the client relationships that
10  First Marblehead had with the banks?
11      A    Well, this is why I started down the path
12  of the collapse of the asset backed securities
13  market because they occurred almost simultaneously.
14  So there was that news going to the client base.  So
15  I don't know which was more material to them.  But
16  they were both significant events.
17      Q    As a result of the TERI bankruptcy a
18  number of the banks terminated their loan programs
19  with TERI?
20      A    That's correct.
21      Q    Which banks terminated their loan programs
22  with TERI?
23      A    I don't recall specifically which banks
24  but there was also, again, this relationship with



Page 93

1  Capital Markets.

2      Q    And at some point First Marblehead was
3  unable to securitize any loans.  So they were unable
4  to make good on their repurchase -- or the purchase
5  agreement, if you will, with the banks?

6      A    So as we said earlier, First Marblehead
7  didn't own the loans.  The banks did.  There was a
8  contract -- now that I am thinking this through a
9  little bit more -- there was a contract with the
10 banks that First Marblehead would repurchase those
11 loans in a given period.

12         And if they could not make that purchase
13 there was -- there was some default provisions.  And
14 all of that was happening at about the same time, if
15 I remember, as the TERI bankruptcy.

16     Q    Okay.  But going back to my question, the
17 TERI bankruptcy had an effect on First Marblehead's
18 relationship with the banks?

19     A    Yes.

20     Q    And one of the results of that was that
21 the banks terminated their agreements with TERI --

22     A    Yes.

23     Q    -- the guaranty agreements?

24     A    Yes.

Page 94

1      Q    And am I correct that following the TERI
2  bankruptcy the loan volume that First Marblehead was
3  securitizing dropped dramatically; is it fair to
4  state?

5      A    Again, there was a coincident effect on
6  their inability to purchase any loans.  So to your
7  question, the forward volume was not filling but in
8  equal proportion there was an inability to
9  securitize loans currently on the bank balance
10 sheet.

11         So the banks were not in a position to
12 originate more loans because they were now out of
13 balance sheet capacity to themselves.

14     Q    Okay.

15     A    So the whole system just ground to a halt.

16     Q    But one of the reasons that you say the
17 whole system ground to a halt was the fact that
18 TERI declared bankruptcy?

19         MR. FONTINELLI: Objection.

20         THE WITNESS: That was a -- yes.

21 BY MR. FREIBERG:

22     Q    Was that a significant reason why
23 everything ground to a halt?

24         MR. FONTINELLI: Objection.

Page 95

1         THE WITNESS:  It with the collapse of the
2  asset backed securities market were significant
3  factors.

4  BY MR. FREIBERG:

5      Q    The TERI bankruptcy decreased First
6  Marblehead's ability to access the securitization
7  market; is that fair to state?

8      A    And, again, to draw the line, the market
9  was either partially or fully impaired at that
10 point.  So there wasn't a market to access.

11         As a capital markets expert, what you
12 would do in that situation if it were literally just
13 the TERI guaranty then you would want to go to a
14 self-guaranty or some other financing mechanism
15 because your business is now dependent on that.  And
16 that wasn't an option for First Marblehead any
17 longer becaues of the collapse of the asset backed
18 securities market.

19     Q    Do you recall when the last securitization
20 was done by First Marblehead of the student loans?

21     A    I believe it was 2008 --

22     Q    Okay.

23     A    -- in the fall perhaps just before I
24 left.

Page 96

1      Q    And do you know whether or not after TERI
2  filed bankruptcy was First Marblehead ever able to
3  engage in other securitizations of student loans?

4      A    I don't believe they did after that.

5      Q    Is it fair to state, though, that the TERI
6  bankruptcy negatively impacted the number of loans
7  available to First Marblehead for securitization?  I
8  get that there were a lot of things going on --

9      A    Yes.  And I'm -- in the timeframe, I am
10 just trying to remember because what happened
11 between December 2007 and when I left in October of
12 2008 there are many events in two different markets.
13 And the exact timing doesn't -- I am not clear on
14 what the exact timing was.  But the point I am
15 trying to make it might not have mattered if TERI's
16 guaranty was pristine.  There wouldn't have been a
17 market to sell those loans into to begin with.

