# THE EDUCATION RESOURCES INSTITUTE, INC.
## Attachment to Application for Recognition of Exemption
## Under Section 501(c)(3)

### Part V - Six Year Projected Budgets

|  | 1985 July-Dec | 1986 Jan-Dec | 1987 Jan-Dec |
|---|---|---|---|
| SLP Reinsurance Fund | 500,000 | 500,000 | 500,000 |
| SLP Reserve Fund (end of year) | 47,844 | 229,994 | 485,875 |
| Unrestricted Funds |  |  |  |
|    Beginning of year | 1,450,000 | 1,490,756 | 1,684,444 |
|    End of Year | 1,490,756 | 1,684,444 | 2,079,847 |
| Total Fund Balances (end of year) | 2,038,600 | 2,414,438 | 3,065,722 |
| **REVENUE** |  |  |  |
| Supplementary Loan Program |  |  |  |
|    Guarantee Fees | 64,322 | 257,287 | 385,931 |
|    Interest on Reserve Fund | 844 | 10,693 | 29,699 |
| Interest on SLP Reinsurance Fund | 20,000 | 40,000 | 40,000 |
| Interest on Unrestricted Funds | 58,000 | 119,260 | 134,756 |
| Contracted Services | 49,750 | 177,325 | 255,148 |
| Dividends from ELSI | 0 | 88,500 | 268,000 |
| HEIC (1) | 59,610 | 131,142 | 144,256 |
| ACCESS | 129,699 | 332,368 | 408,937 |
| **TOTAL REVENUE** | 382,225 | 1,156,575 | 1,666,726 |
| **EXPENSES** |  |  |  |
| Administrative Expenses |  |  |  |
|    Salaries | 35,000 | 126,500 | 184,150 |
|    Benefits | 8,750 | 31,625 | 46,038 |
|    Rent | 7,500 ~~2,520~~ | 27,000 | 39,000 |
|    Phone | 3,000 | 9,600 | 12,480 |
|    Postage | 400 | 1,280 | 1,664 |
|    Travel/Meetings and Conference | 3,000 | 9,600 | 12,480 |
|    Other | 1,500 | 4,800 | 6,240 |
| Supplementary Loan Program |  |  |  |
|    Default | 25,000 | 115,000 | 180,000 |
|    Contract with MHEAC | 17,955 | 73,975 | 111,926 |
|    Contract with ELSI | 8,528 | 20,605 | 22,880 |
|    Interest on Reinsurance | 77 | 8,414 | 25,529 |
| HEIC | 101,060 | 202,120 | 220,000 |
| ACCESS | 129,699 | 332,368 | 408,937 |
| **TOTAL EXPENSES** | 341,469 ~~336,489~~ | 962,887 | 1,271,324 |
| **NET INCOME** | 40,756 ~~45,736~~ | 193,688 | 395,403 |

Budgets Continued on Next Page

# THE EDUCATION RESOURCES INSTITUTE, INC.
## Attachment to Application for Recognition of Exemption
## Under Section 501(c)(3)

### Part V - Six Year Projected Budgets Continued

|  | 1988 Jan-Dec | 1989 Jan-Dec | 1990 Jan-Dec |
|---|---|---|---|
| SLP Reinsurance Fund | 500,000 | 500,000 | 500,000 |
| SLP Reserve Fund (end of year) | 534,463 | 614,632 | 719,119 |
| Unrestricted Funds |  |  |  |
|   Beginning of year | 2,079,847 | 2,491,563 | 2,930,198 |
|   End of Year | 2,491,563 | 2,930,198 | 3,403,918 |
| Total Fund Balances (end of year) | 3,526,026 | 4,044,830 | 4,623,037 |
| **REVENUE** |  |  |  |
| Supplementary Loan Program |  |  |  |
|   Guarantee Fees | 424,524 | 488,203 | 571,198 |
|   Interest on Reserve Fund | 32,668 | 37,568 | 43,955 |
| Interest on SLP Reinsurance Fund | 40,000 | 40,000 | 40,000 |
| Interest on Unrestricted Funds | 148,231 | 170,466 | 199,445 |
| Contracted Services | 280,663 | 322,762 | 377,632 |
| Dividends from ELSI | 268,000 | 88,500 | 268,000 |
| HEIC (1) | 144,256 | 144,256 | 144,256 |
| ACCESS | 408,937 | 408,937 | 408,937 |
| **TOTAL REVENUE** | 1,747,279 | 1,830,192 | 2,053,423 |
| **EXPENSES** |  |  |  |
| Administrative Expenses |  |  |  |
|   Salaries | 202,565 | 232,950 | 272,552 |
|   Benefits | 50,642 | 58,238 | 68,138 |
|   Rent | 42,900 | 49,335 | 57,722 |
|   Phone | 13,728 | 15,787 | 18,471 |
|   Postage | 1,830 | 2,105 | 2,463 |
|   Travel/Meetings and Conference | 13,728 | 15,787 | 18,471 |
|   Other | 6,864 | 7,894 | 9,236 |
| Supplementary Loan Program |  |  |  |
|   Default | 198,000 | 227,700 | 266,409 |
|   Contract with MHEAC | 123,119 | 144,587 | 165,657 |
|   Contract with ELSI | 25,168 | 28,943 | 33,863 |
|   Interest on Reinsurance | 28,082 | 32,294 | 37,784 |
| HEIC | 220,000 | 220,000 | 220,000 |
| ACCESS | 408,937 | 408,937 | 408,937 |
| **TOTAL EXPENSES** | 1,335,563 | 1,441,557 | 1,579,703 |
| **NET INCOME** | 411,716 | 438,635 | 473,720 |

Handwritten annotations:
- Next to "Supplementary Loan Program": "percent rc'd from / student who receives loan"
- Next to "HEIC" and "ACCESS": "instrumentality} Division of Mass. Higher Ed"

THE EDUCATION RESOURCES INSTITUTE, INC.

Attachment to Application for Recognition of Exemption
Under Section 501(c)(3)

Part VIII, Schedule B

1(a)  The ACCESS division of the organization will provide "last dollar" scholarships to eligible recipients. The scholarships are outright grants to recipients who are enrolled at or accepted to a degree granting program at a nonprofit institution of higher education. Only one category of scholarship is granted. A sample copy of an application is attached.

2.  Eligible recipients are limited to Boston public high school students who have enrolled at or been accepted to degree granting, nonprofit institutions of higher education. There are no restrictions or limitations based on race. Selection is based on the completed application, essay, scholastic achievement and financial need of the applicant (after taking into consideration aid received from other sources, family ability to contribute and self-help ability). Four-year scholarships are granted each year to approximately 100 of the 200 annual applicants.

3.  Approximately 100 scholarships will be awarded in 1985, 200 in 1986 and 300 in 1987.

4.  The members of the Scholarship Committee are selected to represent a cross section of business, educational and community interests. Current members include a public school headmaster, guidance counselor, director of financial aid at a