*2007 AUDIT*

*020132*

# The Education Resources Institute, Inc. and Subsidiary
Consolidated Financial Statements
June 30, 2007 and 2006

## The Education Resources Institute, Inc. and Subsidiary
Consolidated Statements of Activities and Changes in Net Assets
Years Ended June 30, 2007 and 2006

|  | 2007 | 2006 |
|---|---:|---:|
| **Revenue** | | |
| Guarantee fees | $ 346,041,454 | $ 245,352,831 |
| Residual interest in securitized portfolios | 78,876,518 | 32,260,402 |
| Investment income | 29,752,600 | 16,894,097 |
| Unrealized gain (loss) on investments in marketable securities | 2,930,556 | (2,449,232) |
| Grants and contracts | 2,608,198 | 2,384,426 |
| Origination fees | 40,979,073 | 20,339,068 |
| HEIC membership fees | 105,937 | 87,564 |
| Interest income on student loans | 543,446 | 676,382 |
| Interest income - FMC - notes receivable | 250,377 | 296,974 |
| Contractual income - FMC | 247,524 | 747,528 |
| Total revenue | 502,335,683 | 316,590,040 |
| **Expenses** | | |
| Compensation and employee fringe benefits | 6,445,237 | 3,427,922 |
| Office expenses | 465,850 | 293,462 |
| Rent | 695,296 | 542,939 |
| Professional fees (FMER) | 134,844,987 | 106,072,120 |
| Professional fees (other) | 3,791,367 | 3,399,954 |
| Loan servicing fees | 107,673 | 125,782 |
| Collection costs | 6,546,395 | 5,140,242 |
| Printing and promotion | 202,904 | 127,588 |
| Loan loss provision | 213,345,554 | 131,938,830 |
| Depreciation and amortization | 151,106 | 173,222 |
| Grants | 192,937 | 87,474 |
| Interest expense | 273,827 | 340,110 |
| Other expenses | 2,208,561 | 893,806 |
| Total expenses | 369,271,694 | 252,563,451 |
| Increase in net assets | 133,063,989 | 64,026,589 |
| Net assets, beginning of year | 210,772,624 | 146,746,035 |
| Net assets, end of year | $ 343,836,613 | $ 210,772,624 |

The accompanying notes are an integral part of these consolidated financial statements.

3