

Exhibit
Exhibit No.: 3
Name: John Hupalo
Date: 11/19/19
ESQUIRE

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-D

ASSET-BACKED ISSUER
DISTRIBUTION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the monthly distribution period from
**December 7, 2006 to February 25, 2007**

Commission File Number of issuing entity: 333-128413-03

## The National Collegiate Student Loan Trust 2006-4
(Exact name of issuing entity as specified in its charter)

Commission File Number of depositor and sponsor: 333-128413

## The National Collegiate Funding LLC
(Exact name of depositor and sponsor as specified in its charter)

| | |
|---|---|
| **Delaware** (State or other jurisdiction of incorporation or organization of the issuing entity) | 01-0877554 / 65-1177163 (I.R.S. Employer Identification Nos.) |
| c/o Wilmington Trust Company 1100 North Market Street Wilmington, Delaware (Address of principal executive offices of issuing entity) | 19890 (Zip Code) |

(302) 636–6000
(Telephone number including area code)

**Not Applicable**
(Former name, former address, if changed since last report)

Registered/reporting pursuant to (check one)

| Title of class | Section 12(b) | Section 12(g) | Section 15(d) | Name of exchange (If Section 12(b)) |
|---|---|---|---|---|
| Class A-1 Notes | ☐ | ☐ | ☑ | |
| Class A-2 Notes | ☐ | ☐ | ☑ | |
| Class A-3 Notes | ☐ | ☐ | ☑ | |
| Class A-4 Notes | ☐ | ☐ | ☑ | |
| Class A-IO Notes | ☐ | ☐ | ☑ | |
| Class B Notes | ☐ | ☐ | ☑ | |
| Class C Notes | ☐ | ☐ | ☑ | |
| Class D Notes | ☐ | ☐ | ☑ | |

The Education Resources Institute, Inc. and Subsidiary
Consolidated Statements of Activities and Changes in Net Assets
Years Ended June 30, 2006 and 2005

|  | 2006 | 2005 |
|---|---|---|
| **Revenue** | | |
| Guarantee fees | $ 245,352,831 | $ 185,074,584 |
| Residual interest in securitized portfolios | 32,260,402 | 34,656,923 |
| Investment income | 16,894,097 | 7,456,744 |
| Unrealized (loss) gain on investments in marketable securities | (2,449,232) | 285,577 |
| Grants and contracts | 2,384,426 | 2,625,802 |
| Origination fees | 20,339,068 | 19,311,166 |
| HEIC membership fees | 87,564 | 168,025 |
| Interest income on student loans | 676,382 | 757,072 |
| Interest income - FMC - notes receivable | 296,974 | 340,865 |
| Contractual income - FMC | 747,528 | 747,528 |
| Total revenue | 316,590,040 | 251,424,286 |
| **Expenses** | | |
| Compensation and employee fringe benefits | 3,427,922 | 3,686,490 |
| Office expenses | 293,462 | 264,767 |
| Rent | 542,939 | 481,380 |
| Professional fees (FMER) | 106,072,120 | 78,200,000 |
| Professional fees (other) | 3,399,954 | 3,317,503 |
| Loan servicing fees | 125,782 | 155,922 |
| Collection costs | 5,140,242 | 4,264,162 |
| Printing and promotion | 127,588 | 131,226 |
| Loan loss provision | 131,938,830 | 95,399,973 |
| Depreciation and amortization | 173,222 | 191,717 |
| Grants | 87,474 | 54,196 |
| Interest expense | 340,110 | 315,903 |
| Other expenses | 893,806 | 788,449 |
| Total expenses | 252,563,451 | 187,251,688 |
| Increase in net assets | 64,026,589 | 64,172,598 |
| Net assets, beginning of year | 146,746,035 | 82,573,437 |
| Net assets, end of year | $ 210,772,624 | $ 146,746,035 |

The accompanying notes are an integral part of these consolidated financial statements.

Case 1-17-01005-ess    Doc 245-30    Filed 07/13/20    Entered 07/13/20 14:41:38

2006-4_Golden_000979