Page 1

1  UNITED STATES BANKRUPTCY COURT
2  EASTERN DISTRICT OF NEW YORK
3  Case No. 1-18-01122-ess
4  Adv. Case No. 1-10-50719-ess
5  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
6  In the Matter of:
7
8  WELLS FARGO BANK, N.A.,
9
10           Debtor.
11 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
12 OLUFUNMILAYO AJASA,
13              Plaintiff,
14        v.
15 WELLS FARGO BANK, N.A.,
16              Defendant.
17 - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
18              U.S. Bankruptcy Court
19              271-C Cadman Plaza
20              Brooklyn, New York  11201-1800
21
22              February 28, 2019
23              3:18 PM
24
25

```
 1  B E F O R E :
 2  HON ELIZABETH S. STONG
 3  U.S. BANKRUPTCY JUDGE
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   Now, that's not to say that they couldn't bring a class

2   action in another district on behalf of another debtor.  We

3   just --

4              THE COURT:  So the idea is 94 class actions in 94

5   districts?  Are we really better off?

6              MR. SHAW:  We don't think it's a question,

7   frankly, of better off or efficiency, because that's not --

8   we don't think that that's the analysis.  We think it's the

9   --

10             THE COURT:  Well, you don't think it's subject

11  matter jurisdiction.

12             MR. SHAW:  We think it is -- I'm holding the

13  subject matter jurisdiction.  I think it is a --

14             THE COURT:  I understand that you don't want to

15  acknowledge that it is or isn't, and we're conferencing on

16  the issues.  So --

17             MR. SHAW:  Right, but it --

18             THE COURT:  -- both the parties and the Court can

19  reserve their respective prerogatives to ask more questions

20  and give additional answers at the appropriate time.

21             MR. SHAW:  In our view, it's a matter of

22  authority.  You know, in the Echevarria case, for example,

23  that we settled, we filed a motion which I'll draw a

24  reference to allow for the District Court judge to approve

25  the settlement of a nationwide class, and there were