# EXHIBIT A

# National Center for Education Statistics

IPEDS Data Center

**University of Pennsylvania**

| | |
|---|---|
| **UnitID** | 215062 |
| **OPEID** | 00337800 |
| **Address** | 34th & Spruce Street, Philadelphia, PA, 19104-6303 |
| **Web Address** | www.upenn.edu |

**Institutional Characteristics 2006-07**

Institution: University of Pennsylvania (215062)

**Part A - Educational Offerings**

1. **Which of the following types of instruction/programs are offered by your institution? [Check one or more]**

*If your institution does not offer occupational, academic or continuing professional programs, you are not expected to complete this or any other IPEDS survey.*

| | | |
|---|---|---|
| | ☐ | Occupational, may lead to a certificate, degree, or other formal award |
| | ☑ | Academic, leading to a certificate, degree, or diploma |
| | ☑ | Continuing professional (postbaccalaureate only) |
| | ☐ | Recreational or avocational (leisure) programs |
| | ☐ | Adult basic or remedial instruction or high school equivalency |
| | ☐ | Secondary (high school) |

Institution: University of Pennsylvania (215062)

**Part A - Mission Statement**

2. **Please enter your institution's mission statement or a web address (URL) where your mission statement can be found. Mission statements provided manually must be limited to 2,000 characters or less. If your mission statement is lengthy but available electronically, please provide the web address in the space provided. The mission statement will be available to the public on the College Opportunities Online Locator (IPEDS COOL) website.**

| Mission Statement URL: | http:// | |
|---|---|---|

Mission Statement

Mission of the UniversityThe University of Pennsylvania's roots are in Philadelphia, the

Institution: University of Pennsylvania (215062)

**Part B - Organization - Control and Level**

1. **What is your institutional control or affiliation?**

| | | | |
|---|---|---|---|
| | ○ | Public - Specify | |
| | | Primary control | Secondary control (if applicable) |
| | | Select One | Select One |
| | ○ | Private for-profit | |
| | ⦿ | Private not-for-profit independent (no religious affiliation) | |
| | ○ | Private not-for-profit religious affiliation - Specify | |
| | | Select One | |

2. **What award levels are offered by your institution? [Check all that apply]**

| | Award Level | | |
|---|---|---|---|
| | **BELOW THE BACCALAUREATE:** | | |
| | 1 | ☑ | Postsecondary award, certificate, or diploma of **less than one academic year**<br>• less than 900 contact or clock hours, or<br>• less than 30 semester or trimester credit hours, or<br>• less than 45 quarter credit hours |
| | 2 | ☑ | Postsecondary award, certificate, or diploma of **at least one but less than two academic years**<br>• at least 900 but less than 1800 contact or clock hours, or<br>• at least 30 but less than 60 semester or trimester credit hours, or<br>• at least 45 but less than 90 quarter credit hours |
| | 3 | ☑ | Associate's degree |
| | 4 | ☑ | Postsecondary award, certificate, or diploma of **at least two but less than four academic years**<br>• 1800 or more contact or clock hours, or<br>• 60 or more semester or trimester credit hours, or<br>• 90 or more quarter credit hours |
| | **BACCALAUREATE AND ABOVE:** | | |
| | 5 | ☑ | Bachelor's degree or equivalent |
| | 6 | ☑ | Postbaccalaureate certificate |
| | 7 | ☑ | Master's degree |
| | 8 | ☑ | Post-master's certificate |
| | 9 | ☑ | Doctor's degree |
| | 10 | ☑ | First-professional degree |

| | 11 | ☑ | First-professional certificate (Post-degree) |
|---|---|---|---|
| | 12 | ☐ | Other; please specify in the Caveats box |

CAVEATS

[ ]

Institution: University of Pennsylvania (215062)

**Part B - Organization - Calendar System**

*Your response to the next question determines how your institution reports Graduation Rates data in the Spring and how you report student charges in Part D of this survey.*

3. **What is the predominant calendar system at the institution? [Choose one]**

**Standard academic terms**

*Checking one of these systems determines that your institution will provide Graduation Rates data based on a FALL COHORT and student charges based on a FULL ACADEMIC YEAR*

- ⦿ Semester
- ○ Quarter
- ○ Trimester
- ○ 4-1-4 or similar plan
- ○ Other academic calendar

**Other calendar system**

*Checking one of the following determines that your institution will provide Graduation Rates data based on a FULL YEAR COHORT and student charges data will be requested by PROGRAM.*

