# EXHIBIT C

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tashanna B Golden** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–1714** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York <br> 271–C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201–1800 | | |
| Case number:   **1–16–40809–ess** | | Chapter:   **7** |

## Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Tashanna B Golden
    fka Tashanna B Pearson

**IT IS FURTHER ORDERED**:

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above–named debtor(s) is closed.

**BY THE COURT**

Dated: August 3, 2016

s/ Elizabeth S. Stong
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 318DF7    **Chapter 7 Order of Discharge and Final Decree**    page 1

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are _not_ discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318DF7         **Chapter 7 Order of Discharge and Final Decree**         page 2

# Notice Recipients

District/Off: 0207–1     User: admin     Date Created: 08/03/2016
Case: 1–16–40809–ess     Form ID: 318DF7     Total: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8751988     Daneen Stephens
8751992     Ford Credit
8751994     GM Credit

                                                                         TOTAL: 3

**Recipients of Notice of Electronic Filing:**
tr     Lori Lapin Jones     ljones@jonespllc.com

                                                                         TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tashanna B Golden     84 Alberta Avenue     Staten Island, NY 10314
smg     NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg     NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201–3719
smg     NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
8751976     Aes/ Past Cu     Pob 61047     Harrisburg, PA 17106
8751977     Aes/Jpmgn Ch     Pob 61047     Harrisburg, PA 17106
8751978     Aes/Nct     Pob 61047     Harrisburg, PA 17106
8751979     Aes/Pheaafrn     Pob 61047     Harrisburg, PA 17106
8751980     Aes/Pnc/Natl     Pob 61047     Harrisburg, PA 17106
8751981     Amex     P.O. Box 981537     El Paso, TX 79998
8751982     Bby/Cbna     Po Box 6497     Sioux Falls, SD 57117
8751983     Brclysbankde     P.O. Box 8803     Wilmington, DE 19899
8751984     Cb/Express     Po Box 182789     Columbus, OH 43218
8751985     Cb/Vicscrt     Po Box 182789     Columbus, OH 43218
8751986     Chase     P.O. Box 15298     Wilmington, DE 19850
8785072     Commissioner of Taxation and Finance     NYS Assessment Receivables     P.O. Box 4127     Binghamton, NY 13902
8751987     Creditonebnk     Po Box 98872     Las Vegas, NV 89193
8751989     Dfs/Webbank     Po Box 81607     Austin, TX 78708
8751990     Discover Bnk     Po Box 30948     Salt Lake City, UT 84130
8751991     Fm/Slfv Tru     121 South 13th Str     Lincoln, NE 68508
8751993     Frd Motor Cr     Pob 542000     Omaha, NE 68154
8751995     Gmfinancial     Po Box 1181145     Arlington, TX 76096
8785071     Internal Revenue Service     P.O. Box 37008     Hartford, CT 06176
8751996     Navient     Po Box 9500     Wilkes Barre, PA 18773
8751997     Prosper     101 Second St. Ste. #1500     San Francisco, CA 94105
8751998     Stu Ln Trust     701 East 60th Stre     Sioux Falls, SD 57104
8751999     Syncb/Amazon     Po Box 965015     Orlando, FL 32896
8752000     Target/Td     Po Box 673     Minneapolis, MN 55440
8752001     Univ Of Pa     3451 Walnut Street Room 216     Philadelphia, PA 19104
8752002     Vw Credit     2333 Waukegan Rd     Deerfield, IL 60015
8752003     Wells Fargo Home Mortgage     7255 Baymeadows Wa     Jacksonville, FL 32256

                                                                         TOTAL: 32