

January 22, 2021

**VIA ECF**
The Honorable Elizabeth S. Stong
U.S. Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza, Ste. 1595
Brooklyn, NY 11201-1800

   Re: *Tashanna B. Golden, et al., v. JP Morgan Chase, et al.*,
      **Adv. Pro. No. 1-17-01005 (ESS)**

Dear Judge Stong:

  This letter is to request that the Court place under seal Exhibit 2 to Dkt. No. 361 filed on January 21, 2021. The document is designated "Confidential" by the Defendants and was inadvertently filed incorrectly.

            Respectfully submitted,

            */s/ George F. Carpinello*
            George F. Carpinello

GFC/sh

cc via ECF: Counsel of Record

cc via email: Marjorie Peerce  PeerceM@ballardspahr.com
       Matthew A. Morr MorrM@ballardspahr.com