UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| TASHANNA B GOLDEN<br>*fka* TASHANNA B PEARSON, | Case No. 16-40809-ess |
| Debtor. | |

---------------------------------------------------------------------------x

| | |
|---|---|
| TASHANNA B. GOLDEN,<br>*fka* TASHANNA B. PEARSON ON BEHALF OF<br>HERSELF AND ALL OTHERS SIMILARLY SITUATED, | Adv. Pro. No. 17-01005-ess |
| Plaintiffs, | |
| v. | |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, GS2 2016-A, PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY *dba* AMERICAN EDUCATION SERVICES, FIRSTMARK SERVICES, | |
| Defendants. | |

---------------------------------------------------------------------------x

**ORDER SEALING PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF HER
<u>MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff having made a motion to seal certain exhibits to the Declaration of George F. Carpinello filed via ECF on February 5, 2021 in redacted form and delivered to the Clerk of the Court in unredacted form;

**IT IS HEREBY ORDERED,** that said documents filed as ECF Nos. 373-2, 373-3, 373-4, 373-6, and 373-7 shall remain under seal until further Order of the Court; and it is further

1

**ORDERED,** that an unredacted copy of said documents remain in the office of the Clerk of the Court until further Order of the Court.



Dated: Brooklyn, New York  
      February 8, 2021

Elizabeth S. Stong  
United States Bankruptcy Judge