IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Golden,<br>Tashanna B. Golden<br>*fka* Tashanna B. Pearson,<br><br>    Debtor, | Chapter 7<br><br>Case No. 16-40809 (ESS) |
| Tashanna B. Golden<br>*fka* Tashanna B. Pearson,<br><br>    Plaintiff,<br><br> v.<br><br>National Collegiate Student Loan Trust 2006-4, Goal Structured Solutions Trust 2016-A, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services and Firstmark Services,<br><br>    Defendants. | Adv. Proc. No. 17-1005 (ESS) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO ALL PARTIES AND COUNSEL OF RECORD:**

  Austin C. Smith, of the Smith Law Group, hereby withdraws as counsel in the above-entitled action. Plaintiff has consented to this withdrawal and the remaining counsel shall continue to represent Plaintiff in this action.

Dated: March 1, 2021      Respectfully submitted,

               **SMITH LAW GROUP**

            By: */s/ Austin C. Smith*
              Austin C. Smith
              99 Wall Street #426

    New York, NY 10005
    (917) 992-2121

**BOIES SCHILLER FLEXNER LLP**
George F. Carpinello
Adam R. Shaw
Jenna C. Smith
Robert Tietjen
30 South Pearl Street
Albany, NY 12207
(518) 434-0600

**JONES, SWANSON, HUDDELL & GARRISON, L.L.C.**
Lynn E. Swanson (admitted *pro hac vice*)
Peter Freiberg (admitted *pro hac vice*)
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130

**FISHMAN HAYGOOD LLP**
Jason W. Burge (admitted *pro hac vice*)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170

**LAW OFFICES OF JOSHUA B. KONS, LLC**
Joshua B. Kons (Ct. Bar No. 29159)
50 Albany Turnpike, Suite 4024
Canton, Connecticut 06019

*Counsel for Plaintiff*