UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Tashanna B. Golden<br>*fka* Tashanna B. Pearson,<br><br>                     Debtor, | Chapter 7<br><br><br><br>Case No. 16-40809 (ESS) |
| Tashanna B. Golden<br>*fka* Tashanna B. Pearson,<br><br>                     Plaintiff,<br><br>    v.<br><br>National Collegiate Student Loan Trust 2006-4, Goal Structured Solutions Trust 2016-A, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services and Firstmark Services,<br><br>                   Defendants. | Adv. Pro. No. 1-17-01005(ESS) |

**[PROPOSED] ORDER**
**FOR WITHDRAWAL OF ATTORNEY**

Attorney Austin C. Smith of Smith Law Group LLP having filed a Notice of Withdrawal and all other counsel of record continuing to represent Plaintiff,

IT IS HEREBY ORDERED that Austin C. Smith is allowed to withdraw as ***one of the*** counsel of record for Plaintiff.



**Dated: Brooklyn, New York**
       **March 3, 2021**

_____
      **Elizabeth S. Stong**
**United States Bankruptcy Judge**

1