**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Tashanna B. Golden f/k/a Tashanna B. Pearson,<br><br>Debtor. | **Chapter 7**<br><br>**Case No. 16-40809 (ESS)** |
| Tashanna B. Golden f/k/a Tashanna B. Pearson on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>National Collegiate Student Loan Trust 2005-3, National Collegiate Student Loan Trust 2006-4, GS2 2016-A, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, Firstmark Services,<br><br>Defendants. | **Adv. Proc. No. 17-1005 (ESS)** |

## MOTION TO STRIKE EXPERT TESTIMONY OF MARK KANTROWITZ

**PLEASE TAKE NOTICE** that upon the accompanying MEMORANDUM OF LAW IN SUPPORT, all prior pleadings, orders and proceedings had herein, Defendants National Collegiate Student Loan Trust 2006-4, Goal Structured Solutions Trust 2016-A, Pennsylvania Higher Education Assistance Agency d/b/a American Education Services, and Nelnet Servicing, LLC d/b/a Firstmark Services (collectively, "Defendants"), hereby move this Court, before the Honorable Judge Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an order pursuant to Federal Rule of Evidence 702 to strike the expert witness

testimony of Mark Kantrowitz (Dkt. 372) and for such other and further relief as deemed just and proper by this Court.

Dated: March 8, 2021

| **McDERMOTT WILL & EMERY** | **LOCKE LORD LLP** |
|---|---|
| By: */s/ H. Peter Haveles, Jr.* <br> H. Peter Haveles, Jr. <br> 340 Madison Avenue <br> New York, New York 10173 <br> (212) 547-5650 <br> phaveles@mwe.com <br><br> *Attorneys for Defendant Pennsylvania Higher Education Assistance Agency* | By: */s/ Gregory T. Casamento* <br> Gregory T. Casamento <br> R. James DeRose, III <br> 200 Vesey Street, 20th Floor <br> New York, New York 10281 <br> (212) 415-8600 <br> gcasamento@lockelord.com <br> rderose@lockelord.com <br><br> J. Matthew Goodin <br> 111 South Wacker Drive, Suite 4100 <br> Chicago, Illinois 60606 <br> (312) 443-0700 <br> jmgoodin@lockelord.com <br><br> *Attorneys for Defendants National Collegiate Student Loan Trust 2006-4 and Goal Structured Solutions Trust 2016-A* |
| **PERRY, GUTHERY, HAASE & GESSFORD, P.C., L.L.O.** <br> */s/ Charles F. Kaplan* <br> By: Charles F. Kaplan <br> 233 South 13th Street, Suite 1400 <br> Lincoln, Nebraska 68508 <br> (402) 476-9200 <br> ckaplan@perrylawfirm.com <br><br> **THE SENIAWSKI LAW FIRM PLLC** <br> Barbara L. Seniawski <br> 1460 Broadway FL 4 <br> New York, New York 10036 <br> (212) 595-4536 <br> barbara@seniawskilaw.com | |

*Attorneys for Defendant Nelnet Servicing, LLC, d/b/a Firstmark Services*

## CERTIFICATE OF SERVICE

      I, Gregory T. Casamento, an attorney, hereby certify that on this 8th day of March, 2021, true and correct copies of the foregoing *Notice of Motion to Strike the Expert Testimony of Mark Kantrowitz* and *Memorandum of Law in Support* were served via ECF on all parties registered to receive notification of such filing.

By: */s/ Gregory T. Casamento*
     Gregory T. Casamento