**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Golden,<br><br>                        Debtor. | **Chapter 7**<br><br>**Case No. 16-40809 (ESS)** |
| Tashanna B. Golden f/k/a Tashanna B. Pearson,<br><br>                        Plaintiff,<br><br>      v.<br><br>National Collegiate Student Loan Trust 2006-4, GS2 2016-A, Pennsylvania Higher Education Assistance Authority d/b/a American Education Services, and Firstmark Services,<br><br>                        Defendants. | **Adv. Proc. No. 17-1005 (ESS)** |

## **MOTION TO SEAL**

Pursuant to Local Rule 9018-1, Defendants National Collegiate Student Loan Trust 2006-4 and Goal Structured Solutions Trust 2016-A, incorrectly sued herein as GS2 2016-A (the "Trust Defendants"), move for permission to file portions of their papers in opposition to Plaintiff's Motion for Class Certification under seal.

Certain exhibits attached to the Declaration of Gregory T. Casamento are documents which have been designated "Confidential" or "Highly Confidential" pursuant to the Amended Stipulated Protective Order (the "Protective Order") in this action. (Dkt. 234.) These documents are Exhibits J, K, L, M, N, R, S and T. Pursuant to the Protective Order, the Trust Defendants respectfully request that these exhibits be filed under seal.

Dated: June 29, 2021

**LOCKE LORD LLP**

By: */s/ Gregory T. Casamento*
Gregory T. Casamento
R. James DeRose, III
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
(212) 415-8600
gcasamento@lockelord.com
rderose@lockelord.com

J. Matthew Goodin
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
(312) 443-0700
jmgoodin@lockelord.com

*Attorneys for Defendants*
*National Collegiate Student Loan Trust*
*2006-4 and Goal Structured Solutions*
*Trust 2016-A*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 29th day of June, 2021, I caused a true and correct copy of the foregoing document to be served via CM/ECF upon all parties entitled to notice.

                 */s/ Gregory T. Casamento*
                Gregory T. Casamento