

August 25, 2021

**VIA ECF**
The Honorable Elizabeth S. Stong
U.S. Bankruptcy Court, Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza, Ste. 1595
Brooklyn, NY 11201-1800

    Re:    *Tashanna B. Golden, et al., v. JP Morgan Chase, et al.*, Adv. Pro. No. 1-17-01005 (ESS)

Dear Judge Stong:

We represent plaintiff in the above-referenced matter and we write to clarify the proposed schedule in the above reference matter. The following motions have been adjourned to the following dates on consent:

| Motion | Adjourned Date |
| --- | --- |
| Hearing on Defendants' Motion to Strike the expert testimony of Mark Kantrowitz | September 17, 2021 at 1 p.m. |
| Pre-Trial Conference | September 29, 2021 at 2:30 p.m. |
| Hearing on Plaintiff's Motion for Partial Summary Judgment | September 29, 2021 at 2:30 p.m. |
| Hearing on Plaintiff's Motion for Preliminary Injunction | September 29, 2021 at 2:30 p.m. |

    Respectfully submitted,

    /s/ *Adam R. Shaw*
    Adam R. Shaw

ARS/sh
cc via ECF: Counsel of Record