**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Tashanna B. Golden<br>*fka* Tashanna B. Pearson,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 16-40809 (ESS) |
| Tashanna B. Golden<br>*fka* Tashanna B. Pearson, on behalf of herself<br>and all other similarly situated,<br><br>                              Plaintiff,<br><br>            v.<br><br>Firstmark Services LLC, GS2 2016-A (GS2),<br>National Collegiate Student Loan Trust 2006-4<br>(NCT 2006), Pennsylvania Higher Education<br>Assistance Agency, d/b/a American Education<br>Services,<br><br>                              Defendants. | Adv. Pro. No. 17-01005 (ESS) |

Plaintiff having made a motion to compel responses to Plaintiff's Supplemental Discovery Request on December 6, 2021 (Dkt. Nos. 444-445); Defendants having filed opposition thereto on December 22, 2021 (Dkt. Nos. 447-453); Plaintiff having filed a Reply Memorandum of Law on January 5, 2022 (Dkt. No. 455); Plaintiff having filed a Supplemental Memorandum of Law on March 2, 2022 (Dkt. No. 471); Defendants having filed Sur-Reply Memoranda of Law on March 16, 2022 (Dkt. Nos. 477-480); Plaintiff having filed letters narrowing the discovery requests on May 6, 2022 (Dkt. No. 486) and May 18, 2022 (Dkt. No. 487); and the Court having held several hearings with regard to this matter and having issued a ruling from the bench on May 25, 2022.

IT IS HEREBY ORDERED that defendants Firstmark Services and Pennsylvania Higher Education Assistance Agency, d/b/a American Education Services shall provide the information

set forth in Request L with respect to the originators of loans that that are the subject of Request L as well as with respect to Request M of Plaintiff's Supplemental Discovery Request.

IT IS FURTHER ORDERED that defendants shall produce responsive documents in their custody, possession or control mandated in the preceding decretal paragraph by October 7 , 2022, but subject to the right to either defendant to seek a further extension of set deadline upon the demonstration of a good faith effort to complete review of all the pertinent loan files necessary to produce such responsive documents, and each defendant will provide a written report to the Court 60 days after entry of this Order regarding their respective progress in reviewing loan files and identifying the documents that they are directed to produce.

IT IS FURTHER ORDERED that the Court defers ruling until a date to be set by the Court with regard to whether defendants National Collegiate Student Loan Trust 2006-4 (NCT 2006) and GS2 2016-A (GS2) shall be required to provide the information set forth in requests L and M;

AND IT IS FURTHER ORDERED that further consideration with regard to the remaining information sought in the Motion to Compel is deferred pending further order of the Court.

DATED: _____

SO ORDERED:

_____
ELIZABETH S. STONG
U.S.B.J.