# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/13/2022 |
| Case: 1−17−01005−ess | Form ID: pdf000 | Total: 23 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Adam Shaw | ashaw@bsfllp.com |
| aty | Barbara L. Seniawski | barbara@seniawskilaw.com |
| aty | Charles F Kaplan | ckaplan@perrylawfirm.com |
| aty | Francis J Lawall | francis.lawall@troutman.com |
| aty | Geoffrey J Peters | colnyecf@weltman.com |
| aty | George F. Carpinello | gcarpinello@bsfllp.com |
| aty | Gerard Belfort | belfortg@ballardspahr.com |
| aty | Gregory T Casamento | gcasamento@lockelord.com |
| aty | H. Peter Haveles, Jr. | peter.haveles@akerman.com |
| aty | James Matthew Goodin | jmgoodin@lockelord.com |
| aty | Lynn E Swanson | lswanson@jonesswanson.com |
| aty | Matthew A. Morr | morrm@ballardspahr.com |
| aty | Peter N. Freiberg | pfreiberg@jonesswanson.com |
| aty | R. James Jude DeRose, III | rderose@lockelord.com |
| aty | Robert C Tietjen | rtietjen@bsfllp.com |

TOTAL: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| pla | Tashanna B Golden | 84 Alberta Avenue    Staten Island, NY 10314 |
| aty | Jason W Burge | Fishman Haygood, LLP    201 St. Charles Ave.,    Ste 4600    New Orleans, LA 70170 |
| aty | Joshua B. Kons | 92 Hopmeadow Street    Lower Level    Weatogue, CT 06089 |
| aty | Kathryn J. Johnson | Fishman Haygood, LLP    201 St. Charles Ave.    Ste 4600    New Orleans, LA 70170 |
| aty | Marjorie J Peerce | 1675 Broadway    19th Floor    New York, NY 10019 |
| ust | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014 |
| ust | United States Trustee | Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |
| ust | United States Trustee | Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |

TOTAL: 8