| | |
|---|---|
| **From:** | NYEB_Appeals |
| **To:** | NYEBmp_CaseAdminisBK; Christine Moffett; Maria Mendieta |
| **Subject:** | FW: Activity in Case 1:22-mc-01899-UAD Golden v. Firstmark Services LLC et al Motion for Leave to Appeal |
| **Date:** | Wednesday, June 22, 2022 4:57:52 PM |

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Wednesday, June 22, 2022 4:57:09 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>
**Subject:** Activity in Case 1:22-mc-01899-UAD Golden v. Firstmark Services LLC et al Motion for Leave to Appeal

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court

# Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/22/2022 at 4:57 PM EDT and filed on 6/22/2022

**Case Name:**     Golden v. Firstmark Services LLC et al
**Case Number:**     1:22-mc-01899-UAD
**Filer:**     Tashanna B. Golden
**Document Number:** 1

**Docket Text:**
**MOTION for Leave to Appeal Bankruptcy Court case number 1-17-01005. by Tashanna B. Golden. (Attachments: # (1) Transmittal, # (2) Transcript, # (3) Notice Recipients) (Bowens, Priscilla)**


**1:22-mc-01899-UAD Notice has been electronically mailed to:**

**1:22-mc-01899-UAD Notice will not be electronically mailed to:**

Adam Reese Shaw
Boies, Schiller & Flexner LLP
30 S Pearl St
11th Floor
Albany, NY 12207

Charles F. Kaplan
Perry Guthery Haase & Gessford PC
233 South 13th Street
Lincoln, NE 68508

Francis J. Lawall
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

George F. Carpinello
Boies Schiller Flexner LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207

H. Peter Haveles
Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

James M. Goodin
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Jason W. Burge
Fishman Haygood, L.L.P.
201 St Charles Ave, Ste 4600
New Orleans, LA 70170
UNITED STA

Kathryn Johnson
Fishman Haygood, LLP
201 St. Charles Ave., Ste. 4600
New Orleans, LA 70170

Lynn E. Swanson
Jones Swanson Huddell & Daschbach LLC
LA
601 Poydras Street
Suite 2655
New Orleans, LA 70130

Peter Newton Freiberg
Pandit Law
701 Poydras St.
Suite 3950
New Orleans, LA 70139

R. James DeRose
Locke Lord LLP
Brookfield Place
200 Vesey Street
20th Flr.
New York, NY 10281

Robert C. Tietjen
Boies Schiller Flexner LLP
30 South Pearl Street
11th Flr.
Albany, NY 12207-3427

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/22/2022] [FileNumber=16958384-0]
[0afcdd08171390171d3e613f17396c2027916aa83958ca63b9ca92041b1365b473f4
98cd958da6db18682050e78bfde1ac26fdd81fc391c1d1f96911f17dfd9a]]
**Document description:** Transmittal
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/22/2022] [FileNumber=16958384-1]
[8c5675413b5065f43eae835d66d068109364d5fcd8706870363cdc2ba7a09235ec6b
9a0f45a94c2cbc578fd01fceb208df0b57241d2cef0b270e6eca69e81334]]
**Document description:** Transcript
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/22/2022] [FileNumber=16958384-2]
[ed99583f7bb90986c96ea436a03974d70b9b5f26e2cdeb7a52284c72124f207e6062
e14c7601b34885b2de769a7ebcae126538444a26ff03c1593c19b302cb9e]]
**Document description:** Notice Recipients
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=6/22/2022] [FileNumber=16958384-3]
[ee03e74d580bac636404c82621f3b2ecb2849757fdedc8ef5c2232233121cad4047c
b9d5b71c7d6e476dc96abf7c64477414f5442458b553ea9f3cd5d2a374d6]]