

January 6, 2023

**VIA ECF**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:   *Golden v. Firstmark Services LLC et al.*
              Adv. Pro. No. 1-17-01005 (ESS)

Dear Judge Stong:

      Pursuant to the Court's direction, we enclose herewith a proposed order detailing the schedule for Plaintiff Golden to file her supplemental papers in support of the motion for class certification, Defendants to file their answering papers thereto, and Plaintiff to file reply papers to these answering papers.

                                      Respectfully submitted,

                                      */s/ George F. Carpinello*
                                      George F. Carpinello

GFC/tjc

Enclosure(s)

cc via ECF:  Opposing Counsel