UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In re:

TASHANNA B. GOLDEN
*fka* TASHANNA B. PEARSON,

                                              Debtor.

------------------------------------------------------------------------x

TASHANNA B. GOLDEN
*fka* TASHANNA B. PEARSON ON BEHALF OF
HERSELF AND ALL OTHERS SIMILARLY
SITUATED,

                                              Plaintiffs,

                        v.

FIRSTMARK SERVICES LLC, GS2 2016-A (GS2),
NATIONAL COLLEGIATE STUDENT LOAN TRUST
2006-4 (NCT 2006), PENNSYLVANIA HIGHER
EDUCATION ASSISTANCE AGENCY, D/B/A
AMERICAN EDUCATION SERVICES,

                                              Defendants.

------------------------------------------------------------------------x

Chapter 7

Case No. 16-40809-ESS

Adv. Pro. No. 17-01005-ESS

## STIPULATION AND [~~PROPOSED~~] ORDER

WHEREAS, at the status conference and hearing before the Court on March 23, 2023, the parties agreed to a schedule for certain discovery and for briefing in connection with plaintiff's Motion for a Temporary Restraining Order and the supplemental papers filed in connection with plaintiff's Motion for Class Certification, and the Court consented to that schedule.

IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties hereto as follows:

1. Defendants may take the deposition of John DeBois, via zoom, on March 30, 2023. Defendants will be allowed to conduct the deposition by asking questions for a total of 3.50 hours.

2. Defendants shall file their supplemental papers in opposition to the Motion for Class Certification on April 26, 2023. Plaintiff shall file any reply papers in response to such opposition papers on May 15, 2023.

3. Defendants shall file their papers in opposition to the Motion for a Temporary Restraining Order on April 17, 2023. Plaintiff shall file any reply papers in response to such opposition papers on April 25, 2023.

4. The Court shall conduct a hearing on plaintiff's Motion for a Temporary Restraining Order on May 1, 2023, commencing at 11:00 AM, and the hearing shall be conducted in person in the courtroom.

5. The parties shall confer with the Court at the conclusion of the hearing on May 1, 2023 about setting a date for the hearing on plaintiff's Motion for Class Certification.

Dated: New York, New York
       March 29, 2023

BOIES SCHILLER FLEXNER LLP

By: */s/ Adam R. Shaw*
Adam R. Shaw
George F. Carpinello
Jenna C. Smith
30 South Pearl Street
Albany, NY 12207
Tel: (518) 434-0600
Fax: (518) 434-0665

JONES SWANSON HUDDELL L.L.C.
Lynn E. Swanson (admitted *pro hac vice*)
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Tel: (504) 523-2500
Fax: (504) 523-2508

FISHMAN HAYGOOD LLP
Jason W. Burge (admitted *pro hac vice*)
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Tel:  (504) 586-5241
Fax: (504) 586-5250

*Attorneys for Plaintiff Tashanna B. Golden*

AKERMAN LLP

By: */s/ H. Peter Haveles, Jr.*
H. Peter Haveles, Jr.
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Tel: (212) 880-3800
Fax: (212) 880-8586
phaveles@akerman.com
*Attorneys for Defendant Pennsylvania Higher Education Assistance Agency*

**LOCKE LORD LLP**

By: */s/ Gregory T. Casamento*
Gregory T. Casamento
R. James DeRose, III
Brookfield Place
200 Vesey Street, 20th Floor
New York, New York 10281
(212) 415-8600
gcasamento@lockelord.com
rderose@lockelord.com
J. Matthew Goodin
111 South Wacker Drive, Suite 4100
Chicago, Illinois 60606
(312) 443-0700
jmgoodin@lockelord.com

*Attorneys for Defendants National Collegiate Student Loan Trust 2006-4 and Goal Structured Solutions Trust 2016*

Case 1-17-01005-ess    Doc 564    Filed 03/29/23    Entered 03/30/23 10:46:38

PERRY, GUTHERY, HAASE &
GESSFORD, P.C., L.L.O.

By: */s/ Charles F. Kaplan*
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508
(402) 476-9200
ckaplan@perrylawfirm.com

*Counsel for Defendant Nelnet Servicing, LLC, d/b/a Firstmark Services*

**IT IS SO ORDERED**.



Dated: Brooklyn, New York
March 29, 2023

Elizabeth S. Stong
United States Bankruptcy Judge