18     Q    Okay.  The bankruptcy, though, obviously
19 affected TERI's ability to satisfy its guaranty
20 obligations?

21         MR. FONTINELLI: Objection.

22         THE WITNESS:  Yes.

23 BY MR. FREIBERG:

24     Q    And that had a negative impact on First



Page 97

1  Marblehead's business?  It may not have been the
2  sole --
3        MR. FONTINELLI: Objection.
4        THE WITNESS:  Yes.
5  BY MR. FREIBERG:
6    Q    -- effect but --
7    A    It had an impact.
8  BY MR. FREIBERG:
9    Q    Would you say that the impact it had was a
10 material impact?
11       MR. FONTINELLI: Objection.
12       THE WITNESS:  We said this before,
13 significant, material -- yes, it had a -- it had a
14 significant impact.  But as I also said, if it were
15 a singular issue there may have been a way to
16 structure around that because of the asset backed
17 securities market place collapse that was a double
18 whammy.
19 BY MR. FREIBERG:
20   Q    The TERI bankruptcy had an effect on First
21 Marblehead's ability to realize the cost of
22 reimbursement and the guaranty obligations of TERI,
23 obviously?
24       MR. FONTINELLI: Objection to form.

Page 98

1        THE WITNESS:  Yes.
2  BY MR. FREIBERG:
3    Q    How did that effect the trusts?
4        MR. FONTINELLI: Objection.  Foundation.
5        THE WITNESS:  I'm sorry.  How did the --
6  BY MR. FREIBERG:
7    Q    Okay.  So let me step back a second.  The
8  TERI bankruptcy had a negative impact on First
9  Marblehead's ability to realize the cost of
10 reimbursement from the guaranty obligation?
11       MR. FONTINELLI: Objection.  Form.
12       THE WITNESS:  You said the cost of
13 reimbursement?
14 BY MR. FREIBERG:
15   Q    Maybe I should phrase it differently.  The
16 TERI bankrupty had a negative impact on First
17 Marblehead's ability to realize the guaranty
18 obligations of TERI?
19   A    Correct.
20   Q    And did that have an impact on the trusts?
21       MR. FONTINELLI: Objection.
22       THE WITNESS:  Yes.
23 BY MR. FREIBERG:
24   Q    And what was the impact it had on the

Page 99

1  trusts?
2    A    The trusts were unlikely to get the
3  reimbursement for the defaults that were occurring
4  on the portfolios.
5    Q    Did the TERI bankruptcy have an effect on
6  the ratings for the trust?
7        MR. FONTINELLI: Objection.
8        THE WITNESS:  Yes.  But, again, in hand
9  with the collapse of the underlying securities
10 marketplace.
11 BY MR. FREIBERG:
12   Q    How were the ratings for the trust
13 affected?  Were they downgraded?
14   A    They would have been downgraded.
15   Q    Okay.  And, again, I understand you can't
16 say it's exclusively the TERI bankruptcy that caused
17 that.  But in your mind was it your understanding
18 the TERI bankruptcy had some effect on the
19 downgrading of the --
20       MR. FONTINELLI: Objection.
21       THE WITNESS:  Yes.
22 BY MR. FREIBERG:
23   Q    Would you say that the TERI bankruptcy had
24 a material effect on the ratings for the trusts?

Page 100

1        MR. FONTINELLI: Objection.
2        THE WITNESS:  I would say it was
3  significant.
4  BY MR. FREIBERG:
5    Q    And the ratings -- the credit ratings for
6  First Marblehead, what happened to them after 2008?
7    A    If I recall correctly, First Marblehead
8  was never a rated entity.
9    Q    Okay.  Did the TERI bankruptcy have an
10 effect on the stock price for First Marblehead's
11 stock?
12   A    I will say that it was a contributing
13 factor, again, in all of the news to the declining
14 equity price.
15   Q    What was the decline in the equity price?
16 Was it significant?
17   A    Material.  Significant.  Yes.
18   Q    Would you state that the TERI bankruptcy
19 was a materially contributing factor in the decline
20 in the equity price for First Marblehead?
21   A    It's hard for me to say that because I
22 don't know precisely why there were so many sellers,
23 but there were sellers.
24   Q    Fair enough.  Did the value of the debt



Page 101

1  securities -- maybe the -- let's stick with that.
2  The value of the debt securities that the trust were
3  issuing, did those values decrease after TERI's
4  bankruptcy?
5      A   They would have declined, sure.
6      Q   Did the TERI bankruptcy have an effect on
7  the decrease in the value of the debt securities
8  issued by the trust?
9      A   Yes.
10     Q   Would you state that that was a material
11  effect?
12         MR. FONTINELLI: Objection.
13         THE WITNESS:  My answer is the same as the
14  equity.  I don't know what caused all the sellers --
15  in the equity market there were short sellers which
16  drove prices as well.  So there were more market
17  dynamics then you would have seen in the debt
18  securities market then.
19  BY MR. FREIBERG:
20     Q   But we can agree that the TERI bankruptcy
21  had an effect that decreased --
22     A   Yes.
23     Q   -- the value of the debt securities?
24         MR. FONTINELLI:  Objection.