- ○ Differs by program
- ○ Continuous basis (every 2 weeks, monthly, or other period)

Institution: University of Pennsylvania (215062)

**Part B - Organization - Student Enrollment**

4. **Does your institution enroll any of the following types of students?**
*Include all levels that your institution offers, even if there are no students currently enrolled at that level.*

The answers to these questions determine which screens will be generated for reporting academic year tuition charges, and for reporting Fall Enrollment during the Winter and Spring collections. Additionally, checking **Yes** for full-time, first-time, degree/certificate-seeking undergraduate students determines that your institution must report pricing information for these students (on the IC survey) and Student Financial Aid information in the Spring collection. The reported full- and part-time 2005 Fall Enrollment counts are provided for your reference.

|  | Full-time | | | FT PY Enroll-ment | Part-time | | | PT PY Enroll-ment |
|---|---|---|---|---|---|---|---|---|
| Undergraduate (academic or occupational programs) | ○ | No | ⊙ Yes | 10,422 | ○ | No | ⊙ Yes | 1,670 |
| First-time, degree/certificate-seeking undergraduate | ○ | No | ⊙ Yes | 2,484 | ○ | No | ⊙ Yes | 57 |
| Graduate | ○ | No | ⊙ Yes | 6,978 | ○ | No | ⊙ Yes | 2,255 |
| First-professional | ○ | No | ⊙ Yes | 2,371 | ○ | No | ⊙ Yes | 8 |

**Estimated 2006 Fall Enrollment**

Please provide an early estimate of your institution's fall enrollment for all levels offered at your institution as indicated above for full- and part-time students. Estimates should be based on the definitions used in the IPEDS Enrollment component submitted in the Winter or Spring collection. These data will NOT appear in IPEDS COOL (College Opportunities Online Locator), but will be made available in the IPEDS Peer Analysis System.

|  | Full-time | Part-time | Total |
|---|---|---|---|
| Undergraduate (academic or occupational programs) | 10,278 | 1,596 | 11,874 |
| Of undergraduates, those who are first-time, degree/certificate-seeking students | 2,431 | 482 | 2,913 |
| Graduate | 7,037 | 2,575 | 9,612 |
| First-Professional | 2,186 | 13 | 2,199 |

5. **For academic year 2000-01, did your institution have any full-time first-time degree/certificate-seeking students enrolled in programs at the baccalaureate level or below?**

If you answer **Yes** to this question, you will be required to provide Graduation Rates data for 2000-01 in the Spring collection. If you answer **No** to this question, please indicate the reason you are not required to report Graduation Rates for the cohort year requested. If you reported any full-time, first-time degree/certificate-seeking undergraduates on the 2000-01 Enrollment survey, the data will be preloaded below.

|  |  |
|---|---|
| ○ | No |
| ☐ | This institution did not enroll full-time, first- |

| | | | |
|---|---|---|---|
| | | | time (undergraduate) students. |
| | | ☐ | This institution did not offer programs at or below the baccalaureate level. |
| | | ☐ | This institution was not in operation in 2000-01 |
| | ◉ | Yes | |

| | |
|---|---|
| **Cohort from 2000-01 Enrollment of full-time, first-time degree/certificate-seeking students (GRS Cohort)** | **2,334** |

6. **System**, **Governing Board** or **Corporate Structure** (please see instructions for reporting System or Corporate data.)

| | | |
|---|---|---|
| | ◉ | This institution is NOT a part of a system or corporate entity. |
| | ○ | This institution is a part of a system or corporate entity. |
| | | Specify name of the system or coporate entity. |
| | | -2 |

---

Institution: University of Pennsylvania (215062)

**Part C - Admission Requirements and Services - Open Admission**

1. **Does your institution have an open admission policy for all or most entering first-time degree/certificate-seeking undergraduate-level students?**

*If you answer **No** to this question you will be expected to answer additional questions (C2, C3, and C4) on your admissions procedures.*

| | | |
|---|---|---|
| | ○ | Yes |
| | ◉ | No |

CAVEATS

[                    ]

---

Institution: University of Pennsylvania (215062)