Page 102

1          THE WITNESS:  Yes.
2  BY MR. FREIBERG:
3      Q   And when I say value -- and this may not
4  be the right word -- did the offering price for the
5  debt securities decrease after the TERI bankruptcy?
6          MR. FONTINELLI: Objection.
7          THE WITNESS:  Again, for securities that
8  were already in the marketplace they would have been
9  trading in the secondary market.  We wouldn't have
10  had any insight into that.  For the offering of a
11  new securities offering then, obviously, there was a
12  question of just access.
13  BY MR. FREIBERG:
14     Q   Mr. Hupalo, how did the TERI bankruptcy
15  effect First Marblehead's revenue?
16     A   As we said before, because of the
17  dependence on the guaranty and the other events that
18  we have been talking about there was a decline.
19     Q   A significant decline?
20     A   Yes, a significant material decline.
21     Q   Mr. Hupalo, would it be fair to state that
22  the TERI bankruptcy resulted in the loss of First
23  Marblehead's ability to offer guaranties for student
24  loans?

Page 103

1          MR. FONTINELLI: Objection.
2          THE WITNESS:  To offer guaranties?
3  BY MR. FREIBERG:
4      Q   Yes.
5      A   Yes.
6      Q   And is it correct that First Marblehead's
7  ability to offer guaranties for student loans was
8  never replaced after the TERI bankruptcy?
9      A   I believe that's true.  Although First
10  Marblehead in its predecessor company -- successor
11  company, rather, I'm sorry, continues to have a
12  business.
13     Q   Did the TERI bankruptcy have an effect on
14  First Marblehead's revenues in part because the
15  structural advisory fees were no longer available to
16  First Marblehead?
17         MR. FONTINELLI: Objecion.
18         THE WITNESS:  That's correct.
19  BY MR. FREIBERG:
20     Q   And was that a significant decrease in the
21  revenues?
22         MR. FONTINELLI: Objection.
23         THE WITNESS:  As you said before, yes.
24  BY MR. FREIBERG:

Page 104

1      Q   Did the -- as far as you know, did the
2  TERI bankruptcy have an effect on the value of the
3  residuals in the trust that First Marblehead owned?
4      A   Yes.
5      Q   Can you quantify it at all?
6      A   No, other than it was significant, as with
7  the revenue.
8      Q   The value of the debt securities, as you
9  said, they decreased after the TERI bankruptcy.  Do
10  you know if they have ever recovered?
11     A   I don't.
12     Q   After the TERI bankruptcy -- and I
13  understand you left shortly -- within the year.  Do
14  you know whether or not First Marblehead refined or
15  changed its business at all?
16     A   I know anectodally that it did.
17     Q   Okay.  How?
18     A   That I don't know.
19     Q   Do you know antidotally whether or not
20  First Marblehead uses any guarantor now?
21     A   I am not familiar with the current
22  business model.
23     Q   Do you know if the business model that
24  First Marblehead implemented after the TERI



Page 105
1  bankruptcy required a guaranty from third parties
2  for its private label loans?
3      A   I don't know.
4      Q   Do you know if First Marblehead changed
5  its underwriting criteria at all?
6      A   I don't know.
7      Q   Sir, were you at all involved in the
8  preparation of the 10K's for First Marblehead?
9      A   Yes.
10         MR. FREIBERG:  What I am going to do is
11  mark as the next exhibit -- it will be the 2006
12  Annual Report and 10K.
13         (Exhibit No. 7, First Marblehead 2006
14  Annual Report and 10K marked for identification.)
15         MR. FREIBERG:  And, Chris, for the record
16  what we have marked as Exhibit No. 6 is the 2006
17  Annual Report and 10K.  And then No. 8 is the 2008
18  Annual Report and 10k.  And both are for First
19  Marblehead.
20         (Exhibit No. 8, First Marblehead 2008
21  Annual Report and 10K, marked for identification.)
22         MR. FONTINELLI:  Okay.  Do you have bate
23  numbers?
24         MR. FREIBERG:  No.  These are -- were