**Part C - Admission Requirements and Services - Admission Considerations**

2. **Please select the option that best describes how your institution uses any of the following data in its undergraduate selection process.**

| Admission Considerations | Required | Recommended | Neither Required nor Recommended | Don't Know |
|---|---|---|---|---|
| Secondary school GPA | ◉ | ○ | ○ | ○ |
| Secondary school rank | ◉ | ○ | ○ | ○ |
| Secondary school record | ◉ | ○ | ○ | ○ |
| Completion of college-preparatory program | ○ | ◉ | ○ | ○ |
| Recommendations | ◉ | ○ | ○ | ○ |
| Formal demonstration of competencies (e.g., portfolios, certificates of mastery, assessment instruments) | ○ | ○ | ◉ | ○ |
| Admission test scores | | | | |
| (SAT / ACT) | ◉ | ○ | ○ | ○ |
| Other Test (Wonderlic, WISC-III, etc.) | ○ | ○ | ○ | ◉ |
| TOEFL (Test of English as a Foreign Language) | ○ | ◉ | ○ | ○ |

Institution: University of Pennsylvania (215062)

**Part C - Admission Requirements and Services - Selection Process**

3. **Please provide the number of first-time, degree/certificate-seeking undergraduate students who applied, were admitted, and enrolled (full or part time) at your institution for the most recent Fall period available. Include early decision, early action, and students who began studies during the summer prior to that fall. See instructions for further information.**

| Select reporting period: | ○ Fall 2005 | ◉ Fall 2006 | |
|---|---|---|---|
| | Men | Women | Total |
| Number of applicants | 10,344 | 10,139 | 20,483 |
| Number of admissions | 1,755 | 1,858 | 3,613 |
| Number enrolled full time | 1,161 | 1,224 | 2,385 |
| Number enrolled part time | 0 | 0 | 0 |

**4. If test scores are required for admission for your enrolled first-time, degree/certificate-seeking undergraduate students please provide the following information: the number and percentage of students submitting SAT/ACT scores and the 25th and 75th percentile scores for each test. Provide SAT writing test scores only if used for admission, even if scores are collected from students. Please DO NOT convert test scores; scores must be reported separately. Provide data for the most recent group of students for which data are available; include new students admitted the summer prior to that fall.**

| Select reporting period | ○ | Fall 2005 | ⦿ | Fall 2006 | ○ | Test scores NOT required |
|---|---|---|---|---|---|---|
| Number submitting SAT scores | | | | | | 2,321 |
| Percent submitting SAT scores | | | | | | 97 |
| Number submitting ACT scores | | | | | | 632 |
| Percent submitting ACT scores | | | | | | 26 |

| | 25th Percentile | 75th Percentile |
|---|---|---|
| SAT Critical Reading | 620 | 720 |
| SAT Math | 680 | 770 |
| SAT Writing | 650 | 740 |
| ACT Composite | 29 | 33 |
| ACT English | 29 | 34 |
| ACT Math | 29 | 34 |

CAVEATS

---

Institution: University of Pennsylvania (215062)

**Part C - Admission Requirements and Services - Special Learning Opportunities**

5. **Does your institution accept any of the following? [Check all that apply]**

|  |  |  |
|---|---|---|
|  | ☑ | Dual credit (college credit earned while in high school) |
|  | ☐ | Credit for life experiences |
|  | ☑ | Advanced placement (AP) credits |
|  | ☐ | None of the above |

**6. What types of special learning opportunities are offered by your institution? [Check all that apply]**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| ☑ | Distance learning opportunities (e-learning) | | | | | |
| ☑ | ROTC | | | | | |
|  |  | ☑ | Army | ☑ Navy | ☑ | Air Force |
| ☑ | Study abroad | | | | | |
| ☐ | Weekend/evening college | | | | | |
| ☑ | Teacher certification (below the postsecondary level) | | | | | |
|  | ☑ | Students can complete their preparation in certain areas of specialization | | | | |
|  | ☑ | Students must complete their preparation at another institution for certain areas of specialization | | | | |
|  | ☑ | This institution is approved by the state for the initial certification or licensure of teachers | | | | |
| ☐ | None of the above | | | | | |

Institution: University of Pennsylvania (215062)

**Part C - Admission Requirements and Services - Student Services**

**7. If your institution grants a bachelor's degree or higher but does not offer a full 4-year program of study at the undergraduate level, how many years of completed college-level work are required for entrance?**

| Number of years | Select One |
|---|---|

**8. Which of the following selected students services are offered by your institution? [Check all that apply]**

|  |  |  |
|---|---|---|
|  | ☐ | Remedial services |
|  | ☑ | Academic/career counseling services |
|  | ☑ | Employment services for current students |

|  |  |  |
|---|---|---|
|  | ☑ | Placement services for program completers |
|  | ☑ | On-campus day care for children of students |
|  | ☐ | None of the above |
|  |  |  |