Page 106
1  pulled off of the First Marblehead website.  They
2  weren't produced.
3         MR. FONTINELLI: Thank you.
4         THE COURT REPORTER:  Should I hand the
5  witness No. 8 also?
6         MR. FREIBERG:  Yes, why don't you -- I am
7  going to just ask him to take a look at No. 8.
8         MR. FIALKOW:  Just No. 8?  So you don't
9  want him to look at No. 7?
10         MR. FREIBERG:  No.
11         MR. FIALKOW:  Okay.
12  BY MR. FREIBERG:
13      Q   I'm obviously not going to ask you
14  everything about that.  But maybe you could just
15  tell me what you are looking at there?
16      A   This is the First Marblehead Corporation
17  Annual Report 2008 that is dated September 19th,
18  2008.
19      Q   And just so everyone understands this is a
20  report that is made available to shareholders?
21      A   Correct.
22      Q   And also attached to it is the Form 10K?
23      A   That is correct.
24      Q   And what is the Form 10K?

Page 107
1      A   The report the annual financial report of
2  the company.
3      Q   And is the Annual Report also published
4  for purposes of people who are interested in
5  purchasing the equity, the stock of a company?
6      A   Yes.
7      Q   And did you have any role in this
8  particular 10K Annual Report?
9      A   Yes, I would have.
10      Q   Okay.  And what was your role?
11      A   I was the chief financial officer at the
12  time.
13      Q   And if you look at Page No. 94?
14      A   Yes.
15      Q   You amongst other officers of the
16  corporation signed this document?
17      A   That's correct.
18      Q   For the purposes of filing it with the
19  Securities Exchange Commission?
20      A   That's correct.
21      Q   In order to avoid a lot of back and forth
22  between us, would it be fair to state that everyone
23  in the Form 10K is true and correct to the best of
24  your knowledge?

Page 108
1      A   Yes.
2      Q   And First Marblehead was under a duty to
3  report things accurately and correctly to the
4  Securities Exchange Commission?
5      A   Absolutely.
6      Q   And this particular Annual Report talks a
7  lot about the effect of the TERI bankruptcy and the
8  seizing of the credit markets that you were
9  mentioning earlier?
10      A   Yes.  The cover letter was a little trip
11  down memory lane.
12      Q   The cover letter --
13      A   Dear stock holders.  From Mr. Tora, the
14  chairman of the board.
15      Q   You are referring to the third actual page
16  of the --
17      A   That's correct.  The shareholder's letter
18  is typically written by the CEO.  But in this case
19  it was extraordinary because there was a replacement
20  of the CEO and the return of Mr. Myers and departure
21  of -- you know, it was quite an eventful period,
22  let's just say.
23      Q   Yes.  The cover letter you are talking
24  about in the second paragraph it mentions the TERI



Page 109

1  bankruptcy?
2      A   That's correct.
3      Q   It says, and I will just quote, in April
4  the Education Resources Instititute Inc., TERI,
5  filed a voluntary petition for reorganization under
6  Chapter 11 of the United States Bankruptcy Code,
7  which had an immediate negative impact on our
8  business and client relationships.
9          That's what we were talking about earlier.
10     A   That's what we were talking about before.
11  Correct.
12     Q   Okay.  If you could look at Page No. 2 of
13  the --
14     A   The numbered Page No. 2?
15     Q   Yes.
16     A   Okay.  Yes.  There is a TERI bankruptcy
17  note in the right margin?  Is that the right page?
18         MR. FIALKOW:  This handwriting?
19         THE WITNESS:  Yes.
20         MR. FREIBERG:  Off the record.
21         (Discussion off the record.)
22  BY MR. FREIBERG:
23     Q   The page that we were just looking at --
24     A   Yes.