**9. Does your institution have its own library or are you financially supporting a shared library with another postsecondary education institution?**

|  |  |  |
|---|---|---|
|  |  |  |
|  | ⦿ | Have our own library |
|  | ○ | Do not have our own library but contribute financial support to a shared library |
|  | ○ | Neither of the above |

---

Institution: University of Pennsylvania (215062)

**Part D - Student Charges - Application Fees**

**1. Is an application fee for admission required by your institution?**

|  |  | Amount | Prior year |
|---|---|---|---|
| ○ | No |  |  |
| ⦿ | Yes - Indicate amount of application fee | **Amount** | **Prior year** |
|  | Undergraduate | 70 | **70** |
|  | Graduate | 70 | **70** |
|  | First-professional | 70 | **70** |

---

Institution: University of Pennsylvania (215062)

**Part D - Student Charges Questions**

**3. Are all full-time, first-time degree/certificate-seeking students required to live on campus or in institutionally-controlled housing?**

*If you answer Yes to this question, you will not be asked to report off-campus room and board in the price of attendance (D13).*

|  |  |  |
|---|---|---|
|  | ○ | No |
|  | ⦿ | Yes |

**4. Does your institution charge different tuition for in-district, in-state, or out-of-state students?**

*If you answer Yes to this question, you will be expected to report tuition amounts for in-district, in-state, and out-of-state students.*

|  |  |  |
|---|---|---|
|  | ○ | No |

| | | |
|---|---|---|
| | ⦿ | Yes |

**5. Does your institution offer institutionally-controlled housing (either on or off campus)?**
*If you answer **Yes** to this question, you will be expected to specify a housing capacity, and to report a room charge or a combined room and board charge (D12 and D13).*

| | | |
|---|---|---|
| | ○ | No |
| | ⦿ | Yes |
| | | Specify housing capacity for academic year 2006-07. |
| | | 6,858 |

**6. Do you offer board or meal plans to your students?**
*If you answer **Yes** to this question, you will be expected to report a board charge or combined room and board charge (D12 and D13).*

| | | |
|---|---|---|
| | ○ | No |
| | ○ | Yes - Number of meals per week in the maximum meal plan offered |
| | | |
| | ⦿ | Yes - Number of meals per week can vary (for example, student receives a meal card and charges meals against the card) |

---

Institution: University of Pennsylvania (215062)

**Part D - Undergraduate Student Charges**

**7. Charges to full-time undergraduate students for the full academic year 2006-07**

| | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| All full-time undergraduates | | | | | | |
| Average tuition | 30,598 | **29,030** | 30,598 | **29,030** | 30,598 | **29,030** |
| Required fees | 3,558 | **3,334** | 3,558 | **3,334** | 3,558 | **3,334** |

**8. Per credit hour charge for part-time undergraduate students**

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| Per credit hour charge | 1,081 | **1,024** | 1,081 | **1,024** | 1,081 | **1,024** |

Institution: University of Pennsylvania (215062)

### Part D - Graduate Student Charges

**9. Charges to full-time graduate students for the full academic year 2006-07**

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| Average tuition | 32,182 | **30,796** | 32,182 | **30,796** | 32,182 | **30,976** |
| Required fees | 2,028 | **1,922** | 2,028 | **1,922** | 2,028 | **1,922** |

**10. Per credit hour charge for part-time graduate students**

|  | In-district | Prior year | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|---|---|
| Per credit hour charge | 1,080 | **1,033** | 1,080 | **1,033** | 1,080 | **1,033** |

Institution: University of Pennsylvania (215062)

### Part D - First Professional Student Charges

**11. List the typical tuition and required fees for a full-time first-professional student for the full academic year 2006-07**

**DO NOT include room and board charges**

| First-professional student | In-state | Prior year | Out-of-state | Prior year |
|---|---|---|---|---|
| **1. Chiropractic (D.C. or D.C.M.):** | | | | |
| Tuition amount |  |  |  |  |
| Required fees |  |  |  |  |

2. **Dentistry (D.D.S. or D.M.D.):**

| | | |
|---|---|---|
| Tuition amount | 48,970 | **46,638** | 48,970 | **46,638** |
| Required fees | 2,126 | **1,988** | 2,126 | **1,988** |

3. **Medicine (M.D.):**

| | | |
|---|---|---|
| Tuition amount | 38,308 | **36,976** | 38,308 | **36,976** |
| Required fees | 2,640 | **2,302** | 2,640 | **2,302** |