Page 110

1      Q   -- it has, I guess, sort of a what I call
2  a summary of revenue and income?
3      A   Correct.
4      Q   Is it correct that in 2007 the total
5  revenues for the First Marblehead were $880,704,000?
6      A   That's what it says, yes, sir.
7      Q   And the total revenues in 2008 were a loss
8  of $28,409,000?
9      A   Correct.
10     Q   And then the same numbers are there for
11  net income?
12     A   Correct.
13     Q   Could you tell us in your own words how
14  the TERI bankruptcy affected the total revenues and
15  the net income?
16     A   Well, again, it's difficult to parse out
17  who is responsible for what.  But we saw again in
18  the cover letter there is also a discussion about
19  the investment from Goldman Sachs Capital Parters,
20  GSCP, of some 190 or so million dollars which had
21  been in the works for some period prior to that.
22         So what this document unfortunately
23  reflects very clearly is that over the period of
24  that year there are a number of events including the

Page 111

1  TERI bankruptcy that had a very negative material
2  impact on.  And I can't parse out for you the value
3  of each one of those.  But in culmination or in
4  totality you see the numbers there.
5      Q   I completely understand you can't parse
6  out the numbers.  But I guess to try to round this
7  out would you agree that the TERI bankruptcy had a
8  negative material impact on total revenues and net
9  income for First Marblehead?
10     A   I would agree that.  But when I look at
11  the approximate number of student applications
12  processed I saw an increase over 2007 to 2008, which
13  really surprised me.
14     Q   Why does that surprise you?
15     A   Because with the TERI bankruptcy in April,
16  you know, four or five months into the fiscal year,
17  whatever it was -- or June, almost a full year in
18  there is still an increase fairly -- a substantial
19  increase in the number of applications processed.
20     Q   If you could turn to Page No. 76 of the
21  document?
22     A   (Witness complies.)  Okay.  Thank you.
23     Q   This is a discussion of the residuals.
24     A   Yes.

Page 112

1      Q   If you could just read through that real
2  quick. I know you were --
3      A   Yes.  Thank you.  It will refresh me.
4  (Witness complies.)  Okay.
5      Q   So there is some financial information
6  here about the value of the residuals that First
7  Marblehead -- by the way, you may or may not be able
8  to answer this.  But was the residual interest that
9  TERI and First Marblehead had in the trusts was it
10  somehow divided up between First Marblehead and
11  TERI?
12         MR. FONTINELLI: Objection.
13         THE WITNESS:  Yes.  As I said earlier, I
14  didn't recall that there was the TERI residuals.  So
15  I don't recall specifically what the -- how it was
16  divided.  I just don't remember.
17  BY MR. FREIBERG:
18     Q   So you can't tell us whether, for example,
19  First Marblehead was granted -- and I am going to
20  make some numbers up -- 100 percent of the residual
21  but then assigned some of it to TERI?
22         MR. FONTINELLI: Objection.
23         THE WITNESS:  I vaguely remember that
24  there was some formula for that but I don't remember



Page 113

1   what that was.  Like you said that --
2   BY MR. FREIBERG:
3      Q    Some formula for the division?
4      A    Correct.
5      Q    And, again, and after -- the division of
6   the residual interest between First Marblehead and
7   TERI?
8      A    That's correct.
9      Q    But you do recall there was some mechanism
10  by which it was --
11     A    As you were describing that example I
12  would say that there was some -- there had to be
13  some formula in order for TERI to report valuation
14  of residual and First Marblehead to also report some
15  valuation of the residual.  So there is clearly
16  something there.
17     Q    Okay.
18     A    I just don't recall what it was.
19     Q    Okay. And the value of the residuals that
20  First Marblehead had changed dramatically as a
21  result -- in 2008?
22     A    Yes.
23     Q    And the change was $584,000,000 decrease
24  in the value; is that fair to state?

Page 114

1      A    Based on the numbers, yes.
2      Q    And the TERI bankruptcy had some effect on
3   that?
4      A    Yes.
5      Q    Would you consider that to be a material
6   effect?
7      A    Well, as I read through here the -- there
8   were -- the way to think about this when you are
9   reporting on an annual basis that there were
10  residuals which we had booked previously and then
11  had to market for that particular period.
12         And then there were the residuals that
13  were booked as a result of new transaction.  And for
14  each one of those there were assumptions made,
15  again, mostly done by the work of the accountants,
16  and with the data about what the performance was in
17  the trust, what the appropriate discount rate would
18  be for those residuals.
19         So as I read this it refreshed me that
20  there were significant material changes in the way
21  those computations were done as a result of the
22  change in the market and the issuance of the -- it
23  says here, these triple B rated securitization --
24  I'm sorry -- the triple B rated securities in the