4. **Optometry (O.D.):**

| | | |
|---|---|---|
| Tuition amount | | | | |
| Required fees | | | | |

5. **Osteopathic Medicine (D.O.):**

| | | |
|---|---|---|
| Tuition amount | | | | |
| Required fees | | | | |

6. **Pharmacy (Pharm.D.):**

| | | |
|---|---|---|
| Tuition amount | | | | |
| Required fees | | | | |

7. **Podiatry (Pod.D., D.P., or D.P.M.):**

| | | |
|---|---|---|
| Tuition amount | | | | |
| Required fees | | | | |

8. **Veterinary Medicine (D.V.M.):**

| | | |
|---|---|---|
| Tuition amount | 28,572 | **27,472** | 34,262 | **32,944** |
| Required fees | 2,390 | **1,876** | 2,390 | **1,876** |

9. **Law (L.L.B. or J.D.):**

| | | |
|---|---|---|
| Tuition amount | 37,020 | **34,920** | 37,020 | **34,920** |
| Required fees | 1,640 | **1,526** | 1,640 | **1,526** |

10. **Theology (M. Div., M.H.L., B.D., or Ordination):**

| | | |
|---|---|---|
| Tuition amount | | | | |
| Required fees | | | | |

11. **Other:**

| | | | |
|---|---|---|---|
| Tuition amount | | | |
| Required fees | | | |

---

Institution: University of Pennsylvania (215062)

### Part D - Student Charges - Room and Board

12. **What are the typical room and board charges for a student for the full academic year 2006-07?**

*If your institution offers room or board at no charge to students, enter zero.*

| Room and board charges | Amount | Prior year |
|---|---:|---:|
| Room charge (Double occupancy) | 6,022 | **5,730** |
| Board charge (Maximum plan) | 3,782 | **3,672** |
| Combined room and board charge (Answer only if you CANNOT separate room and board charges.) | | |

---

Institution: University of Pennsylvania (215062)

### Part D - Student Charges - Price of Attendance

13. **Price of attendance for full-time, first-time undergraduate students:**

*Please enter the amounts requested below. These data will be made available to the public on the IPEDS COOL (College Opportunities Online Locator) Web site. Data for prior years may be corrected. If your institution participates in any Title IV programs (Pell, Stafford, etc.), you must complete all information for the current year. Leave items that do not apply blank and the system will fill in as "not applicable" or indicate that more information is needed. Estimates of expenses for books and supplies, room and board, and other expenses are those **from the Cost of Attendance report** used by your financial aid office for determining financial need.*

| Charges for full academic year | 2004-05 | 2005-06 | 2006-07 |
|---|---:|---:|---:|
| **Published tuition and required fees:** | | | |
| In-district | 30,716 | 32,364 | 34,156 |
| In-state | 30,716 | 32,364 | 34,156 |
| Out-of-state | 30,716 | 32,364 | 34,156 |
| Books and supplies | 830 | 860 | 900 |
| **On campus:** | | | |

| | | | |
|---|---:|---:|---:|
| Room and board | 8,918 | 9,402 | 9,804 |
| Other expenses | 1,636 | 1,674 | 1,720 |

Caveat (will be posted on the IPEDS College Opportunities Online Locator website)

Institution: University of Pennsylvania (215062)

### Part E - Additional Information - Athletic Association

**1. Is this institution a member of a national athletic association?**

- ○ No
- ◉ Yes - Check all that apply
  - ☑ National Collegiate Athletic Association (NCAA)
  - ☐ National Association of Intercollegiate Athletics (NAIA)
  - ☐ National Junior College Athletic Association (NJCAA)
  - ☐ United States Collegiate Athletic Association (USCAA)
  - ☐ National Christian College Athletic Association (NCCAA)
  - ☐ Other

**2. If this institution is a member of the NCAA or NAIA, specify the conference FOR EACH SPORT using the droplist.**

| Sport | NCAA or NAIA member | | | | Conference |
|---|---|---|---|---|---|
| Football | ○ | No | ◉ | Yes-Specify | Ivy Group |
| Basketball | ○ | No | ◉ | Yes-Specify | Ivy Group |
| Baseball | ○ | No | ◉ | Yes-Specify | Ivy Group |
| Cross country and/or track | ○ | No | ◉ | Yes-Specify | Ivy Group |

**3. Did your institution offer athletically-related aid to ANY students in academic year 2005-06?**

*If you answer **Yes** to this question, you will be provided with screens to report the total number of students that received athletically-related student aid during the 2005-06 academic year (Section V of the Graduation Rates survey).*

| | |
|---|---|
| ⊙ | No. |
| ○ | Yes. |