Page 115

1   private level trust.
2          So when I read through this I remembered
3   quickly it was an awful lot and many moving parts,
4   including the valuation of the TERI guaranty.  But
5   there was nothing disclosed here saying, that I
6   read, that said that at that time we believed that
7   the TERI bankruptcy was a material driver of the
8   reduction in the residual value.
9      Q    But it had some --
10     A    Yes.
11     Q    -- some effect.  It was --
12     A    Yes.
13     Q    -- some driver, so to speak?
14         MR. FONTINELLI: Objection.
15         THE WITNESS:  Absolutely.
16  BY MR. FREIBERG:
17     Q    To use your words.
18     A    Yes.
19     Q    Rather than going through all of the pages
20  of these 10K's would it be fair to state that these
21  documents, the 10K's and the Annual Reports are
22  business records of First Marblehead?
23         MR. FIALKOW:  Objection.
24         THE WITNESS:  Yes.

Page 116

1   BY MR. FREIBERG:
2      Q    Were they prepared in the regular course
3   of business --
4      A    Yes.
5      Q    -- of First Marblehead Corporation?
6      A    Yes.
7      Q    And were the people who were writing and
8   recording the information in the 2006 and 2008 10K's
9   and annual reports were they required to write and
10  record that information in a truthful and accurate
11  manner?
12     A    Yes.
13     Q    And were they required to report that
14  information -- record that information at or near
15  the time that the information was gathered?
16     A    Yes.
17     Q    And you would agree that these are
18  business records of the company?
19     A    Yes.
20     Q    A couple final questions.  Did the First
21  Marblehead Corporation profit in anyway from the
22  TERI guaranty?
23     A    It profited as we started as a result of
24  the TERI guaranty being available, being respected



Page 117
1  by the rating agencies and by investors.  And it
2  allowed First Marblehead to have a business model
3  that resulted in both, as you saw in the financial
4  statements, the upfront advisory fees and residuals
5  over time.  So, yes, I would say it was a factor in
6  the profit of the company.
7       Q    Was it a -- and I hate to beat a dead
8  horse.  Was it a significant factor in the profit of
9  the company?
10       MR. FONTINELLI: Objection.
11       THE WITNESS:  I think it was. Again, in
12  the same context as we have been talking about
13  material significance before.  Yes, I think it was.
14  You know, Mr. Torin, in this cover letter again, you
15  know, he said and we said here that the filing had a
16  significant negative impact on the estimated fair
17  value of the receivables, which was one of the
18  drivers of the profitability of the company.
19  BY MR. FREIBERG:
20       Q    Okay.  Did the bond holders, those
21  institutional investors who purchased the asset
22  backed securities from the trusts, did they in any
23  way profit from TERI's activities?
24       MR. FONTINELLI: Objection.

Page 118
1       THE WITNESS:  When you say profit what
2  context do you mean?
3  BY MR. FREIBERG:
4       Q    Let me ask it a little differently.  Did
5  the bondholders, those investors that purchased the
6  asset backed securities, did they benefit in anyway
7  from the TERI guaranty?
8       MR. FONTINELLI: Objection.
9       THE WITNESS:  I would say they were
10  beneficiaries of the guaranty.
11  BY MR. FREIBERG:
12       Q    I'm sorry.  They were --
13       A    They were beneficiaries of the guaranty.
14       Q    And how so?
15       A    Because of the guaranty by its very nature
16  and the reserve fund that was pledged to the deal
17  to, as we saw before in the credit enhancement, it
18  is one of the factors that they would have
19  considered.
20       MR. FREIBERG:  Sir, I have no further
21  questions for you.  But I do again want to thank you
22  for your time here today.  It's been a pleasure
23  meeting you.
24       THE WITNESS:  You are welcome, Mr.

Page 119
1  Freiberg.
2       MR. FIALKOW:  Any questions on the phone?
3       MR. FONTINELLI:  Yes.  Could we just take
4  a 5 minute quick break?  Let me take a quick look at
5  my notes?
6       MR. FREIBERG:  That's fine.
7       MR. FIALKOW:  Sure.
8       (Recess.)
9  BY MR. FONTINELLI:
10       Q    Mr. Hupalo, thank you for your time.  I
11  just have a quick question.  I think you testified
12  something along the lines that you thought the bond
13  holders would be third party beneficiaries of the
14  guaranty; is that right?
15       A    That's correct.
16       Q    Okay.  Were you making that as a legal
17  conclusion?
18       A    No.  I was making it as a capital markets
19  professional and knowing what bond holders -- one
20  of -- I have said a number of times during the
21  course of the afternoon that bond holders would take
22  into account several factors when they were
23  considering purchase of a security.  And one of
24  those was the TERI guaranty, and we went through the

Page 120
1  documents and saw credit enhancement.  And as a
2  result of that, sir, I said that I thought they were
3  beneficiaries of the guaranty.
4       Q    Okay.  And you are not a trained lawyer;
5  right?
6       A    That's correct.
7       MR. FONTINELLI:  Okay.  I don't have any
8  further questions.
9
10  (Deposition concluded at 3:38 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24



**Page 121**

1   ESQUIRE ERRATA SHEET

2        Esquire Job ID: J4674329

3        Case Caption: Golden vs. Nat'l Collegiate

4        Student Loan Trust

5

6

7        DECLARATION UNDER PENALTY OF PERJURY

8        I declare under penalty of perjury that I

9   have Read the entire transcript of my

10   Deposition taken in the above-captioned matter

11   or the same has been read to me and the same is

12   true and accurate, save and except for changes

13   and/or corrections, if any, as indicated by me

14   on the DEPOSITION ESQUIRE ERRATA SHEET hereof,

15   with the understanding that I offer these

16   changes as if still under oath. Signed on the

17   _____ day of _____, 2018.

18

19   _____

20        JOHN HUPALO

21

22

23

24

**Page 122**

1        DEPOSITION ERRATA SHEET

2   Page No.____Line No.____Change to:_____

3   _____

4   Reason for change:_____

5   Page No.____Line No.____Change to:_____

6   _____

7   Reason for change:_____

8   Page No.____Line No.____Change to:_____

9   _____

10   Reason for change:_____

11   Page No.____Line No.____Change to:_____

12   _____

13   Reason for change:_____

14   Page No.____Line No.____Change to:_____

15   _____

16   Reason for change:_____

17   Page No.____Line No.____Change to:_____

18   _____

19   Reason for change:_____

20   Page No.____Line No.____Change to:_____

21   _____

22   Reason for change:_____

23   SIGNATURE:_____DATE:_____

24        JOHN HUPALO

**Page 123**

1        DEPOSITION ERRATA SHEET

2   Page No.____Line No.____Change to:_____

3   _____

4   Reason for change:_____

5   Page No.____Line No.____Change to:_____

6   _____

7   Reason for change:_____

8   Page No.____Line No.____Change to:_____

9   _____

10   Reason for change:_____

11   Page No.____Line No.____Change to:_____

12   _____

13   Reason for change:_____

14   Page No.____Line No.____Change to:_____

15   _____

16   Reason for change:_____

17   Page No.____Line No.____Change to:_____

18   _____

19   Reason for change:_____

20   Page No.____Line No.____Change to:_____

21   _____

22   Reason for change:_____

23   SIGNATURE:_____DATE:_____

24        JOHN HUPALO

**Page 124**

1        C E R T I F I C A T E

2   COMMONWEALTH OF MASSACHUSETTS
      SUFFOLK, SS.

3

4        I, Laura Naylor, a Notary Public duly qualified

5   in and for the Commonwealth of Massachusetts, do
      hereby certify that:

6

7        JOHN HUPALO, the witness whose testimony is
      hereinbefore set forth, was duly sworn by me, and

8   that such testimony is a true and correct
      transcription of my original stenographic notes

9   taken in the foregoing matter, to the best of my
      knowledge, skill and ability.

10

11       I further certify that I am neither attorney or
      counsel for, nor related to or employed by any of

12   the parties to the action in which this deposition
      is taken; and furthermore, that I am not a relative

13   or employee of any attorney or counsel employed by
      the parties thereto or financially interested in the
      action.

14

15       IN WITNESS WHEREOF, I have hereunto set my hand
      and affixed my Notarial seal this 7th day of

16   December 2019.

17

18        Laura Naylor

19        Notary Public

20   My Commission Expires: April 12, 2022

21

22   THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES
      NOT APPLY TO ANY REPRODUCTION AND/OR DISTRIBUTION OF

23   THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT
      CONTROL AND/OR SUPERVISION OF THE CERTIFYING COURT

24   REPORTER.

